**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95814**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**

Attorneys for: Defendant County of Lake

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD ) | NO. C 07 2663 EDL |
| ) | |
| Plaintiff, ) | **NOTICE OF CHANGE OF ADDRESS** |
| ) | **(ZIP CODE ONLY)** |
| vs. ) | |
| ) | |
| COUNTY OF LAKE; LAKE COUNTY ) | |
| SHERIFF'S OFFICE; and DOES 1 through 50, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

TO ALL PARTIES, THEIR COUNSEL OF RECORD AND THE COURT:

PLEASE TAKE NOTICE that effective July 1, 2007, the **zip code** only for Jones and Dyer will change from 95814 to **95811**. The phone, facsimile and email addresses remain unchanged. The new address is as follows:

   Jones & Dyer
   1800 J Street
   Sacramento, CA 95811

DATE: June 25, 2007.          JONES & DYER

                              By:   /s/ Mark A. Jones
                                  MARK A. JONES
                                  Attorneys for Defendant Eric Jensen

**TITLE OF DOCUMENT**