**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendant County of Lake

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>            Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>            Defendants.<br>_____ | NO. C 07 2663 EDL<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date:   August 17, 2007

JONES & DYER

By:   /s/ Mark A. Jones
         Mark A. Jones
         Attorneys for

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**