David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MICHAEL BRAINERD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>        Defendants. | **Case No. C 07 2663 EDL**<br><br>**PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]** |

     Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Date: August 21, 2007　　　　　　　　　　　　KAHN BROWN & POORE LLP


　　　　　　　　　　　　　　　　　　　　　　By:_____/s/ David M. Poore_____
　　　　　　　　　　　　　　　　　　　　　　　　David M. Poore
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

-1-
PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS [L.R. 3-16]
BRAINERD V. COUNTY OF LAKE, ET. AL.　　　　　　　　　　　　　　　　　　CASE NO. C 07-02663 EDL