# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Brainerd,<br><br>            Plaintiff(s),<br><br>     v.<br><br>County of Lake,<br><br>            Defendant(s). | 07-02663 EDL MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Teri Sklar**
> Teri Sklar, Attorney at Law and Mediator
> 2404 California St.
> San Francisco, CA 94115
> 415-929-7355

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-02663 EDL MED                                        - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: August 24, 2007

RICHARD W. WIEKING
Clerk
by:   Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-02663 EDL MED                 - 2 -