# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: August 28, 2007

Case No: **C-07-02663 EDL**

Case Name: **MICHAEL BRAINERD v. COUNTY OF LAKE, et al**

    Attorneys:    Pltf: David M. Poore    Deft: Kristen K. Preston

    Deputy Clerk: Lili M. Harrell    FTR Digital Recorder: 10:44am - 10:49am

**PROCEEDINGS:**
    Case Management Conference - Held

**ORDERED AFTER HEARING:**
- Plaintiff shall file his motion to substitute defendants by 9/11/07, to be set for hearing 10/16/2007 at 9:00am, concurrently with a further case management conference. Joint case management statement shall be filed 10/9/2007.
- Mediation deadline is extended and shall be completed no later than 12/17/2007.

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**

**Notes:**

cc: