# TERI SKLAR

ATTORNEY AT LAW AND MEDIATOR
2404 CALIFORNIA ST., #34
SAN FRANCISCO, CA 94115

PHONE: (415) 929-7355
FAX: (415) 929-8825
E-MAIL: terisklar@sbcglobal.net
WEBSITE: www.mediate.com/tsklar

August 29, 2007

David M. Poore
Plaintiff's Counsel
Email: dpoore@kahnbrownlaw.com

Mark A. Jones
Defendant's Lead Counsel
Email: mjones@jonesdyer.com

Kristen K. Preston
Defendant's Counsel
Email: kpreston@jonesdyer.com

      Re:    Case Name: Brainerd v. County of Lake et al
              Case Number: 3:07-cv-02663-EDL

Dear Counsel:

      As you know, I have been appointed by the District Court to serve as the mediator in this case under the court's Mediation program. Please be sure to review carefully ADR L.R. 6 which governs the Mediation program. I have attached a resume describing my professional experience.

      Pursuant to ADR L.R. 6-6, I will conduct a phone conference with all counsel before the formal mediation to discuss the following:

- the procedures to be followed;
- the nature of the case;
- appropriate dates for the mediation and anticipated length of the session;
- the parties who must be present under ADR L.R. 6-9 and the parties who need to be present to have a productive mediation session;
- ideas to improve the effectiveness of the mediation session or matters that could pose impediments;
- requirements for your written mediation statements;
- any questions you might have about how I normally conduct mediations; and
- any questions you might have about the mediation program.

Normally, I would anticipate that the telephone conference would last approximately one-half hour. However, I understand from the docket, that on August 28, 2007, the Court ordered that the Plaintiff shall file a motion to substitute defendants by 9/11/07, to be set for hearing on 10/16/07. Thus, I recognize that the initial phone conference may be a shorter one, in which we may discuss the possibility of scheduling a further, more detailed phone conference, after the 10/16/07 hearing, if new counsel will be appearing on the case, in addition to or in place of current defense counsel.

I have set the telephone conference for *Friday, September 14, 2007 at 10:00 a.m. Please call my office within 24 hours after receiving this letter to confirm your availability. If you are not available, please let opposing counsel and me know alternative times within a week of this date when you are available. Also, since I will be out of town for the next few days, in addition to your phone call, please reply by email confirming your availability for the phone conference and/or letting me and opposing counsel know your alternative available times and dates.* Before the telephone conference, please ascertain from your clients and any insurers a selection of dates upon which the mediation may be conducted. The final date that the mediation can be held is *December 17, 2007*, based on the current scheduling order.

My conflicts check revealed no actual or potential conflicts of interest under 28 U.S.C. '455(a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality. If new defendants are added to the case, I will again check to confirm that there are no actual or potential conflicts of interest once I know the identities of the new defendants.

I look forward to assisting you on this case.

                                                      Sincerely yours,

                                                      Teri Sklar

cc:    Clerk's Office-ADR Unit