# TERI SKLAR

ATTORNEY AT LAW AND MEDIATOR
2404 CALIFORNIA ST., #34
SAN FRANCISCO, CA 94115

PHONE: (415) 929-7355
FAX: (415) 929-8825
E-MAIL: terisklar@sbcglobal.net
www.mediate.com/tsklar

## PROFESSIONAL RESUME OF TERI H. SKLAR

### MEDIATION EXPERIENCE

- ADA Access
- Business
- Civil Rights
- Community Disputes
- Disability Rights
- Discrimination
- Employment
- Family Disputes
- Landlord-Tenant
- Neighbor Disputes
- Organizational Disputes
- Personal Injury
- Police
- Professional Fees
- Real Estate
- Restraining Orders
- Special Education
- Victim-Offender
- Wrongful Termination

### MEDIATION AND ARBITRATION PANELS

- American Arbitration Association/Cybersettle Insurance Claim Mediation Panel
- California Court of Appeal, First and Third Appellate Districts
- Early Settlement Program of BASF
- Mediation Services of BASF
- North Beach Community Court
- Office of Citizen Complaints
- Peninsula Conflict Resolution Center
- San Francisco Community Boards
- San Francisco Superior Court Pre-Arbitration Settlement Conference Panel
- San Mateo Multi-Option ADR Project
- San Mateo Juvenile Delinquency Mediation Program
- U.S. District Court, Northern District of California

### LEGAL EXPERIENCE

Twenty-eight (28) years of litigation experience in the state, federal, and appellate courts as well as administrative agencies. Legal background includes criminal defense and mental health work in the San Francisco Public Defender's Office (1978-1985) followed by

significant work through private practice in the areas of criminal appeals and writs, juvenile delinquency and juvenile dependency, special education, civil rights, housing discrimination, personal injury, family law, landlord-tenant, employment law and administrative law.

Extensive jury and court trial experience as well as a broad range of experience including legal research and writing, interviewing and preparing witnesses, reviewing court files and documents, analyzing the merits of a case, and developing trial strategies.

- **PRIVATE MEDIATION AND LEGAL PRACTICE--SOLO PRACTICE** 1985-Present
  **Mediator, Litigator and Appellate Lawyer** San Francisco, CA
  Mediation and arbitration; trial work; appeals and writs. Mediation of business, civil rights, community disputes, disability rights, ADA access, discrimination, employment, family disputes, landlord-tenant, neighbor disputes, organizational disputes, personal injury, police, professional fees, real estate, restraining orders, special education, victim-offender, and wrongful termination. Legal work in fields of special education, civil rights, personal injury, community disputes, landlord-tenant, homeless shelter, employment law, foster care eligibility, juvenile delinquency, juvenile dependency and criminal. Practice in state and federal court as well as administrative agencies.

- **SAN FRANCISCO PUBLIC DEFENDER'S OFFICE;** 1978--1985
  **Senior Trial Attorney** San Francisco, CA
  Participated in numerous jury trials in high volume criminal practice as well as hearings and trials regarding civil commitments. Negotiated many pre-trial and settlement conferences; consulted experts; supervised courtroom calendar; trained staff attorneys and law clerks; and prepared and argued legal motion and writs.

## EDUCATION

- **UNIVERSITY OF CALIFORNIA AT BERKELEY (BOALT HALL)**
  Juris doctor degree; May, 1978

- **STANFORD UNIVERSITY**
  Bachelor Of Arts Degree: Psychology. Graduated with Departmental Honors; June, 1975

- **Additional Language**: Conversant in Spanish.

## BAR ADMISSIONS AND PROFESSIONAL AFFILIATIONS

- State Bar of California, 1978; U.S. District Court, Northern District of California, 1978.
- Member of ADRNC [Association for Dispute Resolution of Northern California] & ACR [Association for Conflict Resolution]
- Member: Bar Association of San Francisco; BASF Arbitration and Mediation Committee; Outreach Committee for San Francisco Community Boards; Restorative Justice Committee for San Francisco Community Court.
- Juvenile Dependency & Delinquency Panel Attorney-SF 1992-Present.
- Life Member of Stanford and Boalt Hall Alumni Associations.
- Member of Special Programs for Youth Violence Prevention Plan Of Action Task

- Force 1995-1997.
- Certified Specialist in Criminal Law, 1985-1991.

**ADR TRAINING**

- Ongoing Federal Practice Seminars: Advanced Mediation Practice Group with monthly 2 hour sessions, beginning March, 2007; Mindfulness in Mediation Seminar, six, 2-hour sessions, beginning March, 2007; by Daniel Bowling, ADR Program Staff Attorney, U.S. District Court–Northern District of California.

- Appellate Mediation; California Court of Appeal, Third Appellate District; by Dana Curtis and Richard Birke; March 8-10, 23-24, 2007; 29.75 hours.

- How Mediators Can Make a Big Difference: Mediating with Insurance Adjusters; BASF; by Yolanda Jackson; February 1, 2007; 1.5 hours.

- Advanced Mediation Training; by U.S. District Court--Northern District of California; November 14-15, 2006; 13 hours.

- Mediation Training; by U.S. District Court--Northern District of California; October 20-21, 2006; 13 hours.

- Gender Miscommunication & Its Impact on Conflict & Negotiation; BASF; by Laurel Greenspan Kaufer & Jan Frankel Schau; September 7, 2006; 1.5 hours.

- Good, Bad & Ugly of Mediating Employment Cases; BASF; by Patricia Prince and Jeff Ross; June 28, 2006; 1.5 hours.

- Specialized Mediation: Handling Challenging Employment, Medical Malpractice and Personal Inury Cases; Pepperdine University School of Law (Straus Institute for Dispute Resolution), Malibu, CA; by Jeff Krivis, Eric Galton, Tracy Allen; June 22-24, 2006; 18 hours.

- Mediation Process–Orientation & Refresher; Peninsula Conflict Resolution Center, San Mateo, CA; May 23, 2006; 2.0 hours.

- Facing Your Toughest Mediation Challenges; BASF; by Debra Mellinkoff; Ron Kelly; May 12, 2006; 3.0 hours.

- Cutting Edge ADR: Collaborative Law in Employment & Other Disputes; BASF; by Andrew Wolfe; Jeanee M. Fahey May 4, 2006; 1.5 hours.

- Meeting Facilitation 101; Peninsula Conflict Resolution Center, San Mateo, CA; April 27 and April 29, 2006; 10.0 hours.

- Expectations, Skills, and Success in Mediation; BASF & Mediation Society seminar at Golden Gate University; April 28, 2006; 4.0 hours.

- Common Ground Mediation Training; San Francisco, CA; April 8, 2006; 3.5 hours.

- Mediation Preparation and Tactics from Participant's Perspective; BASF; by Karen Kimmey; April 6, 2006; 1.5 hours.

- Tax Considerations of Agreements in Employment Matters; BASF; by G.J. Stillson Macdonnell; March 2, 2006; 1.5 hours.

- Case Development–Roundtable & Training; Peninsula Conflict Resolution Center, San Mateo, CA; February 6 and February 8, 2006; 4.0 hours.

- Problematic Assumptions About Mediation; BASF; by Gary Friedman; February 2, 2006; 1.5 hours.

- Improvisation for Mediators: Playing with Status; Peninsula Conflict Resolution Center, San Mateo, CA; January 10, 2006; 2.0 hours.

- Etymology of ADR; BASF; by Richard Collier; January 5, 2006; 1.5 hours.

- Gender Sensitivity Mediation Training; Peninsula Conflict Resolution Center, San Mateo, November 29, 2005; 4.0 hours.

- Collaborative Law for Civil Cases; BASF; by Gary Weiner; November 10, 2005; 1.0 hours.

- How Do You Relate To Conflict? BASF; by Claudia Vera; November 3, 2005; 1.0 hours.

- Should We Stop at Neutrality? BASF; by Gary Weiner; October 6, 2005; 1.0 hour.

- Juvenile Mediation Training; SF Community Boards; October 3, 2005; 3.0 hours.

- Juvenile Victim-Offender Mediation Training by Multi-Option ADR Project; San Mateo, CA; by David Cherniss, Esq., Juvenile Delinquency Mediation Program Coordinator; September 22 and 24, 2005; 9.5 hours.

- Introducing Solution Focused Therapy as a Tool for Mediation; SF Community Boards; by Ka Yun Cheng; August 10, 2005; 3.0 hours.

- Volunteer Mediator Training in accordance with the California Dispute Resolution Act; SF Community Boards; September 14--November 23, 2004, 30 hours (10 sessions-3 hours each).

- Arbitration Presentation; BASF; October 16, 2004; 1.5 hours.

- STAR–A Systematic Approach to Mediation Strategies; Pepperdine University School of Law (Straus Institute for Dispute Resolution)–Malibu, California; by Peter Robinson and Eric Lindauer; June 17-19, 2004; 18 hours.

- Center for Mediation in Law: Introductory Mediation Training Program, Green Gulch Farm, Marin County, CA; Taught by Jack Himmelstein (NY, NY), Martina Reaves (Emeryville, CA), Kathy Stoner (Pacific Grove, CA); November 2-6, 1994; 34 hours.

- Stanford Law School, Stanford University: Fundamentals of Mediation Program; Stanford Law School, Continuing Legal Education; Taught by Gary Friedman; June 27-July 1, 1994: 40 hours.