**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,

    Plaintiff,

    v.

COUNTY OF LAKE,

    Defendant.
_____/

No. C 07-02663 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference currently scheduled for October 16, 2007 has been continued to **October 23, 2007 at 10:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. An updated joint case management statement shall be filed no later than October 16, 2007.

Dated: September 28, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
    Lili M. Harrell
    Courtroom Deputy