# KAHN BROWN & POORE LLP
### 755 Baywood Drive, Suite 185
### Petaluma, California 94954

---

**Telephone: (707) 763-7100**                    **Facsimile: (707) 763-7180**

October 16, 2007

**VIA ELECTRONIC FILING**

Hon. Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom E, 15th Floor
San Francisco, California

Re:     *Brainerd v. County of Lake*
        U.S. District Court, Northern District of California Case No. C 07 2663 EDL

Dear Judge Laporte:

I represent plaintiff Michael Brainerd as lead trial counsel in the above referenced action. I write this correspondence regarding the upcoming Case Management Conference, presently scheduled for October 23, 2007, and plaintiff's prior request to file a Motion for Leave to Amend the Complaint.  We previously appeared before the Court at an initial CMC, and the matter was continued to October 16, 2007 (later continued on the Court's motion to October 23) to allow plaintiff to file the Motion to Amend.

Unfortunately, in the interim, I suffered a serious medical injury that has resulted in partial paralysis of my right leg.  I was hospitalized at a local facility in Petaluma, and subsequently transferred for surgery to Marin General Hospital.  The surgery was subsequently placed on hold pending review by several specialists at UCSF.  My treating physician has removed me from work until at least November 1, 2007, and has placed me on temporary disability.  My treating physician believes that surgery is likely appropriate which will take me off-work for the remainder of the year.

Given this unforeseen circumstance, I would request that the Case Management Conference be continued to a period of time in mid-December 2007.  I would further request that plaintiff be allowed to file a Motion to Amend to be heard concurrently with the new CMC date.

We have spoken with defendant's counsel regarding this request, and they will stipulate to the continuance of the Case Management Conference, but will not stipulate to allow plaintiff additional time to file a Motion to Amend.

I am willing to engage in an immediate conference call with the Court and the parties to discuss this matter, if necessary.

Hon. Elizabeth D. Laporte
October 16, 2007
Page 2 of 2

Thank you for your consideration.

Very truly yours,

KAHN BROWN & POORE LLP

/s/ David M. Poore (electronic signature)

David M. Poore

cc:    Mark A Jones, Esq.
       Kristen K. Preston, Esq.