United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,

        Plaintiff,

    v.

COUNTY OF LAKE, et al.,

        Defendants.

_____/

No. C 07-2663 EDL

ORDER CONTINUING CASE MANAGEMENT
CONFERENCE AND EXTENDING TIME
TO FILE MOTION TO AMEND

      In light of Plaintiff's counsel's medical injury, it is HEREBY ORDERED that the Case
Management Conference presently scheduled for October 23, 2007 shall be continued to December 18,
2007 at 10:00 a.m.  It is FURTHER ORDERED that Plaintiff may file a Motion for Leave to Amend
the Complaint to be heard  no later than December 18, 2007.

Dated: October 18, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge