LAW OFFICES OF

# JONES & DYER

A PROFESSIONAL CORPORATION
1800 J STREET
SACRAMENTO, CA 95811

(916) 552-5959
(916) 442-5959 (FAX)

email:j-d@jonesdyer.com

October 25, 2007

**VIA ELECTRONIC FILING**

Hon. Elizabeth D. Laporte
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom E, 15th Floor
San Francisco, California

    Re:    Brainerd v. County of Lake
           U.S. District Court, Northern District of California
           Case No. C 07 2663 EDL

Dear Judge Laporte:

    This office represents the defendant County of Lake in the above-referenced action. This correspondence follows the court's recent order continuing the Case Management Conference from October 23, 2007 to December 18, 2007. (Docket No. 19, filed October 18, 2007.)

    It has come to our attention that the Court's prior order concerning completion of mediation not later than December 17, 2007 was not addressed in the order continuing the Case Management Conference and remains in effect. The mediator has also scheduled a pre-mediation telephone conference with all parties on October 30, 2007.

    In view of the order continuing the Case Management Conference, we would respectfully request that the completion date of mediation in this matter be similarly continued to March 2008. We have conferred with counsel for plaintiff concerning this request, and he stipulates to the request.

    Thank you for your consideration.

                              Very truly yours,

                              /s/ Mark A. Jones

                              MARK A. JONES

MAJ/mam

cc: David Poore