**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9

MICHAEL BRAINERD,

10

        Plaintiff,

11

    v.

12

13

COUNTY OF LAKE, et al.,

14

        Defendants.

_____/

No. C 07-2663 EDL

ORDER CONTINUING MEDIATION
DEADLINE

15

      In light of this Court's October 18, 2007 Order extending the Case Management Conference and

16

in light of the stipulated request by the parties, it is HEREBY ORDERED that the deadline for

17

completion of mediation is continued from December 17, 2007 to March 17, 2007.

18

IT IS SO ORDERED.

19

Dated:  October 29, 2007

20

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

21

22
23
24
25
26
27
28