1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:   (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5
   Attorneys for Plaintiff
6  MICHAEL BRAINERD

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL BRAINERD,                         | Case No. C 07 2663 EDL
12 |        Plaintiff,                         |
13 |                                           | DECLARATION OF MICHAEL
   |                                           | BRAINERD IN SUPPORT OF
14 | v.                                        | PLAINTIFF'S MOTION FOR LEAVE TO
   |                                           | AMEND COMPLAINT
15 | COUNTY OF LAKE; LAKE COUNTY               |
16 | SHERIFF'S OFFICE; and DOES 1 through 50,  | Date:     December 18, 2007
   | inclusive,                                | Time:     9:00 a.m.
17 |                                           | Location: Courtroom E, 15th Floor
   |        Defendants.                        |
18 |                                           | Hon. Elizabeth D. Laporte

-1-
DECL. OF PLAINTIFF IN SUPPORT OF MOTION TO AMEND
BRAINERD V. COUNTY OF LAKE, ET. AL.                              CASE NO. C 07-02663 EDL

I, MICHAEL BRAINERD, declare:

1. I am the plaintiff in this matter. I have personal knowledge of the matters stated in this declaration and could competently testify to them if called as a witness.

2. Shortly prior to the filing of this action, I contacted the defendants to obtain a copy of the arrest report pertaining to my arrest and incarceration. I was advised that I could not obtain a copy of the report without "subpoenaing" the records. At all times prior to the filing of this action, I was ignorant of the true names of the law enforcement officials that arrested me.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th Day of November, 2007 at Upper Lake, California.

*Michael C Brainerd*
MICHAEL BRAINERD

-2-
DECL. OF PLAINTIFF IN SUPPORT OF MOTION TO AMEND
BRAINERD V. COUNTY OF LAKE, ET. AL. CASE NO. C 07-02663 EDL