David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:  (707) 763-7100
Facsimile:  (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MICHAEL BRAINERD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No. C 07 2663 EDL<br><br>**DECLARATION OF DAVID M. POORE IN SUPPORT OF PLAINTIFF MICHAEL BRAINERD'S MOTION FOR LEAVE TO AMEND COMPLAINT**<br><br>Date:　　December 18, 2007<br>Time:　　9:00 a.m.<br>Location:　Courtroom E, 15th Floor<br><br>Hon. Elizabeth D. Laporte |

I, DAVID M. POORE, declare:

1. I am the attorney of record for plaintiff in this matter. I have personal knowledge of the matters stated in this declaration and could competently testify to them if called as a witness.

2. This action was originally filed on May 18, 2007. The named defendants were County of Lake, Lake County Sheriff's Office, and DOES 1 through 50. At the time of filing the complaint, we did not know the true names of the law enforcement officials that arrested plaintiff and transported him to the county jail. Shortly before filing this action, my office telephoned the Lake County Sheriff's Office to obtain a copy of the arrest report so that we could determine the true names of the Sheriff's Deputies that arrested plaintiff, but we were advised that we would have to "subpoena" the documents. As a result, we named the "individual law enforcement officials that conducted the acts and/or omissions alleged in this complaint" as DOES 1 through 15. (A true and correct copy of the complaint is attached as Exhibit A.)

3. Once the action was filed, my office served the complaint and summons upon the defendants within 120 days. During that period of time, defendants' counsel, Kristin Preston, and I spoke on the telephone regarding the Stipulation for Selection of ADR and the drafting of the Joint Case Management Conference Statement. During that conversation, I advised her that plaintiff will be amending the complaint to substitute the names of the individual law enforcement officials that arrested plaintiff. I further advised her that we would not be changing any of the factual allegations or legal causes of action. I asked Ms. Preston to provide me with the names of those officers. She stated that the names would be contained within the initial disclosure document production which would be forthcoming.

4. On August 21, 2007, Ms. Preston provided my office with the initial disclosure documents containing the names of the officers. This was the first time that we became aware of the names of the individuals that arrested plaintiff.

5. On August 28, 2007, the Court held an initial case management conference ("CMC"). During the conference, the parties discussed plaintiff's intention to amend the complaint to substitute the names of the individual officers. The Court then continued the CMC

-2-

to October 16, 2007, and set a briefing schedule for the motion. The CMC was then continued twice; once on the Court's own motion, and then again pursuant to my request to accommodate a medical injury. The hearing is now set for December 18, 2007.

6. The proposed First Amended Complaint does not change any of the factual allegations or legal claims. The only difference between the initial complaint and the amended complaint is the substitution of the two DOE defendants. (A true and correct copy of the proposed First Amended Complaint is attached as Exhibit B.)

7. I have met and conferred with defendants' counsel regarding this motion. Defendants oppose this motion, but have not provided any reason for their opposition. There is no evidence of any prejudice to the defendants as a result of the amendment. There is no trial date; no deposition discovery or extensive written discovery has been conducted; and this action was only recently filed.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th Day of November, 2007 at Petaluma, California.

_____
DAVID M. POORE

-3-
DECL. OF DAVID M. POORE IN SUPPORT OF MOTION TO AMEND
BRAINERD V. COUNTY OF LAKE, ET. AL.    CASE NO. C 07-02663 EDL