1  **JONES & DYER**
**A Professional Corporation**
2  **1800 J Street**
**Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
**Fax: (916) 442-5959**
4
**MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendant County of Lake

7

8                    IN THE UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MICHAEL BRAINERD, | NO. C 07 2663 EDL |
| Plaintiff, | **STATEMENT OF NON-OPPOSITION TO MOTION TO AMEND COMPLAINT** |
| vs. | |
| COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive, | Date:     December 18, 2007<br>Time:     9:00 a.m.<br>Location: Courtroom E, 15th Floor<br>Judge:    Hon. Elizabeth D. LaPorte |
| Defendants. | |

       Defendant County of Lake does not oppose plaintiff Michael Brainerd's Motion for Leave to Amend Complaint.

DATE: November 30, 2007.

                                         JONES & DYER

                                         By: ___/s/ Kristen K. Preston___
                                             KRISTEN K. PRESTON
                                             Attorneys for Defendant County of Lake

**TITLE OF DOCUMENT**
**CASE NO. C 07 2663 EDL**