UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,

    Plaintiff,

    v.

COUNTY OF LAKE, et al.,

    Defendants.
_____/

No. C 07-2663 EDL

ORDER GRANTING LEAVE TO AMEND

It is hereby ORDERED that Plaintiff's unopposed Motion for Leave to Amend his Complaint in order to substitute two additional defendants is GRANTED. Plaintiff shall amend his complaint by December 17, 2007. Accordingly, the hearing on the motion is VACATED. However, the further case management conference scheduled for December 18, 2007 at 10:00 a.m. shall remain on calendar. As previously ordered. the parties shall submit a joint case management conference statement one week before the conference.

Dated: December 3, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge