| | |
|---|---|
| 1 | **JONES & DYER** |
|   | **A Professional Corporation** |
| 2 | **1800 J Street** |
|   | **Sacramento, California 95811** |
| 3 | **Telephone: (916) 552-5959** |
|   | **Fax: (916) 442-5959** |
| 4 | |
|   | **MARK A. JONES, State Bar #96494** |
| 5 | **KRISTEN K. PRESTON, State Bar #125455** |
| 6 | Attorneys for: Defendant County of Lake |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD | ) NO. C 07 2663 EDL |
| | ) |
| Plaintiff, | ) **REQUEST FOR TELEPHONE** |
| | ) **APPEARANCE AT FURTHER CASE** |
| vs. | ) **MANAGEMENT CONFERENCE** |
| | ) |
| COUNTY OF LAKE; LAKE COUNTY | ) Date: December 18, 2007 |
| SHERIFF'S OFFICE; and DOES 1 through 50, | ) Time: 10:00 a.m. |
| inclusive, | ) Dept: Courtroom E, 15th Floor |
| | ) |
| Defendants. | ) |
| _____ | ) |

    Attorneys for Defendant County of Lake hereby request that they be allowed to appear by telephone at the Further Case Management Conference Management Conference in the above matter, scheduled for December 18, 2007, at 10:00 a.m. It is our understanding that the court will initiate the call.

Dated:    December 13, 2007

                                                                                                         JONES & DYER

                                        By:    /s/ Mark A. Jones
                                                  MARK A. JONES,
                                                   Attorneys for Defendant County of Lake