**In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte**

**CIVIL MINUTES**

Date: December 18, 2007

Case No:  **C-07-02663 EDL**

Case Name:  **MICHAEL BRAINERD v. COUNTY OF LAKE, et al**

    Attorneys:    Pltf: David M. Poore    Deft: Mark Jones, Kristen Preston (phone)

    Deputy Clerk:  Lili M. Harrell    FTR Digital Recorder: 10:41am - 10:53am


**PROCEEDINGS:**
    Further Case Management Conference - Held

**ORDERED AFTER HEARING:**
- Defendants shall provide last known addresses and phone numbers of defendants Devincenzi and Wristen to plaintiff by 12/21/07 (information to remain confidential).
- Parties shall provide an update to the Court regarding service of defendants by 1/7/2008.
- Last day to amend pleadings or add parties: 12/31/07.
- Trial to commence January 26, 2009 for 7 days. Court to issue pretrial order.


**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:**

**Notes:**   Deposition of plaintiff shall occur in Napa and prior to mediation.

cc: