**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendant County of Lake

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD | ) NO. C 07 2663 EDL |
| Plaintiff, | ) **STATUS REPORT REGARDING** |
| vs. | ) **SERVICE OF DEFENDANTS** |
| COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive, | ) |
| Defendants. | ) |

    This office represents the defendant County of Lake in the above-referenced action. This report follows the court's recent order following Further Case Management Conference held December 18, 2007. Pursuant to that order, the Court requested that the parties provide status of service of the First Amended Complaint.

    By letter dated December 18, 2007, counsel for plaintiff was advised that the Law Offices of Jones & Dyer was authorized to accept service on behalf of defendant Emil Devincenzi. As of this date, service has not been effected. Counsel for plaintiff was notified January 7, 2008 that Jones & Dyer is now also authorized to accept service of the First Amended Complaint on behalf of Matthew Wristen. We believed that we had notified plaintiff's counsel that we would accept service on behalf of Matthew Wristen and that we had notified him by December 21, 2007. We just discovered

1  that through mistake or inadvertence we had not done so.  We have today notified plaintiff's counsel
2  of our authority to accept service on behalf of Matthew Wristen.  Attached hereto are copies of our
3  December 18, 2007 and January 7, 2008 letters regarding service on Emil Devincenzi and Matthew
4  Wristen respectively.  Defendants' Rule 26(a) Disclosure was amended and served on plaintiff
5  indicating that both individual defendants can be contacted through defense counsel.  Inasmuch as
6  counsel has notified plaintiff of acceptance of service, the confidential personal contact information
7  for these individually-named peace officers was not disclosed.
8       It is anticipated that, once served, an answer to the First Amended Complaint will be filed on
9  behalf of all defendants within 10 days.
10 Dated:      January 7, 2008

11                                         JONES & DYER

13                                  By:    /s/ Mark A. Jones
                                           MARK A. JONES,
                                           Attorneys for Defendant County of Lake