David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:   (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MICHAEL BRAINERD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.  C 07 2663 EDL<br><br>**PLAINTIFF MICHAEL BRAINERD'S STATUS REPORT OF SERVICE UPON INDIVIDUAL DEFENDANTS** |

### PLAINTIFF'S STATUS REPORT RE: SERVICE

Pursuant to the Order of the court after the Case Management Conference on December 18, 2007, plaintiff submits the following status update with respect to service upon the individual defendants in this matter.

At the Case Management Conference on December 18, 2007, the Court ordered defendant County of Lake to provide "**last known addresses and telephone numbers for service upon the individual defendants no later than December 21, 2007.**"

Defendant County of Lake failed to comply with this Court's Order, and further provided no justification and/or reasoning to plaintiff for its non-compliance with the Order.

-1-

1  Instead, on December 28, 2007, plaintiff's counsel received correspondence from
2  defendant County of Lake's counsel advising that it would accept service **on behalf of individual**
3  **defendant Emil Devincenzi only** and enclosing defendant's Fourth Supplemental Disclosure.
4  The correspondence was dated December 18, 2007, however the envelopes that the
5  correspondence and disclosure were received in were without a post mark date. (A true and
6  correct copy of defendant's counsel's correspondence and unmarked envelope is attached hereto
7  as Exhibit A.) Defendant's disclosure was silent to the last known addresses and telephone
8  numbers of defendants Wristen and Devincenzi as ordered by the Court, other than they can be
9  contacted through defense counsel. (A true and correct copy of defendant's Fourth Supplemental
10 Disclosure is attached hereto as Exhibit B.)

11 On December 28, 2007, plaintiff's counsel wrote to defendant's counsel regarding its non
12 compliance with the Court's Order with respect to defendant Wristen. In particular, plaintiff
13 advised defendant that it had failed to provide the last-known address and telephone number for
14 defendant Wristen, and further failed to provide any justification for its non-compliance. Plaintiff
15 asked defendant to provide an explanation for its non-compliance. (A true and correct copy of
16 plaintiff's counsel's December 28, 2007 correspondence and Federal Express confirmation is
17 attached hereto as Exhibit C.) Defendant failed to provide any response to this letter.

18 In that same correspondence, plaintiff served defendant Emil Devincenzi with the
19 Summons and First Amended Complaint. (As noted above, a true and correct copy of the Federal
20 Express tracking sheet, with confirming signature by defendant's counsel's office, is attached as a
21 part of Exhibit C.)

22 On January 4, 2008, having still had no response from defendant's counsel to the
23 December 28, 2007 correspondence, plaintiff's counsel again wrote correspondence to
24 defendant's counsel advising them that defendant had still not complied with the Court's Order.
25 In particular, plaintiff's counsel advised defendant that it had still not provided the last known
26 address and telephone number for defendant Wristen in direct violation of this Court's order.
27 Plaintiff's counsel further advised defendant's counsel that he was left with no choice but to seek
28

the Court's assistance on this matter. (A true and correct copy of plaintiff's counsel's correspondence is attached hereto as Exhibit D.)

On January 7, 2008 (the date that this report is due), defendant's counsel sent correspondence to plaintiff's counsel indicating that they were now authorized to accept service of process for defendant Wristen. In their correspondence, defendant's counsel still provides no justification for their failure to comply with this Court's original Order. (A true and correct copy of defendant's counsel's correspondence dated January 7, 2008, is attached as Exhibit E.)

That same day, plaintiff's counsel immediately effected service on defendant Wristen. Defense counsel has represented to the Court that an Answer would be filed for all defendants within ten (10) days.

## INACCURACY IN DEFENDANT'S STATUS REPORT

Defendant's Status Report is inaccurate. In particular, defendant County of Lake incorrectly represents to the Court that "[a]s of this date" plaintiff "has not" effected service of process on defendant Devincenzi. However, as noted above, plaintiff effectuated service on defendant Devincenzi on December 28, 2007 (the same day that defendant's counsel indicated that they were authorized to accept service for this defendant). Moreover, plaintiff effectuated service via Federal Express and has provided this Court with the tracking report demonstrating that defendant's counsel's office signed for the package prior to filing its own "Status Report." Accordingly, plaintiff objects to this portion of defendant's Status Report, and has requested that defendant withdraw its Status Report pursuant to Federal Rule of Civil Procedure 11. (A true and correct copy of plaintiff's counsel's correspondence dated today is attached as Exhibit F.)

Date: January 7, 2008                           KAHN BROWN & POORE LLP

                                                _____
                                                David Poore
                                                Attorneys for Plaintiff