LAW OFFICES OF

# JONES & DYER

A PROFESSIONAL CORPORATION
1800 J STREET
SACRAMENTO, CA 95811

(916) 552-5959
(916) 442-5959 (FAX)

email: j-d@jonesdyer.com

December 18, 2007

David M. Poore
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, CA 94954

Re:   Brainerd v. County of Lake

Dear Mr. Poore:

This will confirm that this office is authorized to accept service of the summons and complaint on behalf of defendant Emil Devincenzi.

Very truly yours,

MARK A. JONES

MAJ/mam

H:\MAJ.cases\Brainerd v. Lake County\Poore 12-18-07.wpd

