JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendant County of Lake

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,

    Plaintiff,

vs.

COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,

    Defendants.

NO. C 07 2663 EDL

**DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURE [FRCP 26(a)]**

Pursuant to Federal Rules of Civil Procedure, Rule 26, Defendants County of Lake and Lake County Sheriff's Office provides the following supplemental disclosure. All privileges, including attorney-client and work product are asserted. This party will not produce a copy of any privileged material nor testimony concerning any matter which is the subject of these privileges:

**Rule 26(a)(1)(A): Individuals:**

4.    Deputy Matthew Wristen, SO118; Lake County Sheriff's Department, Arresting Officer; anticipated subjects of discoverable information include circumstances of plaintiff's arrest and probable cause declaration. Matthew Wristen can be contacted through defense counsel.

5.    Deputy Emil Devincenzi, SO0082; Lake County Sheriff's Department, partner of arresting officer; anticipated subjects of discoverable information include circumstances of plaintiff's arrest. Deputy Emil Devincenzi can be contacted through defense counsel.

1 | Dated: December 20, 2007

JONES & DYER

By: /s/ KRISTEN K. PRESTON
KRISTEN K. PRESTON
Attorneys for Defendant County of Lake

PROOF OF SERVICE BY MAIL

CCP Sections 1013a, 2015.5 and Rules of Court, Rule 2008

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1800 J Street, Sacramento, California, 95814.

On this date, I served the foregoing documents described as follows: **DEFENDANT'S FOURTH SUPPLEMENTAL DISCLOSURE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**COUNSEL FOR PLAINTIFF:**
David M. Poore
KAHN BROWN & POORE LLP0
755 Baywood Drive, Suite 185
Petaluma, CA 94954
707-763-7100
707-763-7180 (fax)

_____ (BY FEDERAL EXPRESS) I caused such envelope to be delivered by hand to the offices of the addressee(s) via Federal Express.

__X__ (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Sacramento, CA.

_____ (BY PERSONAL SERVICE) I caused such envelope to be hand delivered to the above address.

_____ (BY FAX) by transmitting by facsimile copying machine a true copy thereof to telephone number _____ known or represented to me to be the receiving telephone number for facsimile copy transmission of the parties/person/firms listed above.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on December 20, 2007, at Sacramento, California.

MARY ALICE MYERS