**KAHN BROWN & POORE LLP**
755 Baywood Drive, Suite 185
Petaluma, California 94954

Telephone: (707) 763-7100	Facsimile: (707) 763-7180

January 4, 2008

**VIA FACSIMILE AND EMAIL**

Mark A Jones, Esq.
Kristen K. Preston, Esq.
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95814

      RE:   *Brainerd v. City of Ukiah, et al.*

Dear Counsel:

      We still have not received any response to our correspondence dated December 28, 2007, in which we advised you that defendant County of Lake has not complied with the Court's most recent order requiring disclosure of the last-known address and telephone number of the last remaining individual defendant. As a result, we are left with no choice but to advise the Court of this non-compliance in our required status report to be filed on Monday, January 7, 2008, and request a conference with Judge to determine why defendant has failed to comply with the Court's order. This is not the path that I would choose to take, but we are left with no other option.

      Very truly yours,

      KAHN BROWN & POORE LLP

      David M. Poore

DMP:lt