LAW OFFICES OF

# JONES & DYER

A PROFESSIONAL CORPORATION
1800 J STREET
SACRAMENTO, CA 95811

(916) 552-5959
(916) 442-5959 (FAX)

email:j-d@jonesdyer.com

January 7, 2008

VIA FAX & U.S. MAIL
David M. Poore
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, CA 94954

Re: Brainerd v. County of Lake

Dear Mr. Poore:

This will confirm that this office is authorized to accept service of the summons and complaint on behalf of defendant Matthew Wristen.

Very truly yours,

KRISTEN K. PRESTON

KKP/mam