# KAHN BROWN & POORE LLP

755 Baywood Drive, Suite 185
Petaluma, California 94954

---

Telephone: (707) 763-7100                  Facsimile: (707) 763-7180

January 7, 2008

**VIA FACSIMILE AND E-MAIL**

Mark A Jones, Esq.
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95814

         RE:    *Brainerd v. County of Lake, et al.*

Dear Mr. Jones:

     In accordance with Federal Rule of Civil Procedure 11, we request that defendant County of Lake withdraw its present Status Report filed today indicating that "[a]s of this date, service has not been effected" on defendant Devincenzi.

     As you know, on December 28, 2007, plaintiff served defendant Devincenzi via Federal Express pursuant to your representation that your office was authorized to accept service for this defendant. After several attempts, that Federal Express package was signed by your office on January 2, 2008, at 11:35 a.m. I have enclosed a copy of the correspondence with the Federal Express tracking and confirmation sheet for your review. As you can see, we effectuated service of this defendant well in advance of today, and there is no reasonable basis for your client to advise the Court that plaintiff has not effectuated such service. Accordingly, please withdraw your client's Status Report.

     If you have any questions or concerns, please feel free to contact me directly.

                                       Very truly yours,

                                       KAHN BROWN & POORE LLP

                                       David M. Poore

DMP:lt
Enclosure

KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954

Telephone: (707) 763-7100                    Facsimile: (707) 763-7180

December 28, 2007

**VIA FEDERAL EXPRESS**

Mark A Jones, Esq.
Kristen K. Preston, Esq.
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95814

RE: *Brainerd v. City of Ukiah, et al.*

Dear Counsel:

Today I received your correspondence dated December 18, 2007, advising that you would accept service on behalf of defendant Emil Devincenzi and enclosing your Fourth Supplemental Disclosure. Your disclosures are silent to the last known addresses and telephone numbers of defendants Wristen and Devincenzi as ordered by the Court, other than they can be contacted through defense counsel.

Pursuant to your agreement to accept service on behalf of defendant Emil Devincenzi, enclosed please find two copies of the Summons and First Amended Complaint in this matter. This shall constitute service of process upon defendant Devincenzi.

However, with respect to the remaining defendant, you have failed to comply with the Court's order requiring disclosure of his last-known address and telephone number. As you know, the Court ordered that defendant County of Lake produce that information over a week ago. Since we are perplexed by your office's refusal to comply with the Court order, we request a response in writing as to why this information has not been provided. If the information is not forthcoming, we will have no choice but to seek a conference with the Judge.

Please give this matter your immediate attention.

Very truly yours,

KAHN BROWN & POORE LLP

David M. Poore

Enclosures

Track Shipments/FedEx Kinko's Orders
# Detailed Results

? Quick Help

| Tracking number | 799776428263 | Reference | Brainerd |
|---|---|---|---|
| Signed for by | K.OCONNELL | Destination | SACRAMENTO, CA |
| Ship date | Dec 28, 2007 | Delivered to | Receptionist/Front Desk |
| Delivery date | Jan 2, 2008 11:35 AM | Service type | Standard Envelope |
| | | Weight | 0.5 lbs. |

| Status | Delivered |
|---|---|
| Signature Image available | Yes |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jan 2, 2008 | 11:35 AM | **Delivered** | SACRAMENTO, CA | |
| | 7:59 AM | On FedEx vehicle for delivery | SACRAMENTO, CA | |
| Dec 31, 2007 | 4:57 PM | At local FedEx facility | SACRAMENTO, CA | |
| | 1:43 PM | Delivery exception | SACRAMENTO, CA | Customer not available or business closed |
| | 7:55 AM | On FedEx vehicle for delivery | SACRAMENTO, CA | |
| Dec 29, 2007 | 7:28 AM | At local FedEx facility | SACRAMENTO, CA | Package not due for delivery |
| Dec 28, 2007 | 7:33 PM | Package data transmitted to FedEx | | |
| | 6:41 PM | Picked up | PETALUMA, CA | |
| | 6:41 PM | Left origin | PETALUMA, CA | |

[ Signature proof ]  [ E-mail results ]  [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [          ]          Your E-mail Address: [          ]

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| [          ] | English | ■ | ■ |
| [          ] | English | ■ | ■ |
| [          ] | English | ■ | ■ |
| [          ] | English | ■ | ■ |

Select format: ● HTML  ○ Text  ○ Wireless
Add personal message:

Not available for Wireless or non-English characters.

■ By selecting this check box and the Submit button, I agree to these Terms and Conditions.

[ Submit ]



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

Memphis, TN 38194-4643

Telephone: 901-369-3600

January 7, 2008

Dear Customer:

The following is the proof of delivery you requested with the tracking number **799776428263**.

## Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 1800 J ST<br>SACRAMENTO, CA<br>958113010 |
| Signed for by: | K.OCONNELL | Delivery date: | Jan 2, 2008 11:35 |
| Service type: | Standard Envelope | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 799776428263 | Ship date: | Dec 28, 2007 |
| | | Weight: | 0.5 lbs. |

**Recipient:**
Mark A. Jones/ Kristen K. Preston
Jones & Dyer
1800 J ST
SACRAMENTO, CA 958113010 US

**Shipper:**
Leslie Tacata
KAHN BROWN & POORE, LLP
755 Baywood Drive
Suite 185
Petaluma, CA 94954 US

Reference

Brainerd

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339