UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,

    Plaintiff,

    v.

COUNTY OF LAKE, et al.,

    Defendants.
_____/

No. C 07-2663 EDL

ORDER

The Court has reviewed the parties' status reports, and it is HEREBY ORDERED that Defendants must file an answer to the First Amended Complaint within 10 days of service, as it represented it would do in its papers. It is FURTHER ORDERED that Defendant need not provide the contact information of the individual Defendants at this time, as the issue is moot in light Defense counsel's authorization to accept service on behalf of the individual defendants.

Dated: January 9, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge