1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Office, Matthew
                  Wristen and Emil Devincenzi
7

8                    IN THE UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 MICHAEL BRAINERD                        )  NO. C 07 2663 EDL
                                           )
12                     Plaintiff,          )  **AMENDED NOTICE OF MOTION**
                                           )  **AND MOTION TO COMPEL**
13 vs.                                     )  **DISCOVERY RESPONSES**
                                           )  **(F.R.C.P. 37-**
14 COUNTY OF LAKE; LAKE COUNTY             )
   SHERIFF'S OFFICE; and DOES 1 through 50,)  Date:    March 11, 2008
15 inclusive,                              )  Time:    9:00 a.m.
                                           )  Courtroom E, 15th Floor
16                                         )
                       Defendants.         )
17                                         )
   _____ )
18

19 **NOTICE OF MOTION**

20         PLEASE TAKE NOTICE that on March 11 2008, at the hour of 9:00 a.m. in Courtroom E,

21 15th Floor, of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco,

22 California, defendant County of Lake will move the court for an order compelling plaintiff to

23 produce documents, provide further responses to interrogatories and to provide a verification for

24 interrogatories.  This motion was previously noticed for March 4, 2008.  Defendant is not re-serving

25 its motion and other supporting documents.

26 ///

27 ///

28 ///

1  Dated:      February 5, 2008

2                                              JONES & DYER

3
                                               By:    /s/ Mark A. Jones
4                                                   MARK A. JONES,
                                                    Attorneys for County of Lake, Lake County
5                                                   Sheriff's Office, Matthew Wristen and Emil
                                                    Devincenzi

**AMENDED NOTICE OF MOTION TO COMPEL DISCOVERY RESPONSES**
**CASE NO. C 07 2663 EDL**

H:\MAJ.cases\Brainerd v. Lake County\Pleadings\Mx Compel - notice amended.wpd          2