# TERI SKLAR

ATTORNEY AT LAW AND MEDIATOR
2404 CALIFORNIA ST., #34
SAN FRANCISCO, CA 94115

PHONE: (415) 929-7355
FAX: (415) 929-8825
E-MAIL: terisklar@sbcglobal.net
WEBSITE: www.mediate.com/tsklar

February 8, 2008

David M. Poore
Plaintiff's Counsel
Email: dpoore@kahnbrownlaw.com

Mark A. Jones
Defendant's Lead Counsel
Email: mjones@jonesdyer.com

Kristen K. Preston
Defendant's Counsel
Email: kpreston@jonesdyer.com

    Re:    Case Name: Brainerd v. County of Lake et al
           Case Number: 3:07-cv-02663-EDL

Dear Counsel:

    This will confirm that we have scheduled the mediation in this case for *March 7, 2008*. Our mediation will be at the *Federal Courthouse at 450 Golden Gate Avenue, San Francisco, CA, Courtroom 19 on the 16th Floor* beginning at *9:30 a.m.* Although the mediation may not last the whole day, we agreed to keep the whole day available to allow the mediation to continue as long as it is being productive.

    Please make sure that the written statements described in ADR L.R. 6-7 are exchanged and in my office *by February 26, 2008, which is 10 days before the mediation*. You may fax or e-mail the briefs to me, if they are 15 days or less and do not contain exhibits; alternatively, please mail or have them delivered to me at 2404 California St., #34, San Francisco, CA 94115. Please include any key documents you feel I should read. If you think it would be helpful to our mediation, I also invite you to submit to me--but not exchange--confidential statements relating, for example, to obstacles to or options for settlement.

    Also, please remember to arrange for your clients' attendance. As we discussed, Plaintiff *Michael Brainerd* will appear as well as his daughter [name to be forwarded to me and opposing counsel by Plaintiff's counsel], and *Richard Reza*, Claims Administrator for George Hill and Company will appear as defendant's representative. Both Defense counsel and Plaintiff's counsel have stated they do not believe individual Defendants Emil Devincenzi and Matthew Wristen appearance is necessary or productive for the mediation; Defendants' Counsel will seek permission

from Magistrate Judge Brazil to excuse the attendance of individual Defendants Emil Devincenzi and Matthew Wristen. <u>Please be sure to advise your clients that all participants must be prepared to present a valid picture I.D. and clear the metal detectors upon entering the building</u>. Please allow 15 minutes to get into the building and up to the 16th floor. Please <u>go to the ADR Reception (Room 16-6892) on the 16th floor</u> and <u>they will direct you to Department 19</u> which is the ADR Courtroom where will be having our mediation.

Please note, in the event that the mediation goes beyond 5:00 p.m., we will no longer have access to the photocopier, fax machine or printer, so if possible, plaintiff's counsel and/or defense counsel may want to bring a laptop and portable printer to the mediation session.

Please prepare for the mediation by discussing each of the following items with your clients:

- clients' interests, not just positions, and how these interests could be met;
- other side's interests, and how these could be met;
- best and worst alternatives to a negotiated settlement;
- strengths and weaknesses of case; and
- estimated budget to litigate the case through trial.

As we discussed, under ADR L.R. 6-3(b) I will donate my preparation time and the first four hours of the mediation. If the case has not resolved and you all agree to continue, I will charge the court-set rate of $200 per hour for the next four hours. After eight hours of session time, I will charge my hourly rate of $300.00; each party participating in the mediation will share equally in the costs of the session, unless otherwise agreed by the parties.

I have also attached a copy of the court's standard confidentiality agreement to this email which I will expect all participants to sign at the outset of the session. Please review this agreement with your clients and contact me right away if you have questions or concerns about this form.

I look forward to working with you and your clients.

Sincerely yours,

Teri Sklar

cc:   Clerk's Office- ADR Unit