UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,

           Plaintiff,

v.

COUNTY OF LAKE, et al.

           Defendants.
_____/

No. C 07-2663 EDL

**ORDER DENYING DEFENDANTS' REQUEST TO BE EXCUSED**

Defendants request that Emil Devincenzi and Matthew Wristen be excused from appearing in person at the mediation scheduled for March 20, 2008. ADR Local Rule 6-9(d) provides that "[a] person who is required to attend a mediation may be excused from attending in person only after a showing that personal attendance would impose an extraordinary or otherwise unjustifiable hardship." Defendants have not made that showing. It follows that the ADR Magistrate Judge must DENY Defendants' request to appear only by telephone at the mediation.

IT IS SO ORDERED.

Dated: February 15, 2008

                                            WAYNE D. BRAZIL
                                            United States Magistrate Judge