David M. Poore, SBN 192541
KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California 94954
Telephone:    (707) 763-7100
Facsimile:    (707) 763-7180
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
MICHAEL BRAINERD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  C 07 2663 EDL<br><br>**REQUEST FOR TELEPHONIC APPERANCE AT FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:　　March 11, 2008<br>Time:　　10:00 a.m.<br>Location:　Courtoom E, 15th Floor |

　　　Attorney for Plaintiff hereby requests that he be allowed to appear by telephone at the Further Case Management Conference in the above referenced matter, scheduled for March 11, 2008 at 10:00 a.m.  It is our understanding that the court will initiate the call.  The basis for this request is that plaintiff's attorney, David M. Poore has a telephonic appearance for an initial Case Management Conference in a state court action for Placer County at 11:00 a.m. on the same date.  Accordingly, plaintiff respectfully requests that the Court grant this request.

Date: February 29, 2008　　　　　　　　　　　　　　　KAHN BROWN & POORE LLP


　　　　　　　　　　　　　　　　　　　　　　By:_____**/s/**_____
　　　　　　　　　　　　　　　　　　　　　　　　David Poore
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

-1-
REQUEST FOR TELEPHONIC APPERANCE AT FURTHER CASE MANAGEMENT CONFERENCE
BRAINERD V. COUNTY OF LAKE, ET. AL.　　　　　　　　　　　　　　　　CASE NO. C 07-02663 EDL