1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:    (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5
   Attorneys for Plaintiff
6  MICHAEL BRAINERD

7

8                 **UNITED STATES DISTRICT COURT**

9                 **NORTHERN DISTRICT OF CALIFORNIA**

10
   MICHAEL BRAINERD,                    **Case No.  C 07 2663 EDL**
11
            Plaintiff,                   ORDER
12                                       ~~REQUEST~~ **FOR TELEPHONIC**
                                         **APPERANCE AT FURTHER CASE**
13  v.                                   **MANAGEMENT CONFERENCE**

14
   COUNTY OF LAKE; LAKE COUNTY
15  SHERIFF'S OFFICE; and DOES 1 through 50,   **Date:      March 11, 2008**
   inclusive,                                  **Time:      10:00 a.m.**
16                                             **Location:  Courtoom E, 15th Floor**
            Defendants.
17

18        Attorney for Plaintiff hereby requests that he be allowed to appear by telephone at the

19  Further Case Management Conference in the above referenced matter, scheduled for

20  March 11, 2008 at 10:00 a.m.  It is our understanding that the court will initiate the call.  The

21  basis for this request is that plaintiff's attorney, David M. Poore has a telephonic appearance for

22  an initial Case Management Conference in a state court action for Placer County at 11:00 a.m. on

23  the same date.  Accordingly, plaintiff respectfully requests that the Court grant this request.

24  Date: February 29, 2008                 KAHN BROWN & POORE LLP

25

26  GRANTED                          By:_____/s/_____
    *Elizabeth D. Laporte*
27  Judge Elizabeth D. Laporte           David Poore
                                         Attorneys for Plaintiffs
28

-1-