**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendant County of Lake

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD | NO. C 07 2663 EDL |
| Plaintiff, | **REQUEST FOR TELEPHONE APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive, | Date: March 11, 2007<br>Time: 10:00 a.m.<br>Dept: Courtroom E, 15th Floor |
| Defendants. | |

    Attorneys for Defendant County of Lake hereby request that they be allowed to appear by telephone at the Further Case Management Conference Management Conference in the above matter, scheduled for March 11, 2008, at 10:00 a.m. It is our understanding that the court will initiate the call.

Dated:   March 4, 2008

                                                            JONES & DYER

                                                            By:   /s/ Mark A. Jones
                                                                  MARK A. JONES,
                                                                  Attorneys for Defendant County of Lake