```
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendant County of Lake
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>        Defendants. | NO. C 07 2663 EDL<br>ORDER ALLOWING<br><s>REQUEST FOR</s> TELEPHONE APPEARANCE AT FURTHER CASE MANAGEMENT CONFERENCE<br><br>Date: March 11, 2007<br>Time: 10:00 a.m.<br>Dept: Courtroom E, 15th Floor |

Attorneys for Defendant County of Lake hereby request that they be allowed to appear by telephone at the Further Case Management Conference Management Conference in the above matter, scheduled for March 11, 2008, at 10:00 a.m. It is our understanding that the court will initiate the call.

Dated:   March 4, 2008

                                                JONES & DYER

                                                By:   /s/ Mark A. Jones
                                                      MARK A. JONES,
                                                      Attorneys for Defendant County of Lake

[STAMP: GRANTED — Judge Elizabeth D. Laporte — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]