```
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendants County of Lake, Lake County Sheriff's Office, Matthew
               Wristen and Emil Devincenzi
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>　　　　　　　Defendants. | NO. C 07 2663 EDL<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY RESPONSES**<br>(F.R.C.P. 37-<br><br>Date:　　March 11, 2008<br>Time:　　9:00 a.m.<br>Courtroom E, 15th Floor |

　　　PLEASE TAKE NOTICE that defendants' Motion to Compel Discovery Responses, set for hearing on March 11 2008, at the hour of 9:00 a.m. in Courtroom E, 15th Floor, of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, is herewith withdrawn.

Dated:　　March 6, 2008

　　　　　　　　　　　　　　　　　　JONES & DYER

　　　　　　　　　　　　　　　　　　By:　/s/ Mark A. Jones
　　　　　　　　　　　　　　　　　　　　MARK A. JONES,
　　　　　　　　　　　　　　　　　　　　Attorneys for County of Lake, Lake County
　　　　　　　　　　　　　　　　　　　　Sheriff's Office, Matthew Wristen and Emil
　　　　　　　　　　　　　　　　　　　　Devincenzi