# In the United States District Court
# for the Northern District of California
# Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: March 11, 2008

Case No: **C-07-02663 EDL**

Case Name: **MICHAEL BRAINERD v. COUNTY OF LAKE, et al**

    Attorneys:    Pltf: David M. Poore    Deft: Mark Jones

    Deputy Clerk: Lili M. Harrell    FTR Digital Recorder: 10:46am - 10:48am

**PROCEEDINGS:**
    Telephonic Further Case Management Conference - Held

**ORDERED AFTER HEARING:**

**Order to be prepared by:** [] Plntf  [] Deft  [] Court

**Case continued to:**

**Notes:**

cc: