# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD<br><br>           Plaintiff(s),<br>v.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE and DOES 1 through 50, inclusive<br>           Defendant(s). | Case No. C 07 2663 EDL<br><br>**CONSENT TO JURISDICTION BY A**<br>**UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28 U.S.C., Section 636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consents to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

March 18, 2008
Date

_____
Signature
MARK A. JONES

Counsel for Defendants Wristen and Devincenzi
(Name of party or indicate "pro se")

consmag.frm (rev. 12/98)                                                                                                NDC-CONS