# UNITED STATES DISTRICT COURT

## Northern District of California

Brainerd,

    Plaintiff(s),

v.

County of Lake,

    Defendant(s).

No. C 07-02663 EDL MED

**Certification of ADR Session**

*Instructions:* *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) 3-20-08

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no   Perhaps after further discovery or summary judgment motions, parties would want further mediation

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: 3-20-08

_Teri Sklar_
**Mediator, Teri Sklar**
Teri Sklar, Attorney at Law and Mediator
2404 California St.
San Francisco, CA 94115

**Certification of ADR Session**
07-02663 EDL MED