**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew Wristen and Emil Devincenzi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive,<br><br>Defendants. | NO. C 07 2663 EDL<br><br>**DECLARATION OF KRISTEN K. PRESTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: July 22, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |

I, Kristen K. Preston, declare as follows:

Pursuant to Civil L.R. 7-5 and 28 U.S.C. Section 1746, I, Mark A. Jones, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and admitted to practice in Untied States District Court, Northern District of California and I am associated with the the Law Offices of Jones & Dyer, attorneys of record for defendants herein. As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so. I submit this declaration in support of defendants' motion for summary judgment.

2. On March 4, 2008, the deposition of Michael Brainerd was taken. Annexed hereto and incorporated herein by reference as "Exhibit A" are true and correct copies of pertinent pages

from the transcript of this deposition.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 3rd day of June, 2008 at Sacramento, California.

/s/ Kristen K. Preston
KRISTEN K. PRESTON