1

**JONES & DYER**
**A Professional Corporation**
2   **1800 J Street**
**Sacramento, California 95811**
3   **Telephone:  (916) 552-5959**
**Fax: (916) 442-5959**
4

**MARK A. JONES, State Bar #96494**
5   **KRISTEN K. PRESTON, State Bar #125455**

6   Attorneys for: Defendant County of Lake

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

MICHAEL BRAINERD                          )  NO.  C 07 2663 EDL
11                                         )
                              Plaintiff,   )  **DECLARATION OF CRYSTAL**
12                                         )  **ESBERG  IN SUPPORT OF MOTION**
vs.                                        )  **FOR SUMMARY JUDGMENT**
13                                         )
COUNTY OF LAKE; LAKE COUNTY                )
14  SHERIFF'S OFFICE; and DOES 1 through 50, )  Date:   July 22, 2008
inclusive,                                 )  Time:  9:00 a.m.
15                                         )  Courtroom E, 15th Floor
                                           )  450 Golden Gate Avenue
16                            Defendants.   )  San Francisco, CA
_____       )
17

18
            I, Crystal Esberg, declare as follows:
19
            1.      I am an adult over the age of 18 and I am a resident of the County of Lake, State of
20
California.   I have personal knowledge of the matters stated herein and, if called upon, can and will
21
competently testify as to these matters.
22
            2.      I am currently employed as the Chief of the Logistic Division for the Lake County
23
Sheriff's Department.  As of May 19, 2005, I was employed as Chief Custody Officer/Jail
24
Commander for the Sheriff's Department for the County of Lake.
25
            3.      In my position as Chief Custody Officer/Jail Commander, part of my responsibility
26
was to oversee development and implementation of and as well as officer training on policies and
27
procedures, and personnel for the Lake County Jail.  Officers and civil staff are trained regarding
28

1    policies and procedures pertinent to their assignments.

2        4.    I have reviewed all records maintained by the Lake County Sheriff's Department

3    pertaining to the arrest and detention of Michael Brainerd, including the arrest narrative, Deputy

4    Wristen's probable cause declaration and order, the booking and release records, true and correct

5    copies of which are attached hereto and incorporated herein as Exhibit A. (Bates stamped DEF 16-53

6    and DEF 68.)

7        5.    Attached hereto and incorporated herein by reference as Exhibit B to this declaration

8    is a true and correct copy of the Lake County Sheriff's Department, Custody Division Policy and

9    Procedures Memorandum relating to booking procedures for the Lake County Jail. (Bates stamped

10   DEF 153-164.)

11       6.    Pursuant to Lake County Sheriff's Department procedures, booking officers are

12   required at the time of booking to complete a Booking Form, including an Intake Questionnaire that

13   is completed with input from the individual arrested and a Pre-Booking Health Form.  Lake County

14   Jail personnel are specifically trained to summon medical care for inmate medical conditions of

15   which they become aware.  Once medical care is summoned for an inmate, medical personnel are

16   responsible for administering medical care to the inmate.

17       7.    The records reviewed reflect compliance with all applicable procedures concerning

18   the arrest and detention of Brainerd.

19       8.    On May 19, 2005, Brainerd was booked into the Hill Road Correctional Facility on a

20   charge of violating California Penal Code section 422.  Consistent with applicable procedures of the

21   Lake County Sheriff's Department, at the time Brainerd was booked, a Pre-Booking Medical

22   Information Report and Intake Questionnaire were prepared and reflects Brainerd is a diabetic, Type

23   I.  Brainerd's medications were reflected on this form.  Brainerd was immediately referred to CFMG

24   medical personnel for evaluation and treatment.  True and correct copies of the Pre-Booking Medical

25   Information Report and the Intake Questionnaire are attached hereto and incorporated herein as

26   Exhibit C. (Bates stamped DEF 33-35 and DEF 37)

27       9.    Medical services at the jail are provided pursuant to contract by California Forensic

28   Medical Group ("CFMG").

1    10.    Pursuant to records prepared by CFMG and maintained by the Department,

2    documentation of Brainerd's medical treatment reflects his first contact with medical personnel was

3    at approximately 6:33 p.m. May 19, 2005 when his blood sugar was first tested.  This documentation

4    also reflects all medical treatment received by Brainerd, including administration of medications by

5    CFMG.  Attached hereto and incorporated herein by reference as Exhibit D is a true and correct copy

6    of Brainerd's medical records, including the "Diabetic Chart" from the medical records of Michael

7    Brainerd for the period of his detention at the Hill Road Facility. (Bates stamped DEF 1-15.)

8    11.    On or about May 21, 2005, the Hill Road Jail Facility was notified of an order issued

9    by Lake County Magistrate Halstrom that there was sufficient probable cause to detain Brainerd for a

10   felony violation of California Penal Code section 422.

11   12.    On or about May 23, 2005, the Hill Road Jail Facility received notification of the

12   determination of the Lake County District Attorney that Brainerd would not be charged for the Penal

13   Code 422 violation on which he was arrested and that he was to be released pursuant to the

14   provisions of Probate Code section 825.  Pursuant to this instruction, Brainerd was released from the

15   Hill Road Jail Facility on May 23, 2005 and was provided a "Detention Certificate" at the time of his

16   release.  Attached hereto and incorporated herein by reference as Exhibit E is a true and correct copy

17   of "Detention Certificate" provided to Brainerd at the time of his release. (Bates stamped DEF 22.)

18   13.    Brainerd's release was briefly delayed to await receipt of a Temporary Restraining

19   Order issued against Brainerd that jail personnel was requested to serve on him prior to his release.

20   I declare under penalty of perjury that the foregoing is true and correct and that this

21   declaration was executed under the laws of the United States on this 29th day of April, 2008,

22   at Lakeport, California..

23

24                                   /s/ Crystal Esberg
                                     CRYSTAL ESBERG

25

26

27

28


**DECLARATION OF CRYSTAL ESBERG**
**CASE NO. C 07 2663 EDL**

H:\MAJ.cases\Brainerd v. Lake County\Pleadings\MSJ\MSJ - Decl of Esberg.wpd