1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95814**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for:  Defendants County of Lake, Lake County Sheriff's Department, Matthew
                   Wristen and Emil Devincenzi
7

8

9                  IN THE UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11 MICHAEL BRAINERD,                          )  NO.  C 07 2663 EDL
                                              )
12                             Plaintiff,      )  **EXHIBIT A TO DECLARATION OF**
                                              )  **CRYSTAL ESBERG IN SUPPORT OF**
13 vs.                                        )  **MOTION FOR SUMMARY**
                                              )  **JUDGMENT**
14 COUNTY OF LAKE; LAKE COUNTY                )
   SHERIFF'S DEPARTMENT                       )  Date:   July 22, 2008
15                                            )  Time:  9:00 a.m.
                               Defendants.    )  Courtroom E, 15th Floor
16                                            )  450 Golden Gate Avenue
                                              )  San Francisco, CA
17 _____

18

19

20

21

22

23

24

25

26

27

28

                    **EXHIBIT A  TO DECLARATION OF CRYSTAL ESBERG**
                              **CASE NO. C 07 2663 EDL**
H:\MAJ cases\Brainerd v. Lake County\Pleadings\MSJ\Exh A to Esberg Declaration.wpd



# PERSON RECORD
## BRAINERD, MICHAEL

06/04/2007

| Address |
|---|
| 5296 BLUE LAKES RD, UPPER LAKE, CA 95485 |

Mailing Address

| ID | Phone | DOB | Age | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| 109293 | 707 275 8839 | 09/03/1952 | 54 | M | 5'7" | 160 |

| Race | Hair | Eyes |
|---|---|---|
| WHITE | BROWN | GREEN |

| Drivers License | SSN | St ID | Vehicle License | FBI # |
|---|---|---|---|---|
| A0257884 | 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 | A10773430 | | 625192WA6 |

| Business Name | Address | City & State |
|---|---|---|
| | | |

| Business Phone | Gang Affiliation | Arrest ID |
|---|---|---|
| | | 1982 |

| Next of Kin/Parent/Guardian | Address | Phone | Occupation |
|---|---|---|---|
| ROBERT BRAINERD | SACRAMENTO | 916 392 0716 | golf course groundskeepe |

Undocumented Alien
NO

| Complexion | Build | Hairstyle | Facial Hair | Speech | Glasses |
|---|---|---|---|---|---|
| CLEAR | AVERAGE | SHORT | BEARD & MUST | CLEAR | NO |

| Scars | Tattoos |
|---|---|
| NONE | NONE |

| Officer Safety | Note |
|---|---|
| | |

Other Considerations

Aliases

| DATE | NATURE | EVENT DESCRIPTION | CASE #/FI | INC/CITE |
|---|---|---|---|---|
| 06/03/2003 | RP | FDMA, Dispo FT | | 030603041 |
| 05/19/2005 | CHG | Previous phone: 275-8839 by LST | 0 | |
| 05/19/2005 | CHG | Prev adrs: 5196 BLUE LAKES RD, UL by LST | 0 | |
| 05/19/2005 | BOOK | Jail Booking No: 13260 | 13260 | |
| 05/19/2005 | CHG | Prev adrs: 5196 BLUE LAKES RD, UPPER LAKE by MAT | 0 | |
| 05/19/2005 | CHG | Previous name: BRAINERD, MICHAEL by CWE | 0 | |
| 05/19/2005 | CHG | Prev adrs: , KELSEYVILLE by CWE | 0 | |
| 05/19/2005 | SA | 422 PC: REJ: 05/20/2005 | C05050309 | |
| 06/14/2005 | COMB | Combined with ID 144396 by EBP | 0 | |

DEF 16



1220 MARTI... STREET   LAKEPORT, CA 95453    707-...-4200

**CRIME REPORT**

C05050309

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Area | Date Printed |
|---|---|---|---|---|---|---|
| 422 PC | THREATEN CRIME W/INT TERRORIZ | Felony | 05/19/2005 | 1740 | 3A | 06/04/2007 |

| Date Reported | Time Reported | Beat | Time Printed |
|---|---|---|---|
| 05/19/2005 | 1719 | 3A | 11:01:13 |

| Disposition Date | Disposition | Incident Number |
|---|---|---|
| 05/19/2005 | Clred By Adult Arrest | 050519082 |

| Location | Location Type | Point of Entry |
|---|---|---|
| Residence, 5296 Blue Lakes Rd, Upper Lake, CA 95485 | House | |

| Means of Attack | Location of Entry | Method of Entry | Alarm System |
|---|---|---|---|
| Simple, Little or No Injury | | | |

**Victim Name**
Boyd, Bob Martin

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake, CA 95485 | 707 275 8839 | 02/01/1949 | 56 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'10" | 180 | BRO | BLU |

| Assistance Rendered/Victim Disposition | Transporting Agency |
|---|---|
| Other | |

| Description of Injuries | Other Information |
|---|---|
| None | |

**Witness**
Ward, Marci

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake | 707 275 8839 | 05/16/1955 | 50 | F | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

| Suspect Arrested | Action Taken | Charges |
|---|---|---|
| Brainerd, Michael | BOOKING | 422 PC |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake, CA 95485 | 707 275 8839 | 09/03/1952 | 52 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'7" | 160 | BRO | GRN |

| Identifying Features Scars: NONE Tattoos: NONE Speech: Clear Build: Average Complexion: Clear Facial Hair: Beard & Must | Arrest Number | Drivers License | SSN |
|---|---|---|---|
| | 1982 | A0257884 | 567864323 |

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| | | | | | |

**Solvability Factors**
082 | Case Solved Witness Victims Suspects Suspect Confession

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| S0118 - Wristen, Matthew | 05/19/2005 | S0082 - Devincenzi, Emil | S0008 - Ostini, Dennis | 06/06/2005 |

| Route To | Date | Notes |
|---|---|---|
| DA | 05/20/2005 | |

DEF 17



1220 MARTIN STREET    LAKEPORT, CA 95453    707-2__-4200

CRIME REPORT

C05050309

| Reporting Party | | | | | |
|---|---|---|---|---|---|
| Ward, Marci | | | | | |
| Residence Address | Residence Phone | DOB | Age | Sex | Race |
| 5296 Blue Lakes Rd, Upper Lake | 707 275 8839 | 05/16/1955 | 50 | F | |
| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |


On 05/19/05, at approx. 1740 hrs., Deputy Devincenzi and I were dispatched to 5269 Blue Lakes Rd, regarding a verbal altercation between roommates. Upon our arrival, we contacted the reporting person and witness Marci Ward in the roadway.

Ward stated that her roommate's, Bob Boyd, and Michael Brainerd got into an argument regarding financial problems. Ward also stated that she, Boyd, and Brainerd all own the residence they reside in together. Ward and Boyd are trying to buy Brainerd's share of the house from him so he will move out. When Boyd tried to talk to Brainerd about the money situation, Brainerd became irritated and stated that he was going to get a bat and hit Boyd in the head. Brainerd then walked into his bedroom. Ward stated that she felt threatened by Brainerd and felt that he would harm Boyd.

After speaking to Ward, I contacted Boyd on the front porch of the residence. Boyd stated that he and Brainerd got into an argument regarding money. Boyd is trying to get a loan to buy Brainerd's share of the residence. He tried to explain to Brainerd that the loan had not yet been approved. Brainerd became angry and got in Boyd's face. Brainerd then raised his fist, as if he was going to strike Boyd. Boyd turned his head in anticipation of being hit. Brainerd walked away and stated that he was going to get a baseball bat and hit Boyd in the head with it. Boyd said he felt threatened, as he knew Brainerd had a baseball bat in his room. Boyd walked out of the house, before Brainerd came back out of his room.

Boyd began to cry and stated that they all have been friends along time. He also stated that he was sincerely scared when Brainerd made the threat. Deputy Devincenzi and I then contacted Brainerd inside the residence. I asked Brainerd about the comment he made to Boyd. He stated that he did make the comment, but he did not mean it. He also stated he felt he was being "fucked with." Brainerd told me that he does have a baseball bat in his room and would do what he had to do. I tried to explain to Brainerd that threatening to hit someone in the head with a bat was a crime. Brainerd reiterated that he wasn't going to be "fucked with" and would do what he had to do..

Based on the circumstances and my interview of Brainerd, I placed Brainerd under arrest for 422 P.C.- Terrorist Threats. I placed handcuffs on Brainerd, and walked him out to my patrol car. I placed Brainerd in the back seat of my car, and secured him with a safety belt. As I was placing the safety belt on Brainerd, I noticed an odor of an alcoholic beverage coming from his person. I asked Brainerd if he had been drinking. He stated that he had a couple of beers after work.

I then transported Brainerd to Hill Road Correctional Facility were he was booked on the listed charge. While at the jail, Brainerd told me he made the threat out of frustration. He also stated that he would never hurt anybody and that he was sorry for his actions.

Case Closed: Arrest.

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| S0118 | WRISTEN, MATTHEW | 05/19/2005 | S0008 | OSTINI, DENNIS | 06/06/2005 |

DEF 19

# CAD INCIDENT REPORT

030603041

06/04/2007

| Location<br>5296 BLUE LAKES RD | | | | Cross Streets<br>IRVINE | | | City<br>UPPER LAKE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Incident Type<br>FDMA - FIRE/MEDICAL AID | | | | Call Taker<br>BELL, ANGIE | | | Dispatcher<br>BELL, ANGIE | | | |
| Date<br>06/03/2003 | Priority<br>1 | Primary Unit<br>M290 | Beat<br>3A | Fire Zone<br>R | Area<br>3A | Map | Source<br>9-1-1 CALL | | | |
| Caller Name<br>BRAINERD, MICHAEL | | | | Caller Address<br>5196 Blue Lakes Rd, Upper Lake | | | | | Caller Phone<br>275-8839 | |
| Dispositions<br>FIRE DEPARTMENT TRANSPORT | | | | | Weapon | | Alm Level | | Case Number | |
| Vehicles | | | | | Associated Incidents | | | | | |

| Incident Times | | Special Circumstances | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Received | | | | | | | | | | |
| Created | 11:09:02 | Persons | | | | | | | | |
| Dispatched | | | | | | | | | | |
| En Route | | | | | | | | | | |
| On Scene | | | | | | | | | | |
| Closed | | | | | | | | | | |
| Rcvd-Closed | N/A | | | | | | | | | |

| Unit Times | Officer | | Dispatched | Enroute | On Scene | Clear | Disp-On Scene | On Scene-Clear | Disp-Clear |
|---|---|---|---|---|---|---|---|---|---|
| M290 | | | 11:10:43 | 11:10:43 | 11:17:28 | 12:39:35 | 06:45 | 1:22:07 | 1:28:52 |

**Incident Comments**
48 YO BEE STING
LIGHT BLUE HOUSE

| TIME | EVENT |
|---|---|
| 11:09:02 | Incident initiated at 5296 Blue Lakes Rd, Upper Lake |
| 11:10:35 | DISPATCHED |
| 11:10:39 | RELS:41 |
| 11:10:43 | M290 ENRT. 5296 Blue Lakes Rd, Upper Lake |
| 11:10:43 | Incident comments changed |
| 11:11:24 | Incident comments changed |
| 11:17:28 | M290 ONSCEN. |
| 11:44:27 | M290 ENRT. SLS CODE 2 |
| 11:46:00 | UP GRADE TO CODE 3 |
| 11:51:48 | P/U M41 |
| 11:56:29 | M290 ONSCEN. SLS |
| 12:29:35 | M290 TO STN. |
| 12:39:35 | M290 10-8. QUARTERS |
| 12:39:35 | M290 Closed - Disposition FT |

DEF 20

```
Computer#    R20050520003          Case Party 01    Co-Defendants 0
District Ct. No.    City Ct. No.    Jud/Div          Docket No(s).
Type/Desc                                                  Filing Type
-------------------------------DEFENDANT-------------------------------
  .endant Name:    -BRAINERD, MICAHEL CHARLES      Race:        Sex: M
                   5296 BLUE LAKES RD
                   UPPER LAKE, CA 95485-
Social Security:              Da Case # 051985       Birthdate: 09/03/1952
Attorney Name
DOC#:      FBI#:    ATN#: BH104
Defendant Rejected on: PC422
******************************************CHARGES***********************************
-----------------------------------EVENTS----------------------------------
05/20/2005  Defendant Received.     -Action Complete-
05/23/2005  Defendant Rejected.     -Action Complete-
-----------------------------------DISPOSITION-------------------------------
Disposition: REJECTED CASE  Disposition Date: 05/20/2005

\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\
```

DE MINIMUS
Suspect is 53 yrs. old, Has no prior record,
interest of Justice served by arrest.

DEF 21 Page

LAKE COUNTY JAIL - HILL ROAD FACILITY
DETENTION CERTIFICATE

As required by the provisions of Penal Code Section 851.6, I hereby certify that the taking into custody of

BRAINERD, Michael CHARGE(S) 422 PC
(Subject's Name)

on 08-19-05 by the Lake County Sheriff was a detention
(Date)                    (Name of Agency taking custody)

only, not an arrest. Michael Brainerd was released
(Subject's Name)

on 05/23/05 by the Lake County Sheriff
(Date)                    (Name of releasing agency)

Pertinent portions of Penal Code Sections 849, 849.5, 851.6 are included as part of this certificate.

x Michael Brainerd Signed: Tom Kovich
(Inmates Signature)

Title and/ or ID No.: 528, CO I

✳ 825 (A)(1) PC

THE FOLLOWING MUST BE INCLUDED AS PART OF THE CERTIFICATE:

Penal Code Section 849 provides, in part:

(a) When an arrest is made without a warrant by a peace officer or private person, the person arrested, if not otherwise released, shall, without necessary delay, be taken before the nearest or most accessible magistrate in the county in which the offense is triable, and a complaint stating the charge against the arrested person shall be laid before such magistrate.

(b) Any peace officer may release from custody, instead of taking such person before a magistrate, any person arrested without a warrant whenever:

(1) He is satisfied that there are insufficient grounds for making a criminal complaint against the person arrested.
(2) The person arrested was arrested for intoxication only, and no further proceedings are desirable.
(3) The person was arrested only for being under the influence of a narcotic drug, or restricted dangerous drug and such person is delivered to a facility or hospital for the treatment and no further proceedings are desirable.

(c) Any record of arrest of a person released pursuant to paragraphs (a) and (3) of subdivision (b) shall include a record of release. Thereafter, such arrest shall not be deemed an arrest, but a detention.

Penal Code Section 849.5 provides:

In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, any record of arrest of the person shall include a record of release. Thereafter, the arrest shall not be deemed an arrest, but a detention only.

Penal Code Section 851.6 provides, in part:

(a) In any case in which a person is arrested and released pursuant to paragraph (a) or (3) of subdivision (b) of Section 849, the person shall be issued a certificate, signed by the releasing officer or his superior officer, describing the action as a detention.

(b) In any case in which a person is arrested and released and no accusatory pleading is filed charging him with an offense, the person shall be issued a certificate by the law enforcement agency which arrested him describing the action as a detention.

DEF 22



**RELEASE FORM**
For Booking #13260 Inmate Michael Charles Brainerd - Arrest (ID) #597151

Page 1 of 2

## Inmate Personal Information

| | |
|---|---|
| | **ID** 144396 |

| Inmate Name | |
|---|---|
| BRAINERD, MICHAEL CHARLES | |

| Address | City | State | Zip |
|---|---|---|---|
| 5296 BLUE LAKES RD | UPPER LAKE | CA | 95485 |

| Phone | DOB | Age | Sex | Race | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| 707 275 8839 | 09/03/1952 | 52 | M | W | 5'7" | 160 | Brown | Green |

| Drivers License | Soc. Sec. No. | FBI No. | Vehicle License | Other ID |
|---|---|---|---|---|
| A0257884 | 567864323 | 625192WA6 | | A10773430 |

| Business Name | Address | City & State |
|---|---|---|
| | | |

| Business Phone | Place of Birth | | Citizen | Illegal Alien |
|---|---|---|---|---|
| | SACRAMENTO,CA | | T | F |

| Next of Kin / Guardian | Address | Phone | Relationship |
|---|---|---|---|
| ROBERT BRAINERD | SACRAMENTO | 916 392 0716 | FATHER |

| Second Residence Address | City | State | Zip | Phone |
|---|---|---|---|---|
| | | | | |

| Mailing Address | City | State | Zip | Notes |
|---|---|---|---|---|
| | | | | |

| Aliases |
|---|
| |

| Complexion | Build | HairStyle | Facial Hair | Speech | Glasses |
|---|---|---|---|---|---|
| Clear | Average | Short | Beard & Must | Clear | F |

| Scars | Tattoos |
|---|---|
| NONE | NONE |

| Officer Safety | Other Considerations |
|---|---|
| | |

## Booking, Arrest and Release Information

| Booking Date & Time | Event | Classif. | Booking Type (Source) | Custody Status |
|---|---|---|---|---|
| 05/19/2005   21:07 | Felony Booking | MED | | Released |

| Booking Agency | Booking / Transporting Officer IDs | Pickup Date & Time |
|---|---|---|
| LAKE COUNTY SHERIFF'S OFFICE | S0136 | |

| Arrest Date & Time | Arrest Location | Arrest Area | Originating Case # |
|---|---|---|---|
| 05/19/2005   17:59 | BLUE LAKES | | 05050309 |

| Arrest Type | Offense Location | Offense Area | Crime Report # |
|---|---|---|---|
| Arrest | | | |

| Arresting Agency | Arresting Officer IDs | Warrant # |
|---|---|---|
| LAKE COUNTY SHERIFF'S OFFICE | S0118 | |

| | | Citation # |
|---|---|---|
| | | |

| Special Inmate Comments |
|---|
| Contact 275-8839 Mrs. Ward prior to release☐☐per Bob with Victim Witness |

| Release Date & Time | Reason | Releasing Officer | Stay Length | Transfer | Date Posted |
|---|---|---|---|---|---|
| 05/23/2005   10:20 | Pre-Trial Release 825PC | PANKOVICH | 4 | F | '23/2005 10:21:55 A |

| Comments |
|---|
| RELEASED PER DA GARY LUCK AND C33 |

## Inmate Property

| Type | Qty | Description | Location | Dispo. | Value |
|---|---|---|---|---|---|
| CO | 1 | brn slippers, blk t shirt, gray sweatpants, | BLUE BAG | RE | |
| PP | 1 | cdl, wht met necklace with cross, yel metal earring, blk wallet, asst cards and papers, shell credit card | YEL BAG | RE | |
| CA | 1 | 98 | SAFE | RE | $98.00 |



**RELEASE FORM**

For Booking #13260 Inmate: Michael Charles Brunner Arrest (ID): 59715

Page 2 of 2

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND FIND IT TO BE ACCURATE.

Inmate's Signature X _Michael Brunner_    Witness X _____

Officer X _ANTONICH 528_    Date: _5/23/05_    Time: _1030_

**FINANCIAL SUMMARY**
For Booking #13260 Inmate: BRAINERD, MICHAEL CHARLES

Page 1 of 1

| BRAINERD, MICHAEL CHARLES | | | Facility: LJ | Section: E | Cell: BEDS |
|---|---|---|---|---|---|
| Booking #: 13260 | Date: 05/19/2005 | Time: 21:07 | Building: * | Floor: 1 | Sub-Cell: 21 |

## CASH TYPE POSTINGS

| Post Date | Description | Amount |
|---|---|---|
| | | $98.00 |
| 05/19/2005 | Booked Cash | ($1.50) |
| 05/19/2005 | AD KIT | ($96.50) |
| 05/23/2005 | RELEASED INMATE BRAINERD,MICHAEL #59715 CHECK# 20720 | |
| | TOTAL Cash Posting: | $0.00 |
| | BALANCE: | $0.00 |

20720

LAKE COUNTY SHERIFF'S DEPARTMENT
INMATE WELFARE FUND
P.O. BOX 489 • 4913 HELBUSH AVENUE
LAKEPORT, CA 95453

WASHINGTON MUTUAL BANK
555 NORTH MAIN ST.
LAKEPORT, CA 95453

90-7162
3222

VOID AFTER 90 DAYS

$96.50

DOLLARS

PAY

TO THE ORDER OF

BRAiNerd, Michael

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 59715 | 5/23/05 20720 | 96 50 |

Pankovich 529

Saiz 187

NON-NEGOTIABLE

⑈0 20720⑈  ⑆322271627⑈ 782⑈00 2840⑈ 2⑈

DEF 25



# BOOKING FORM
### For Booking #13260 Inmate: Michael Charles Brainerd Arrest (HD) 59715)

Page 1 of 2

## Inmate Personal Information

| | | | ID 144396 |
|---|---|---|---|

Inmate Name
BRAINERD, MICHAEL CHARLES

| Address | City | State | Zip |
|---|---|---|---|
| 5296 BLUE LAKES RD | UPPER LAKE | CA | 95485 |

| Phone | DOB | Age | Sex | Race | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|---|
| 707 275 8839 | 09/03/1952 | 52 | M | W | 5'7" | 160 | Brown | Green |

| Drivers License | Soc. Sec. No. | FBI No. | Vehicle License | Other ID |
|---|---|---|---|---|
| A0257884 | 567864323 | 625192WA6 | | A10773430 |

| Business Name | Address | City & State |
|---|---|---|

| Business Phone | Place of Birth SACRAMENTO,CA | | Citizen T | Illegal Alien F |
|---|---|---|---|---|

| Next of Kin / Guardian ROBERT BRAINERD | Address SACRAMENTO | Phone 916 392 0716 | Relationship FATHER |
|---|---|---|---|

| Second Residence Address | City | State | Zip | Phone |
|---|---|---|---|---|

| Mailing Address | City | State | Zip | Notes |
|---|---|---|---|---|

Aliases

| Complexion Clear | Build Average | HairStyle Short | Facial Hair Beard & Must | Speech Clear | Glasses F |
|---|---|---|---|---|---|

| Scars NONE | | Tattoos NONE |
|---|---|---|

| Officer Safety | Other Considerations |
|---|---|

## Booking, Arrest and Release Information

| Booking Date & Time 05/19/2005 21:07 | Event Felony Booking | Classif. MED | Booking Type (Source) | Custody Status Initial Booking |
|---|---|---|---|---|
| Booking Agency LAKE COUNTY SHERIFF'S OFFICE | | Booking / Transporting Officer IDs S0136 | | Pickup Date & Time |
| Arrest Date & Time 05/19/2005 17:59 | Arrest Location BLUE LAKES | | Arrest Area | Originating Case # 05050309 |
| Arrest Type Arrest | Offense Location | | Offense Area | Crime Report # |
| Arresting Agency LAKE COUNTY SHERIFF'S OFFICE | | Arresting Officer IDs S0118 | | Warrant # |
| Special Inmate Comments | | | | Citation # |
| Release Date & Time | Reason | Releasing Officer | Stay Length | Transfer F | Date Posted |
| Comments | | | | | |

DEF 26



05/19/2005

Case 3:05-cr-00663-EDL   Document 55-2   Filed 06/12/2008   Page 13 of 40

BOOKING FORM

For Booking #13260 Inmate: Michael Charles Brainerd. Arrest (IID): 59715)

Page 2 of 2

## Booking Charges

| Offense | Level | Counts | Rpt Cd | Description | | | Bail Type | Amount |
|---------|-------|--------|--------|-------------|---|---|-----------|--------|
| 422 PC | F | 1 | 345 | THREATEN CRIME W/INT TERRORIZE | | | B | $5,000.00 |

| | | Court | Dept | Next Court Date / Time |
|---|---|-------|------|------------------------|
| Docket # | | SUPR | 3 | 05/23/2005   16:00 |

| | | Dispo | Level | Disposition Date | Strikes |
|---|---|-------|-------|------------------|---------|
| Warrant No. | Locale   Agency | | | | |

Comments

| New Charges Bail | Local Warrant Bail | Out-of-County Bail | Total Bail |
|------------------|--------------------|--------------------|------------|
| 5,000.00 | 0.00 | 0.00 | |

## Inmate Property

| Type | Qty | Description | Location | Dispo. | Value |
|------|-----|-------------|----------|--------|-------|
| CO | 1 | brn slippers, blk t shirt, gray sweatpants, | BLUE BAG | | |
| PP | 1 | cdl, wht met necklace with cross, yel metal earring, blk wallet, asst cards and papers, shell credit card | YEL BAG | | |
| CA | 1. 98 | | SAFE | | $98.00 |

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY AND FIND IT TO BE ACCURATE.

Inmate's Signature   X _Michael Brainerd_        Witness . X _____

Officer   X _____ J54        Date: 5/29/05   Time: 2/30

DEF 27

INTAKE/RELEASE CHECK LIST

INMATE NAME: _Rainard - Michael_    BOOKING #: _5971_

| INTAKE: | J# | RELEASE: | J# |
|---|---|---|---|
| PRE-MEDICAL QUESTIONAIRE | 50 | WARRANT CHECK | 28 |
| PAT SEARCHED | 50 | DATE OF RELEASE APPROVED | |
| ARREST INFORMATION REPORT | 50 | CITATION COMPLETED | |
| WARRANT/ABSTRACT/3056 | | 849(B) 1/2 PC FORM  *825 PC* | 28 |
| PROBABLE CAUSE REPORT | 50 | BAIL BOND & RECEIPT COMPLETED | |
| MEDICAL CLEARANCE        (If Applicable) | | BAIL BOND LOGGED | |
| | | | |
| TYPES- CDL/CII/FBI | 3 | PROPERTY: BLU/YEL | 28 |
| J.U.S. FORM  (DISPO) | 3 | WRITE CHECK /COPY FOR FILE | 28 |
| | | BOOKING SHEET SIGNED | 28 |
| BOOKING SHEET | 3 | FINGERPRINT CARD COMPLETED | |
| MEDICAL NOTICE | 3 | LIVESCAN/FBI CONFIRMATION | |
| INTAKE HEALTH SCREENING & REFERRAL | 3 | | |
| MONEY ENVELOPE        (If Applicable) | 3 | SOBERING CELL FORM SIGNED OFF | |
| SOBERING CELL ASSESSMENT  (If Applicable) | | WRIST BAND REMOVED | |
| OBSERVATION LOG   (IF APPLICABLE) | | CUSTODY INFORMATION BOOKLET | |
| DUI FORM              (If Applicable) | | | |
| PROPERTY: BLU/YEL BAGS | 3 | BOARD CARD REMOVED | 28 |
| MUG | 3 | RELEASED OFF BOOKING LOG | 28 |
| PRINTS | 5 | REMOVED FROM COUNT BOARD | 28 |
| | | RELEASED OFF ADMIN LOG | 28 |
| BOARD CARD | 3 | | |
| BOOKING LOG | 3 | | |
| COUNT BOARD | 3 | | |
| ADMIN LOG | 3 | | |
| | | | |
| RIMS -WARRANT REMOVAL | | | |
| WPS REMOVAL | | | |
| 821/822 PC FORM | | | |
| TELETYPE SENT | | | |
| CDC MAN | | | |
| EXTI | | | |
| | | | |
| CLASS | | | |
| AD-SE | | | |
| WRIST | | | |
| INTAKE | | | |
| CUSTOD | | | |
| STRIP SE | | | |

Revised : 6/9/04

DEF 28

# DECLARATION FOR PROBABLE CAUSE
## AND BAIL SETTING

THE DECLARANT, A PEACE OFFICER FOR THE STATE OF CALIFORNIA. AGENCY:_____
STATES THAT ON _05\19_ 20_05_ (NAME) _BLANKERD, MICHAEL C_ (BOOKING # )_____ WAS BOOKED AT THE LAKE COUNTY JAIL
(ARREST TIME) _1259_____ (BOOKING TIME)_____

ON THE FOLLOWING CHARGES:

| CHARGE NO. | FELONY | MISDEMEANOR | BAIL |
|---|---|---|---|
| 422 P.C | X | | |
| | | | |
| | | | |
| | | | |
| | | | |

BAIL SET BY COURT BAIL SCHEDULE_____ TOTAL BAIL_____        _____ JUDGE_____
BAIL SET BY MAGISTRATE_____ TOTAL BAIL .

VERIFIED BY:_____

WHAT CIRCUMSTANCES LED YOU TO BELIEVE THAT THE DEFENDANT HAD COMMITTED THE ABOVE OFFENSE(S
CASE # _0505-309_____  IF YOU RELIED ON THIRD PARTY INFORMATION, DESCRIBE CIRCUMSTANCES

(S) THREATEND TO HIT ROOMATE IN THE HEAD WITH BASEBALL BAT

(V) FELT THAT THE THREAT WOULD BE CARRIED OUT. A BAT WAS

IN REACH OF (S) BUT NEVER TOUCHED. (S) ADMITTED TO S MAKING

THE THREAT BUT SAID HE NEVER MENT IT.

1. WAS THE SUSPECTS ARMED? ___YES _X_ NO  DESCRIBE WEAPON: _BASEBALL  MENTIONED_
2. DID THE SUSPECT RESIST ARREST? ___YES _X_ NO  RESISTANCE: ___MINOR ___MODERATE ___MAJOR
3. VICTIM: _X_ MALE ___FEMALE  AGE:_36_ RELATION TO SUBJECT _ROOMATE_
4. INJURIES SUSTAINED BY VICTIM: _X_ NONE ___MINOR ___MODERATE ___MAJOR
5. TYPE OF THEFT: ___PERSON ___RESIDENCE ___COMMERCIAL ___OTHER:_____
6 PROPERTY TAKEN AND APPROXIMATE VALUE:_____
7. PROPERTY RECOVERED: ___NONE ___PARTIAL ___FULL RECOVERY _____QUANTITY____
8. CONTROLLED SUBSTANCE INVOLVED? ___YES _X_ NO  TYPE:_____
9. THREATS TO VICTIMS OR WITNESSES (DESCRIBE): _HIT (V) IN HEAD WITH BASEBALL BAT_
ADDITIONAL INFORMATION:_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED AT _LAKE COUNTY JAIL_, CALIFORNIA. ON _05/19/05_

_____ #446
SIGNATURE OF DECLARANT

**DEF 29**

# LAKE COUNTY JAIL ARREST INFORMATION REPORT

THIS FORM MUST BE COMPLETED BY THE ARRESTING OFFICER AND MUST ACCOMPANY THE PRISONER TO JAIL ON ALL ARRESTS.

Name of Person Arrested: BRAINERD, MICHAEL C.    D.O.B. 09/03/52

Offense(s): 422 P.C.

Date & Time of Arrest: 05/18/05  1759    Place of Arrest: BLUE LAKES

Arresting Officer(s): M. WRISTEN    I.D. # 446    Agency: LCSO
SO ID 50118

Transporting Officer(s): M. WRISTEN    I.D. # 446    Agency: LCSO

Location of Vehicle: NONE    Citation #: N/A

Was Force used to make arrest? No    Carotid Restraint used? No

Chemical Agent? No    Baton or other device? No

Was Arrestee in Vehicle Accident or Altercation? No

## Lake County Sheriff's Department only Case # or Incident #: 0505-309

### ANY ARRESTEE WITH INJURIES MUST BE MEDICALLY CLEARED PRIOR TO BOOKING
### MISDEMEANOR ARREST SECTION

THE FOLLOWING SECTION IS TO BE COMPLETED UPON A PHYSICAL ARREST FOR ANY MISDEMEANOR PERSUANT TO PENAL CODE SECTION 853.6

The person arrested:

_____ Was so intoxicated that he could have been a danger to himself or others.

_____ Required medical examination or medical care or was otherwise unable to care for his/her own safety.

_____ Was charged with one or more of the circumstances listed in 40302 and 40303 of the Vehicle Code.

_____ Had one or more outstanding arrest warrants.

_____ Could not provide satisfactory evidence of personal identification.

_____ If released immediately would jeopardize the prosecution of the offense or offenses for which he/she was arrested or the prosecution of any other offenses.

(X) Would be reasonably likely to continue or resume the offense or offenses, or the safety of persons or property would be imminently endangered if immediately released.

_____ Demanded to be taken before a Magistrate or refused to sign a Notice to Appear.    **DEF 30**

UPDATED 7/6/04

DATE: _____

## CONFIDENTIAL CLASSIFICATION QUESTIONAIRE

INMATE NAME: _BRAINERD_    _MICHAEL_ _____ MALE ✓ FEMALE _____

BOOKING # _09215_ _____ D.O.B. _7-3-52_ _____ AGE: _52_ _____

OFFICER CONDUCTING THE INTERVIEW: _____ J# _76_

SYNOPSIS OF CRIMINAL HISTORY:

_____ murder _____ attempted murder _____ assault _____ assault/violence _____ domestic violence
_____ armed robbery _____ strong arm robbery _____ rape _____ escape _____ vehicle code
_____ ad-seg history _____ PC history _____ Gang Member _____ drugs _____ assault on staff

Number of prior O.R'S _____ 0 _____    Number of prior F.T.A.'S _____ 0 _____

1. Are you currently on State Parole? Yes _____ No ✓
   Who is your Parole Agent? _____ County _____ CDC # _____

2. Are you currently on Probation? Yes _____ No ✓ Formal _____ Court/Summary _____
   Probation Officer's Name _____ County _____

3. What is your sexual preference?
   Heterosexual ✓ Homosexual _____ Bi-Sexual _____

4. Have you ever been part of a gang? Yes _____ No ✓
   Name of Gang: _____ Moniker _____ Active: Yes _____ No _____
   Tattoo's _____ Yes _____ No    If yes, _____

5. Are you related to a gang member? Yes _____ No ✓ Relationship: _____
   Name of Gang: _____

6. Do you have problems being housed with any gang? Yes _____ No ✓
   Name of Gang: _____

7. Do you have problems being housed with other Inmates? Yes _____ No ✓
   If yes, explain: _____

8. Can you read? Yes ✓ No _____ Can you write? Yes ✓ No _____
   Primary Language _ENGLISH_ _____ Need Interpreter Yes _____ No ✓
   Note: If yes notify the court liaison and mark file.

9. Have you ever been the victim of an assault? If yes, explain
   _NO_ _____

10. Have you ever assaulted anyone? Yes _____ No ✓ If yes, explain
    _____

**DEF 31**

27. Do you anticipate any problems while you are here? Yes _____ No ✓ If yes, explain: _____
_____

28. Do you know of any reason you should not be housed in General Population?
Yes _____ No ✓ If yes, explain: _____

29. Are you requesting Protective Custody at this time? Yes _____ No ✓
If yes, explain: _____

30. How do you think you will do while you are here? _FINE_ _____

31. Do you have any enemies in Jail that might harm you? Yes _____ No ✓ If yes, explain: _____
_____

32. Is there anyone you should be separated from: race, color, creed, or religion? _NO_ _____

33. Have you ever been a Police Informant? Yes _____ No ✓
Where? _____ How long ago? _____

34. Have you been an informant or a witness for the prosecution in a Criminal Case?
Yes _____ No ✓ If yes, explain: _____

35. Are you a suspect in a crime or a witness in another person's criminal case? Yes _____ No ✓
If yes, explain: _____

36. Are you a Peace Officer, Correctional Officer or Public Official or a relative of one?
Yes _____ No ✓ If yes, explain: _____

37. What is your occupation? _Cannas Herre_ Do you work regularly? Yes ✓ No _____
If unemployed, why? _____

Classification Officer's Comments: _Sad Friends Only Spent_
_A Few Hrs In Jail_ _____

Housing Assignment: _E - 21_ _____

Classification Officer's Signature: _____
Date: _5/20/05_



Inmate Date of Birth: 09/03/1952

### Intake Questionnaire

Were any suicidal gestures or statements observed?
Explain below

NO

Did arrestee receive pre-booking treatment?
Explain where and nature of illness treated below.

NO

Any visible signs of trauma, wounds, illness?
Explain below

NO

Under the influence of alcohol or drugs?
Explain what type below.

NO

Any visible signs of jaundice (yellow), needle marks, lice, rash?
Explain below.

NO

Is the arrestee alert?
Yes

Is the arrestee confused?
NO

Is the arrestee oriented?
Yes

Is the arrestee lethargic?
NO

Is the arrestee's behavior abnormal?
Explain below.

NO

Does the arrestee's behavior suggest retardation?
NO

Are you under a Dr.'s care?
Explain below.

Yes    DIABETES

Are you taking any prescribed medications?
Explain what kind below.

Yes    NEURONTIN, LOTENSON, LIPITOR, CUMOLOG R (INSULIN), LANTIS,

Do you have diabetes?
Yes

Do you have seizures?
NO

Do you have a heart condition?
NO

Do you have asthma?
NO

Do you have ulcers?
NO

Do you have high blood pressure?



**LAKE COUNTY SHERIFF'S OFFICE**
**BOOKING FORM**
For Booking #13260 Inmate: Michael Charles Brainerd Arrest (ID): 59715)

Page 2 of 3

## Intake Questionnaire

Yes

| | |
|---|---|
| Do you have dental problems? | |
| NO | |
| Do you have psychiatric problems? | |
| NO | |
| Do you have any allergies? Explain what type below. | |
| NO | |
| Do you have HIV? | |
| NO | |
| Do You have TB? | |
| NO | |
| Do you have VD? | |
| NO | |
| Do you have Hepatitis? | |
| NO | |
| Do you have Chicken Pox? | |
| NO | |
| Do you have Measles? | |
| NO | |
| Have you been coughing up blood or sputum? Explain below. | |
| NO | |
| Have you had unexpected weight loss? Explain below. | |
| NO | |
| Do you have night sweats? Explain below. | |
| Yes | |
| Do you suffer from fatigue? Explain below. | |
| NO | |
| Do you require a special diet? Explain below. | |
| Yes     DIABETIC DIET | |
| Do you use a prosthesis? Explain below. | |
| NO | |
| Do you have any drug/alcohol problems that would cause withdrawals while here? Explain below how much you use and when last used. | |
| NO | |
| Have you ever thought of ending your life? Explain when and where below. | |
| NO | |
| Did you receive medical care? Explain where below. | |

## Intake Questionnaire

NO

Are you thinking of ending your life now?
NO
Do you have any unusual vaginal or penile itching or discharge?
Explain below.
NO
Are you being treated for a mental disorder?
Explain when and where below.
NO
Have you ever taken any special education classes?
NO
Do you have any other problems?
Explain below.
NO
Are you pregnant? (female only)
NO
Are you using birth control? (female only)
NO
Have you had a baby within the last 6 months? (female only)
NO
Have you had a recent abortion/miscarriage? (female only)
Explain below
NO
Have you ever been charged with 187PC? (female only)
NO
Have you ever been charged with 664/187PC? (female only)
NO
Have you ever been charged with 273(a)PC? (female only)
NO

BOOKING OFFICER_____
INMATE_____ REFFERED TO MEDICAL
YES_____ NO_____ DATE_____ TIME_____
NURSE_____
NO

INFORMATION PROVIDED HERE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Inmate's Signature  X _____  Witness X _____

Officer  X _____ JbY  Date: 5/19/05  Time: 2200

DEF 35



### LAKE COUNTY SHERIFF'S DEPARTMENT
POST OFFICE BOX 489 – LAKEPORT, CALIFORNIA 95453

| | | | | | |
|---|---|---|---|---|---|
| ADMINISTRATION (707) 262-4200 | CENTRAL DISPATCH (707) 263-2331 | CORONER (707) 262-4146 | CORRECTIONS (707) 262-4240 | PATROL/INVESTIGATION (707) 262-4200 | SUBSTATION (707) 994-6431 |

Rodney K. Mitchell
Sheriff / Coroner

## NOTICE

This letter is to notify you that the County of Lake requires reimbursement for the costs of some of the medical treatment you receive while incarcerated in the Lake County Detention Facility. YOU MAY BE BILLED FOR ANY MEDICAL, DENTAL OR OTHER SERVICES YOU RECEIVE WHILE IN CUSTODY.

All payments shall be made to the Lake County Sheriff's Department, P.O. Box 489, Lakeport, CA 95453.

You will be billed for your medical treatment approximately ten (10) days after the department receives the medical, dental or other bills regarding treatment you received. We will expect full payment within forty-five (45) days from the date we notify you. Should you fail to make full payment, or arrange an acceptable payment schedule, we may refer this matter for legal action.

Should you have any questions about the foregoing, please contact the Administrative Office at (707) 262-4221.

Rodney K. Mitchell
Sheriff / Coroner

*Mary Beth Strong*

Mary Beth Strong
Accounting Supervisor

*Michael C Brann*
_____
Inmate Signature

5-19-05
_____
Date

59.715
_____
Booking Number

**DEF 36**

# LAKE COUNTY JAIL
## PRE-BOOKING MEDICAL INFORMATION REPORT

INMATE
NAME BRAINERD MICHAEL C          ARREST ID# 59715  D.O.B. 9/3/52
OFFICER
NAME FINDLEY          J#50  DATE & TIME 5/19/05 - 1828

50148
YYLG

## ARRESTING OFFICER INQUIRIES:
OFFICER NAME: WUSTEN          ID# YYLG  AGENCY LCSO
WAS ARRESTEE INVOLVED IN ACCIDENT OR ALTERCATION?  Yes_____  No____ ✓
DID MEDICAL RESPOND ON SCENE?  Yes_____  No____ ✓
CAROTID RESTRAINT?  Yes_____  No____ ✓
CHEMICAL AGENT?  Yes_____  No____ ✓
BATON OR OTHER DEVICE?  Yes_____  No____ ✓
PHYSICAL FORCE USED DURING ARREST?  Yes_____  No____ ✓

Do you have any medical problems? Yes ✗ No____          Describe: DIABETIC TYPE 1
Do you have any injuries?          Yes____ No ✗          Describe: _____
Has your injury been treated?          Yes____ No ✗          Describe: _____
Do you have any contagious diseases? Yes____ No ✗          Describe: _____
Do you believe you have been in contact
with anyone who has a contagious disease? Yes____ No ✗          Describe: _____
Do you have a cough, night sweats, recent
weight loss or bloody sputum?          Yes____ No ✗          Describe: _____
Do you have lice or skin problems?          Yes____ No ✗          Describe: _____
Do you take any medication?          Yes ✗ No____
    What & how often? NEEDLIN  LOTENSIN, LE XAPRO HEMELOGY, LANTIS
Are you feeling suicidal?          Yes____ No ✗
Are you pregnant?          Yes____ No____          How far along? _____
Have you had an abortion, miscarriage or
delivered a baby in the last 6 months?          Yes____ No____ ✗ When? _____
Do you anticipate any drug or alcohol withdrawal? Yes____ No ✗
Does the arrestee have any needle marks?  Yes____ No ✗          If yes NEW or OLD location?
    Describe: _____
Does the arrestee have any developmental disabilities
such as hearing, sight or mental retardation? Yes____ No ✗  Describe: _____

Medical Staff Notified          Yes ✗ No____          Date & Time: 5/19/05 - 1828
Nurse's Name VATLGAS
Cleared to be booked          Yes ✗ No____
Sobering Cell          Yes____ No ✗
Safety Cell          Yes____ No ✗

Signature for action taken RVanger rn          Date: 5/19/05

Time: 1846

59716

Received on 05/23/2005 at 00:42
c  'DDMK:SV.UW
B.. .L DVROS ENTRY
FCN/2260514300040
ORI/CA0170000
OCA/FL201865
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++ THIS TEMPORARY RESTRAINING ORDER HAS NOT BEEN SERVED      ++
++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
-DO NOT ARREST OR DETAIN BASED SOLELY ON THIS RESPONSE*
THIS RESTRAINING ORDER RESPONSE MAY BE THE SAME AS:
+ + + + RESTRAINED PERSON INFORMATION + + + +
NAM/BRAINERD,MICHAEL C DOB/19520903
SEX/M RAC/W HGT/507 WGT/158 EYE/GRN HAI/BRO
MIS/C14 052305
+ + + + + PROTECTED PERSON INFORMATION + + + + +
PROTECTED PERSON NAME/WARD,MARCI A
PROTECTED PERSON SEX/F PROTECTED PERSON RACE/X
ADDCL PROTECTED PERSON 1/BOYD,BOBBY M.M.X.
+ + + + + COURT INFORMATION + + + + +
RESTRAINED PERSON PRESENT IN COURT/NO
COURT NAME/LAKE COUNTY SUPERIOR (LAKEPORT)
COURT PHONE NUMBER/(707) 263-2235
COURT CASE NUMBER/FL201865
ISSUE DATE/20050520 EXPIRATION DATE/20050613
CONTACT PROTECTED PERSON/NO - THE RESTRAINED PERSON MUST NOT CONTACT, MO
LEST, ATTACK, STRIKE, THREATEN, SEXUALLY ASSAULT, BATTER, TELEPHONE, SEN
D ANY MESSAGES TO, FOLLOW, OR DISTURB THE PEACE OF THE PROTECTED PERSON(

FIREARM PROVISIONS/CANNOT PURCHASE OR RECEIVE AND MUST SURRENDER ALL FIR
EARMS
STAY AWAY FROM/RESIDENCE, PROTECTED PERSON
STAY AWAY/0025 YARDS
VACATE ADDRESS/5296 BLUE LAKES RD UPPER LAKE 95485
OTHER ORDERS/RESTRAINED MUST SELL TO A LICENSED GUN DEALER OR TURN IN TO
POLICE ANY GUNS OR FIREARMS THAT HE HS OR CONTROLS  THIS MUST BE DONE WI
THIN 48 HRS OF RECEIVING THIS ORDER AND THEN RESTRAINED MUST BRING A RECE
IPT TO THE COURT WITHIN 72HRS OF RECEIVING THIS ORDER TO PROVE THAT GUNS
HAVE BEEN TURNED IN OR SOLD  PROTECTED PERSON CAN RECORD COMMUNICATIONS
MADE BY THE RESTRAINED PERSON THAT VIOLATE THE JUDGES ORDERS
IMMEDIATELY CONFIRM WITH CA0170000 LAKE CO SO LAKU
TELEPHONE 707 263-2331
+*++++++++ END OF DVROS MESSAGE ++++++++++

Case Number: _____

Your name. _____

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will ask you for proof that you did so. If you do not obey this Order, you can be charged with a crime.

## Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (form MC-410) *(Civil Code, § 54.8)*

*(Clerk will fill out this part)*
—**Clerk's Certificate**—

*Clerk's Certificate [part]*

I certify that this *Notice of Hearing and Temporary Restraining Orders* is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____, Deputy

## This is a Court Order.

CH-120, Page 4 of 2

**DEF 39**

Received on 05/19/2005 at 21:00
  quested by J34_____
4 LKM0492953.IH
RE:QHA.CA0170017.NAM/BRAINERD,MIC      DATE:20050519 TIME:21:00:36
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:JWF
RECORD #              NAM                DOB     S R HGT EYE HAI TYP
A10773430 BRAINERD,MICHAEL CHARLES      19520903 M W 507 GRN BRO
H10677478 BRENARD,MICHAEL               19550404 M X 602 GRN BRO
   *   *   *   *   *   *   END OF MESSAGE   *   *   *   *   *   *   *

Received on 05/19/2005 at 21:00
  :quested by J34_____
4LKM0492952.IJ
1L01
CA0170017
NO NCIC WANT NAM/BRAINERD,MICHAEL DOB/19520903 SEX/M

DEF 41

COUNTY SHERIFF'S OFFICE
LAW ENFORCEMENT PURPOSES ONLY
Printed on 05/19/2005

```
  ceived on 05/19/2005 at 21:00
. _quested by J34_____
4LKM0492954.IM
MPS INQUIRY
MISSING PERSON
DATE:2005-05-19  TIME:21:00:36
RE:QM.CA0170017.BRAINERD,MICHAEL.M
*** NO MATCH ON NAM FIELD ***
*** INSUFFICIENT DATA FOR NCIC CHECK ***
**********  END OF MPS MESSAGE  **********
```

```
Received on 05/19/2005 at 21:04
   KM0492960.IH
RE: QHY.CA0170017.10773430.JWF: BO      DATE:20050519 TIME:21:04:40
RESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
ATTN:JWF: BOOKING
III CALIFORNIA ONLY SOURCE RECORD
CII/A10773430
DOB/19520903    SEX/M  RAC/WHITE
HGT/507  WGT/160  EYE/GRN  HAI/BRO   POB/CA
NAM/01 BRAINERD,MICHAEL CHARLES
FBI/625192WA6
SOC/567864323
* * * *
ARR/DET/CITE:       NAM:01  DOB:19520903
19940627  CASO UKIAH
CNT:01    #64233
   -WARRANT
   270 PC-FAILURE TO PROVIDE
19940727
 DISPO:RELEASE ON (OR WITH) CITATION
   COM: LOS ANGELES WARR NBR-LAA93R2063301
    *   *   *    END OF MESSAGE   *   *   *
```

DEF 43

L... ENFORCEMENT PURPOSES ONLY
Printed on 05/19/2005

received on 05/19/2005 at 21:00
  quested by J34_____
4LKM0492951.IN
DATE:05-19-05*TIME:21:00*
MATCHED ON:*L/N*F/N* BD
DMV RECORD FOR LAW ENFORCEMENT USE ONLY
DL/NO:A0257884*B/D:09-03-1952*NAME:BRAINERD MICHAEL CHARLES*
RES/ADDR: AS OF 08-19-03:5296 BLUE LAKES RD  UPPER LAKE 95485*
OTH/ADDR AS OF 08-08-03:5296 BLUE LAKES RD UPPER LAKE *
IDENTIFYING INFORMATION:
SEX:MALE*HAIR:BROWN*EYES:GRN*HT:5-07*WT:160*
LIC/ISS:08-08-03*EXPIRES:09-03-08*CLASS:C NON-COMMERCIAL*
ENDORSEMENTS:NONE*
LATEST APP:
DL TYPE:RENEWAL*ISS/DATE: 08-08-03*OFFICE: LKP*BATES:POL*
LICENSE STATUS:
  VALID*
DEPARTMENTAL ACTIONS:
NONE
CONVICTIONS:
NONE
FAILURES TO APPEAR:
NONE
ACCIDENTS:
DATE/TIME    LOCATION              VEH LIC   REPORT NO      FR CASE NO
10-19-02 14 MENDOCINO      043003 5Y41347   91501309241   02 07 42761
                   NOT AT FAULT, OTHER PARTY AT FAULT
  ''D

DEF 44

Received on 05/19/2005 at 21:00
 JKM0492952.IE
CA0170017  RE: GPW.CA0170017.NAM/BRAINERD,MICHAEL.SEX/M.DOB/19520903
*** INQUIRIES MADE TO ***
AUTOMATED FIREARMS SYSTEM
SUPERVISED RELEASED SYSTEM
WANTED PERSONS SYSTEM
RESTRAINING ORDER SYSTEM
AUTOMATED PROPERTY SYSTEM
END RESPONSE.

Received on 05/19/2005 at 21:00
  quested by J34_____
4LKM0492952.IE
CA0170017  RE: GPW.CA0170017.NAM/BRAINERD,MICHAEL.SEX/M.DOB/19520903
*** INQUIRIES MADE TO ***
AUTOMATED FIREARMS SYSTEM
SUPERVISED RELEASED SYSTEM
WANTED PERSONS SYSTEM
RESTRAINING ORDER SYSTEM
AUTOMATED PROPERTY SYSTEM
END RESPONSE.

Received on 05/19/2005 at 21:00
 equested by J34_____
⊥LKM0492952.IR
CA0170017  RE: QVC.CA0170017.NAM/BRAINERD,MIC
NO MATCH NAM FIELD
NO WANTS
CHECKING NCIC
INQUIRY MADE TO RESTRAINING ORDER SYSTEM
********** END OF WPS MESSAGE **********

DEF 47

```
Received on 05/19/2005 at 21:00
  :quested by J34_____
4LKM0492952.IR
CA0170017  RE: QVC.CA0170017.NAM/BRAINERD,MICHAEL.DOB/19520903.SEX/M
NO MATCH NAM FIELD
NO SUPERVISED RELEASE RECORDS
******** END OF SUPERVISED RELEASE FILE MESSAGE ********
```

Received on 05/19/2005 at 21:00
 Requested by J34_____
=LKM0492952.IG
CA0170017   RE: QGH.CA0170017.NAM/BRAINERD,MICHAEL.DOB
RESPONSE TO QGH INQUIRY
NO HISTORY RECORD IN AFS
END AFS RESPONSE.

DEF 49

```
Received on 05/19/2005 at 21:00
  quested by J34_____
 -LKM0492952.IP
APS INQUIRY NAM/BRAINERD,MICHAEL
RESPONSE TO  QAN INQUIRY
NO DATA ON APS FILE
END OF APS RESPONSE
```

```
Pᵣceived on 05/19/2005 at 21:00
  uested by J34
4LKM0492952.IW
8YYX.CA0170017
RE: QRR.CA0170017.NAM/BRAINERD,MICHAEL.DOB/19520903.SEX/M.RO
NO MATCH NAM FIELD
NO RESTRAINING ORDERS
********* END OF DVROS MESSAGE *********
```

Received on 05/19/2005 at 22:42
1CNDJ31MANM.LJHO.LJHO
 'PROD
                        *   *   *   *
             LIVE SCAN TRANSACTION AGENCY NOTIFICATION
                        *   *   *   *
THE FOLLOWING INFORMATION IS IN RESPONSE TO YOUR LIVE SCAN TRANSMISSION
REGARDING SUBJECT/BRAINERD,MICHAEL CHARLES, DOB/09031952,
BOOKING AGENCY/CA0170000, BOOKING NUMBER/59715, SCN/05651390012.
YOUR SUBJECT HAS BEEN IDENTIFIED BY FINGERPRINTS AS NAM/BRAINERD,MICHAEL CHARLES
DOB/19520903 CII/A10773430.
** III CALIF ONLY SOURCE RECORD
FBI/625192WA6
CII/A10773430
DOB/19520903    SEX/M    RAC/WHITE
HGT/507   WGT/160   EYE/GRN   HAI/BRO    POB/CA
NAM/01 BRAINERD,MICHAEL CHARLES
SOC/567864323


*   *   *   *   *   *   *   *   END OF DOJ MESSAGE   *   *   *   *   *   *   *   *   *

DEF 52

Received on 05/20/2005 at 00:35
1CNDJ653021.LJH0.LJH0
    TE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Identification and Information
P.O. Box 903417
Sacramento, CA 94203-4170
DATE: 05/20/2005
    Agency:
        CA0170000

RE: FINGERPRINTS SUBMITTED TO THE FBI
A fingerprint search of the records contained in FBI files found a match
for the following subject. An electronic RAP sheet was not returned.
NAME:            BRAINERD, MICHAEL CHARLES
OCA:             59715
FBI:             625192WA6
SID:             10773430
DATE SUBMITTED:  05/20/2005
SCN #:           05651390012

DEF 53

# MUNICIPAL COURT OF CALIFORNIA
## NORTHLAKE / SOUTHLAKE JUDICIAL DISTRICT
### LAKE COUNTY CORRECTIONAL FACILITY
### 4913 HELBUSH DRIVE
### LAKEPORT, CA 95453

THE PEOPLE OF THE STATE OF CALIFORNIA
                        PLAINTIFF

                                            BOOKING # _59715_

            VS.

_BRAINERD, MICHAEL_____  DEFENDANT

IT APPEARING TO THE COURT FROM THE INFORMATION SUBMITTED IN THE DECLARATION RE PROBABLE CAUSE AND BAIL SETTING:

        ✓ THERE IS SUFFICIENT PROBABLE CAUSE TO DETAIN THE DEFENDANT;

        ___ THERE IS NO SUFFICIENT PROBABLE CAUSE TO DETAIN THE DEFENDANT.
            IT IS HEREBY ORDERED THAT THE DEFENDANT BE RELEASED;

        ___ EXIGENT CIRCUMSTANCES EXIST, IT IS ORDERED THAT THE DEFENDANT BE
            HELD _____ ADDITIONAL HOURS.

FOR A ✓ FELONY  ✓ MISDEMEANOR, TO WIT; A VIOLATION(S) OF _422 PC_____

                                    _HEDSTROM_____
                                    · MAGISTRATE
                                    ✓ SUPERIOR COURT  __ MUNICIPAL COURT
                                    DATE: _5·21·05_____
                                    TIME: _1230_____

PURSUANT TO A TELEPHONE CONVERSATION WITH AN APPOINTED MAGISTRATE, JUDGE _HEDSTROM_

OF THE _SOUTH LAKE SUPERIOR_____ COURT MADE THE ABOVE ORDER UPON CONSIDERING A

DECLARATION RE PROBABLE CAUSE AND BAIL SETTING FILED BY THE ARRESTING OFFICER.

_5·21·05 @ 1230_____
DATE AND TIME OF TELEPHONE REVIEW

_____
SIGNATURE OF VERIFYING OFFICER

                                            DEF 68