1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95814**
3  **Telephone:** (916) 552-5959
   **Fax:** (916) 442-5959
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 | MICHAEL BRAINERD,                    ) NO.  C 07 2663 EDL
                                          )
12 |                         Plaintiff,   ) **EXHIBIT B TO DECLARATION OF**
                                          ) **CRYSTAL ESBERG IN SUPPORT OF**
13 | vs.                                  ) **MOTION FOR SUMMARY**
                                          ) **JUDGMENT**
14 | COUNTY OF LAKE; LAKE COUNTY          )
     SHERIFF'S DEPARTMENT                 ) Date:  July 22, 2008
15 |                                      ) Time:  9:00 a.m.
                             Defendants.  ) Courtroom E, 15th Floor
16 |                                      ) 450 Golden Gate Avenue
                                          ) San Francisco, CA
17 | _____)

LAKE COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION

POLICY AND PROCEDURES MEMORANDUM

POLICY 1.19.1

TWELVE PAGES

**CHAPTER: BOOKING AND RELEASE**

**SUBJECT: INMATE BOOKING PROCEDURES**

STANDARDS:

CCR: 1050, 1207

ACA: 3-ALDF-4A-01, 3-ALDF-4A-02, 3-ALDF-4A-03, 3-ALDF-4A-04

PC: 851.5, 4015 (B), 853.6, 813

### POLICY

Recognizing that the booking process is a potentially dangerous time for both jail staff and prisoners, the following policy and procedures are designed to help minimize potential problems.

### DEFINITIONS

SALLY PORT: An enclosure situated in the perimeter wall or fence of a correctional facility containing gates or doors at both ends, only one of which opens at a time, ensuring there will be no breach in the perimeter security of the institution. The sally port may handle both pedestrian or vehicular traffic.

PRE-BOOKING PROCESS: Requirements which must be fulfilled before the Lake County Jail accepts official custody of a prisoner.

1

POLICY AND PROCEDURES MEMORANDUM

POLICY 1.19.1

### A. GENERAL

1. The admissions process of the Lake County Jail provides an operational approach for identifying and arranging for services of inmates with special needs.

2. The Lake County Jail will provide safe and secure housing for inmates, in the least restrictive manner possible.

3. Alcohol and perishable items will not be accepted into the facility. It is the responsibility of the transporting officer to make arrangements or dispose of such items.

4. Juveniles shall not be accepted in the Lake County Jail for incarceration. A juvenile being prosecuted as an adult may be housed in the jail only upon a court order from a Superior Court Judge.

### B. PRE-BOOKING PROCEDURES

1. All law enforcement agencies in the Lake County area have been informed of the pre-booking procedures that must be followed when delivering prisoners for admission.

2. All transporting agencies have been informed of the pre-booking requirements (i.e. Inter County Extradition, Tri-County Extradition) and are supplied with the appropriate pre-booking forms.

3. All law enforcement agencies will notify the Control Room Officer that they are enroute with a prisoner to be admitted.

4. The Control Room Officer will obtain an estimated time of arrival to the jail along with the following information: name, birth date, driver's license number and any problems that may be anticipated.

DEF 154

POLICY AND PROCEDURES MEMORANDUM

POLICY 1.19.1

5. Control will inform booking of the prisoners estimated time of arrival and any additional information that may be needed.

6. Should the prisoner become a problem in the field or during the transport, Control will have officers standing by to assist.

7. Upon the arrival of a prisoner, Control will notify the Booking Officer and the Escort Officer.

8. Upon positive identification, the Control Room Officer will allow the transporting vehicle access into the vehicle sally port.

9. Once inside the sally port, vehicle keys will be secured and all doors locked.

10. <u>All weapons</u> will be secured either in the vehicle or inside the weapon lockers. The weapon lockers are located next to the entrance door inside the vehicle sally port.(ammunition and O.C. spray are considered weapons)

11. The Control Room Officer will maintain visual observation during all stages of the booking procedure.

12. Any prisoner required to use the intoxilizer will do so prior to the Booking Officer taking custody.

13. The arresting officer will complete the arrest information report, prior to jail staff taking custody of the prisoner.

14. The arresting or transporting officer will remain with the prisoner, until all pre-booking requirements have been completed and jail staff takes custody.

15. The Booking Officer will conduct a thorough search of the inmate prior to taking custody. All property and money found in possession of the inmate will be confiscated.

3

DEF 155

POLICY AND PROCEDURES MEMORANDUM          POLICY 1.19.1

16. All contraband items (weapons, drugs etc.) will be given to the arresting/transporting officer.

   a. A notation will be made on the booking sheet upon discovery of such items.

   b. A property receipt will be issued by the transporting officer and placed into the inmates personal property.

17. Inmates who are injured or intoxicated to the point of being unconscious or incoherent, shall be examined by on-duty medical staff prior to proceeding with the booking process.

   a. If medical staff is not available, the inmate must be transported to Lakeside Hospital by the arresting/transporting officer.

   b. If the inmate is transported to the hospital for clearance, the transporting officer must bring back a written statement from the doctor before the inmate will be accepted for booking.

18. Any inmate with a blood alcohol content of 0.30 or greater shall be cleared for incarceration by jail medical staff or by a physician prior to booking.

19. If a baton or mace was used in apprehending the prisoner, the prisoner must be medically cleared prior to booking. If pepper spray was used, medical clearance will not be needed.

20. The arresting/transporting officer shall remain in the facility, until authorized to leave by jail staff.

4

POLICY AND PROCEDURES MEMORANDUM         POLICY 1.19.1

C. **COMBATIVE OR UNCOOPERATIVE INMATES**

  1. If an inmate becomes violent or uncooperative at any time during the booking process:

     a. The process will be discontinued.

     b. The inmate will be placed into a temporary holding cell until he/she becomes manageable.

     c. A notation will be made on the booking sheet and the officers log relating to the incident.

     d. The Shift Supervisor will be notified.

  2. If force must be used, staff will use only the minimal force necessary to restrain and control the inmate. The Shift Supervisor will be notified and a detailed report will be forwarded to the Jail Commander.

  3. During the booking process, all inmates will be informed of the importance of their cooperation and will be advised of the possible consequences if they do not comply.

  4. Inmates confined to a holding cell due to being uncooperative or assaultive will not be denied food, medical attention or any other benefits necessary to maintain basic needs.

  5. Inmates confined to a holding cell must be visually checked at least every thirty (30) minutes. The Correctional Officer will note any movement and ensure that the inmate is not having any difficulties.

  6. If an inmate must be physically restrained for preservation of jail property or his/her protection, see Policy 1.9.14.

  7. Inmates who become suicidal or state they are suicidal during the booking process will be placed into a suicide watch cell and dealt with accordingly to policy 1.10.8.

5

DEF 157

POLICY AND PROCEDURES MEMORANDUM                POLICY 1.19.1

### D. BOOKING

1. Any officer delivering or picking up a prisoner shall be required to show proper identification (agency I.D. card) unless known by jail staff.

2. The Booking Officer will review all official documents ordering confinement, checking accuracy on the time configurations.

3. Warrants or warrant abstracts will be in possession of the jail prior to booking.

4. All prisoners booked on new charges will be accompanied by a completed arrest form. This form will indicate the time and place of arrest, charges and any injuries.

5. Upon admission, all inmates will be issued a booking number. Inmates with a prior booking number will retain that same number.

6. The Booking Officer will ensure that the following forms are completed:

   a. Arrest form.
   b. Booking sheet.
   c. Health intake form.
   d. Medical billing form.
   e. Pre-classification form.
   f. Property form
   g. Accounting form.
   h. Admissions packet form.
   i. Medical release form. (if necessary)
   j. 821/822 form. (if necessary)
   k. JUS disposition form. (if necessary)
   l. Probable cause form. (if necessary)

6

DEF 158

POLICY AND PROCEDURES MEMORANDUM				POLICY 1.19.1

7. After entering all booking information into the computer, the booking sheet will be printed and a copy will be placed in the inmate's booking file. another copy will be placed in the inmate's property bin.

8. The Booking Officer will note any injuries or illnesses and refer the inmate to the jail medical staff or for medical clearance if necessary.

9. Inmates will not be permitted to possess any money, personal property or valuables.

10. The Booking Officer will inventory all property and money belonging to the inmate.

    a. Property taken shall be placed in a property storage bin. The bin number will be noted on the booking sheet.

    b. All money shall be registered on the booking sheet and placed in the safe, along with a copy of the receipt identifying the inmate.

    c. A copy of the booking sheet will be given to the inmate as a receipt for money and property.

11. Any item or substance found in the possession of an arrestee during the pre-booking pat search which is contraband or a crime to possess, will be confiscated and given to the arresting officer. It is the responsibility of the arresting or transporting officer to file any reports.

12. Any item or substance found in the possession of an inmate after the pre booking pat search, which is contraband or a crime to possess will be confiscated. It is the responsibility of jail staff to complete the appropriate incident or crime report.

7

DEF 159

POLICY AND PROCEDURES MEMORANDUM          POLICY 1.19.1

13. Prescribed medications in possession of an inmate at the time of booking will be registered on the booking sheet and turned over to the medical staff.

14. Correctional Officers will not dispense any medication at the time of booking without prior approval from the medical staff or on-call medical personnel.

15. The Booking Officer will pay particular attention to an inmate's behavior, listing any possible mental health or emotional problems.

16. If an inmate is believed to have emotional or mental health problems, on-call mental health personnel will be notified. Refer to Suicidal Inmates/Safety Cell, Policy 1.10.8.

17. Inmates will be photographed and fingerprinted prior to release. Inmates who are intoxicated or combative will be photographed and fingerprinted after they become manageable.

18. Inmates will be advised of their right to bail, the amount of bail and their charges.

19. Except in those cases where an inmate is combative or under the influence, the person will be given the opportunity to post bail immediately upon completion of the booking process.

20. After the booking procedure is complete, the inmate has the right under Penal Code Section 851.1 to make three completed phone calls. This is as long as he/she is not a danger to himself/herself, others or the security of the facility.

21. If the inmate does not immediately post bail, he/she will be notified that if they cannot bail or make other arrangements for release within three hours they will be assigned to a housing unit.

22. Inmates will be kept in administrative segregation until classified. Refer to Policy 1.12.1.

DEF 160

POLICY AND PROCEDURES MEMORANDUM          POLICY 1.19.1

23. If an inmate becomes unmanageable or combative, he/she will placed into a holding cell until they are manageable and the booking can be completed.

24. A warrant check, local and statewide will be performed on all incoming inmates. The Booking Officer will send for teletypes, (CDL, CII and NCIC) and ensure they are received and placed into the inmate booking jacket>

E. <u>PERSONS ARRESTED ON WARRANTS</u>

1. People who have been arrested for a warrant will be afforded the same rights given to all newly arrested persons.

2. All warrants or warrant abstracts provided to jail staff will be inspected to ensure the warrant contains the following information:

   a. Name of defendant.

   b. Specified charges (code, section, felony, misdemeanor or infraction)

   c. Issuing Magistrate

   d. Warrant/docket number

   e. Bail amount

   f. County and court of issue

   g. Date of issue

   h. Proof of service, signed by the arresting or transporting officer. Warrant abstracts will be noted served, signed and dated by the booking officer.

9

POLICY AND PROCEDURES MEMORANDUM					POLICY 1.19.1

3. Upon receipt of a prisoner for an out-of-state or out-of county warrant, a teletype will be sent to the agency holding the warrant, advising status of the inmate.

4. All persons arrested on out-of-state warrants will be booked pursuant to Penal Code Section 1551 through 1553. The Jail Commander will be notified in writing to ensure that proper extradition proceedings are followed. Refer to Policy 1.17.7. The Jail Commander will be given the following items:

   a. A copy of the booking sheet

   b. A copy of the warrant

   c. A copy of the types

5. Inmates cannot bail on an out-of-state warrant until arraigned and bail is set by a local magistrate.

6. Bail may only be posted in the state from which the warrant was issued. The inmate may be released only after the jail receives a teletype from the issuing agency, dropping the hold.

7. When a prisoner is accepted on an out-of-county warrant, he/she will be advised of the right to be taken before a local magistrate pursuant to Penal Code Sections 821/822.

   a. The Booking Officer will assist the prisoner with completion of this form.

   b. The form must be signed and dated by both inmate and the Booking Officer.

   c. An 821/822 form must be completed for each out-of-county warrant.

DEF 162

POLICY AND PROCEDURES MEMORANDUM          POLICY 1.19.1

8. If the prisoner is arrested on both local and out-of-county or out-of-state warrants, local charges will take precedence prior to transport out of county.

9. Civil warrants will be processed in the same manner as a criminal warrant, although different housing arrangements must be made. Refer to Policy 1.10.10.

F. COURT COMMITMENTS

1. All court commitments will be escorted through the lobby area into booking.

2. Court commitments after hours will be booked and then housed in administrative segregation, until the classification process is completed.

3. Court commitments will only be allowed to bring into the facility money and property carried on their persons. No bulk storage items will be accepted.

G. PAROLE AND PROBATION HOLDS

1. If a prisoner is to be held on a parole or probation hold, it will be necessary for the jail to have at least one of the following documents prior to the booking:

   a. Arrest warrant

   b. Teletype from parole or probation authorizing the incarceration of the prisoner.

   c. Written authorization from a parole or probation officer authorizing the incarceration of the prisoner.

11

POLICY AND PROCEDURES MEMORANDUM POLICY 1.19.1

### H. HOUSING ASSIGNMENT

1. No inmate will be placed into minimum security or general population until classified. Refer to Policy 1.12.1

2. All inmates shall be housed in administrative segregation prior to their classification. Refer to Policy 1.12.1

### I. SHOWER, CLOTHING AND HYGIENE PACKET

1. Inmates will be issued one set of clean clothing prior to being assigned to a housing unit, excluding holding or safety cells.

2. All inmates will be provided with a hygiene package upon assignment to a housing unit. Refer to Policy 1.16.3.

3. Prior to placement into a housing unit, if necessary, inmates will be placed into the shower/dress-out room and given an opportunity to shower before changing their clothes.

4. Inmates will not be allowed to keep any of their own clothing. Inmate clothing will be washed if necessary (i.e. soiled, wet, bloody, etc.) then stored in the property room. Refer to Policy 1.19.3.

DEF 164