1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, State Bar #96494
5  KRISTEN K. PRESTON, State Bar #125455

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11 | MICHAEL BRAINERD,                      ) NO.  C 07 2663 EDL
                                            )
12 |                          Plaintiff,    ) **EXHIBIT C TO DECLARATION OF**
                                            ) **CRYSTAL ESBERG IN SUPPORT OF**
13 | vs.                                    ) **MOTION FOR SUMMARY**
                                            ) **JUDGMENT**
14 | COUNTY OF LAKE; LAKE COUNTY            )
   | SHERIFF'S DEPARTMENT                   ) Date:  July 22, 2008
15 |                                        ) Time:  9:00 a.m.
   |                          Defendants.   ) Courtroom E, 15th Floor
16 |                                        ) 450 Golden Gate Avenue
   |                                        ) San Francisco, CA
17 | _____)

---

EXHIBIT C TO DECLARATION OF CRYSTAL ESBERG
CASE NO. C 07 2663 EDL


Inmate Date of Birth: 09/03/1952

### Intake Questionnaire

Were any suicidal gestures or statements observed?
Explain below
NO

Did arrestee receive pre-booking treatment?
Explain where and nature of illness treated below.
NO

Any visible signs of trauma, wounds, illness?
Explain below
NO

Under the influence of alcohol or drugs?
Explain what type below.
NO

Any visible signs of jaundice (yellow), needle marks, lice, rash?
Explain below.
NO

Is the arrestee alert?
Yes

Is the arrestee confused?
NO

Is the arrestee oriented?
Yes

Is the arrestee lethargic?
NO

Is the arrestee's behavior abnormal?
Explain below.
NO

Does the arrestee's behavior suggest retardation?
NO

Are you under a Dr.'s care?
Explain below.
Yes    DIABETES

Are you taking any prescribed medications?
Explain what kind below.
Yes    NEURONTIN, LOTENSON, LIPITOR, CUMOLOG R (INSULIN), LANTIS,

Do you have diabetes?
Yes

Do you have seizures?
NO

Do you have a heart condition?
NO

Do you have asthma?
NO

Do you have ulcers?
NO

Do you have high blood pressure?


Case 3:07-cv-02663-ED Document... 06/12/2008 Page 3 of 5

05/19/2005

LAKE COUNTY SHERIFF'S OFFICE
BOOKING FORM
For Booking #13260 Inmate: Michael Charles Brainerd Arrest (ID): 59715

Page 2 of 3

## Intake Questionnaire

Yes

Do you have dental problems?
NO

Do you have psychiatric problems?
NO

Do you have any allergies?
Explain what type below.
NO

Do you have HIV?
NO

Do You have TB?
NO

Do you have VD?
NO

Do you have Hepatitis?
NO

Do you have Chicken Pox?
NO

Do you have Measles?
NO

Have you been coughing up blood or sputum?
Explain below.
NO

Have you had unexpected weight loss?
Explain below.
NO

Do you have night sweats?
Explain below.
Yes

Do you suffer from fatigue?
Explain below.
NO

Do you require a special diet?
Explain below.
Yes    DIABETIC DIET

Do you use a prosthesis?
Explain below.
NO

Do you have any drug/alcohol problems that would cause withdrawals while here?
Explain below how much you use and when last used.
NO

Have you ever thought of ending your life?
Explain when and where below.
NO

Did you receive medical care?
Explain where below.

DEF-34


### Intake Questionnaire

NO

Are you thinking of ending your life now?
NO

Do you have any unusual vaginal or penile itching or discharge? Explain below.
NO

Are you being treated for a mental disorder? Explain when and where below.
NO

Have you ever taken any special education classes?
NO

Do you have any other problems? Explain below.
NO

Are you pregnant? (female only)
NO

Are you using birth control? (female only)
NO

Have you had a baby within the last 6 months? (female only)
NO

Have you had a recent abortion/miscarriage? (female only) Explain below
NO

Have you ever been charged with 187PC? (female only)
NO

Have you ever been charged with 664/187PC? (female only)
NO

Have you ever been charged with 273(a)PC? (female only)
NO

BOOKING OFFICER_____
INMATE_____ REFFERED TO MEDICAL
YES_____ NO_____ DATE_____ TIME_____
NURSE_____
NO

INFORMATION PROVIDED HERE IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE

Inmate's Signature X _____ Witness X _____

Officer X _____ Date: 5/19/05 Time: 2200

# LAKE COUNTY JAIL
## PRE-BOOKING MEDICAL INFORMATION REPORT

INMATE NAME: BRAINERD, MICHAEL C  ARREST ID# 59715  D.O.B. 9/3/52
OFFICER NAME: FINDLEY  J# 50  DATE & TIME 5/19/05 - 1828

50148

**ARRESTING OFFICER INQUIRIES:**
OFFICER NAME: WAUSTEN  ID# 446  AGENCY LCSO
WAS ARRESTEE INVOLVED IN ACCIDENT OR ALTERCATION? Yes___ No ✓
DID MEDICAL RESPOND ON SCENE? Yes___ No ✓
CAROTID RESTRAINT? Yes___ No ✓
CHEMICAL AGENT? Yes___ No ✓
BATON OR OTHER DEVICE? Yes___ No ✓
PHYSICAL FORCE USED DURING ARREST? Yes___ No ✓

Do you have any medical problems? Yes ✗ No___  Describe: DIABETIC TYPE 1
Do you have any injuries? Yes___ No ✗  Describe:
Has your injury been treated? Yes___ No ✗  Describe:
Do you have any contagious diseases? Yes___ No ✗  Describe:
Do you believe you have been in contact with anyone who has a contagious disease? Yes___ No ✗  Describe:
Do you have a cough, night sweats, recent weight loss or bloody sputum? Yes___ No ✗  Describe:
Do you have lice or skin problems? Yes___ No ✗  Describe:
Do you take any medication? Yes ✗ No___
   What & how often? NEROTIN, LOTENSIN, LE dAPRO, HEMELOGY, LANTIS
Are you feeling suicidal? Yes___ No ✗
Are you pregnant? Yes___ No___ How far along?___
Have you had an abortion, miscarriage or delivered a baby in the last 6 months? Yes___ No___ ✗ When?___
Do you anticipate any drug or alcohol withdrawal? Yes___ No ✗
Does the arrestee have any needle marks? Yes___ No ✗  If yes NEW or OLD location?
   Describe:
Does the arrestee have any developmental disabilities such as hearing, sight or mental retardation? Yes___ No ✗ Describe:

Medical Staff Notified  Yes ✗ No___  Date & Time: 5/19/05 - 1828
Nurse's Name: VARGAS
Cleared to be booked  Yes ✗ No___
Sobering Cell  Yes___ No ✓
Safety Cell  Yes___ No ✓

Signature for action taken: _Vargas_  Date: 5/19/05
Time: 1841

DEF/37