1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95814**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9                      IN THE UNITED STATES DISTRICT COURT

10                        NORTHERN DISTRICT OF CALIFORNIA

11 | MICHAEL BRAINERD,                        ) NO.  C 07 2663 EDL
                                              )
12 |                    Plaintiff,            ) **EXHIBIT D TO DECLARATION OF**
                                              ) **CRYSTAL ESBERG IN SUPPORT OF**
13 | vs.                                      ) **MOTION FOR SUMMARY**
                                              ) **JUDGMENT**
14 | COUNTY OF LAKE; LAKE COUNTY              )
     SHERIFF'S DEPARTMENT                     ) Date: July 22, 2008
15 |                                          ) Time: 9:00 a.m.
                       Defendants.            ) Courtroom E, 15th Floor
16 |                                          ) 450 Golden Gate Avenue
     _____  ) San Francisco, CA
17

18

(lines 18–28 blank)

---

EXHIBIT D TO DECLARATION OF CRYSTAL ESBERG
CASE NO. C 07 2663 EDL

**CFMG**
California Forensic Medical Group
INCORPORATED

## PROBLEM LIST

NAME: Brainerd, Michael    DOB: 9/3/52    BKG #: 39715
(Last)            (First)    (M.I.)

MAJOR PROBLEMS:    ALLERGIES: Codeine, Keflex

| DATE EACH ENTRY | DATE OF ONSET | ACTIVE PROBLEMS | DATE RESOLVED | INACTIVE PROBLEMS |
|---|---|---|---|---|
| PROB. # 1 | 5/05 | IDDM | | |
| PROB. # 2 | 5/05 | HTN | | |
| PROB. # | | | | |
| PROB. # | | | | |
| PROB. # | | | | |

TEMPORARY PROBLEMS   (SELF LIMITING)

| LETTER | PROBLEM | DATE OF EACH RECURRENCE |
|---|---|---|
| | | |

CFMG PL1    DEF 1



**California Forensic Medical Group**
INCORPORATED

## DOCTORS ORDERS

ALLERGIES: Codeine / Keflex

NAME: Brainard, Michael    DOB: 9/3/52    BKG #: 59715

| Date/Time | Orders |
|---|---|
| 5/22/05 2100 | Δ Insulin Orders – |
| | Lantus 20u SQ qhs @ 2100 ✓ |
| | Sliding Scale Reg. Insulin BID ✓ |
| | > 200 - 6u Reg insulin SQ x 30 days ✓ |
| | > 300 - 10u Reg insulin SQ x 30 days ✓ |
| | > 400 - 14u Reg insulin SQ x 30 days ✓ |
| | BG ✓ BID & @ 2100 x LOS ✓ |
| | F/U RASC in AM ✓ |
| | T.O. Dr. Feder / B Bavall ✓ |
| | Noted B Bavall 5/22/05 2100 |
| 5.23.05 0530 | /over BG's in 8d. 15 ✓ wkly x 4 + rev. noted 5/23/05 @ 1005 |

CFMG D01

DEF 3

**California Forensic Medical Group, INCORPORATED**

## DOCTORS ORDERS

ALLERGIES: Codeine, Keflex

NAME: Brainerd, Michael   DOB: 9/3/52   BKG #: 59715

| Date | Order |
|---|---|
| 5/19/05 2100 | Lantus insulin 16 units SQ qhs @ 2100 |
| | Lotensin 20 mg PO QD x 30 days. |
| | Regular sliding scale: |
| | >200  2u Regular insulin x 30 days. |
| | >300  3u Regular insulin x 30 days. |
| | BS ✓ BID x COS and @ 2100. |
| | Flu PASC. |
| | T.O. D. Miller PA / Rranjay MD |
| noted | Rranjay MD 5/19/05 2215 |
| 5.20.05 0900 | Change reg 5u reg tid mealtime. |
| | Cont Lantus 16u qd h.s. |
| | Lantus 5mg bid. |
| | BS ✓ qd x 3 & rev. |
| | BS bid x 7d & rev. |
| | Lexapro 20mg ql h.s. x 30D m/review |
| | BG STAT 225 @ 1055 |
| | noted 5/20/05 @ 1055  Nurse |
| 5-21-05 1830 | Rainbow coverage |
| | >300  20u Regins SQ x 30 |
| | >350  25u Regin SQ x 30 |
| | >400  30u reg SQ x 30 |
| | V.O. D. Miller PA / |
| | noted 5-21-05 1830 |

# MEDICATION ADMINISTRATION RECORD

Month: 5 20 05

| START DATE | STOP DATE | INIT. | DRUG * DOSE * MODE * INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/07 | 6/22/07 | B2 | Lantus 20u SQ q HS @ 2100 | 21 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5/22/07 | 6/22/07 | B2 | Sliding Scale Reg DS BID<br>>200-4u Reg<br>>300-10u Reg<br>>400-14u Reg | 17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

## CODES
- DISCONTINUE ORDER
- REFUSED
- COURT
- WITHHELD
- OTHER

| | STAFF SIGNATURE | DATE | TIME | INIT. | STAFF SIGNATURE | DATE | TIME | INIT. |
|---|---|---|---|---|---|---|---|---|
| 1. | [signature] | | | | [signature] B2OL | 5/25 | | B2 |
| 2. | | | | | [signature] | 9/05 | | |
| 3. | | | | | | | | |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |

ALLERGIES: Carbamazepine

MG-MAR-1

DOB: 4/3/55
BKG#:

LOCATION: E

NAME: Brainerd, N.

DEF 5

# MEDICATION ADMINISTRATION RECORD

Month: 5  20 DS

| START DATE | STOP DATE | INIT. | DRUG · DOSE · MODE · INTERVAL | HR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/9/94 | | K | Lotensin 20mg 0.5 PO QD | 24 | | | | | | | | | | | | | | | | | | | JK/JBC | | | JK/JBC | | | | | | | | |
| 4/9/94 | 4/20/94 | | Lantus insulin 1.5 units 50 qhs @ 24HS | 24 | | | | | | | | | | | | | | | | | | | JK/mSe | | | | | | | | | | | | |
| 4/9/94 | | | Regular insulin sliding scale >200 2u >300 3u | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 4/9/94 | | | Regular insulin SQ TID mealtime | 11 17 | | | | | | | | | | | | | | | | | JK | JBC | JBC | | | | | | | | | | | | |
| 4/20/94 | | | Vanotec 5mg | 07 17 | | | | | | | | | | | | | | | | | | JBC JBC | JBC | JBC | | | | | | | | | | | |
| 5/20/94 | | | Lexapro 20mg PO QD | 17 | | | | | | | | | | | | | | | | | | JBC | JBC | | | | | | | | | | | | |

### DISCONTINUE ORDER

1. 
2. 
3. 
4. 

| STAFF SIGNATURE | DATE | TIME | INIT. | STAFF SIGNATURE | DATE | TIME | INIT. |
|---|---|---|---|---|---|---|---|
| | | | | Williams | 5/05 | | K |
| | | | | Moreno | 5/07 | | M |
| | | | | Barros | 5/05 | | B |

ALLERGIES: Codeine, Keflex

IG-MAR-1

DOB: 9/3/50
BKG#: 59775

LOCATION: E

NAME: Brainerd, Michael

V

BG BID @2100

# CFMG
California Forensic Medical Group
INCORPORATED

## DIABETIC CHART

NAME: Brainerd, Michael   BKG# 59715   DOB 9/3/50

| URINE TEST INFORMATION | | | | BLOOD | INSULIN | | NORMAL FASTING BLOOD SUGAR (70-110 mg/dl) |
|---|---|---|---|---|---|---|---|
| Date | Hour | Sugar | Acetone | Sugar | Type Dosage & Injection Site | Time | NURSE'S SIGNATURE |
| 5/19/05 | 1833 | — | — | 234 | Lantus | 2100 | Rvargas rn |
| 5/20/05 | 05 | — | — | 241 | R=20 | | BBarca |
| 5/20/05 | 1055 | — | — | 225 | R-5u | | Moore |
| 5/20/05 | 1055 | BG✓ BID × 7 days then review | | | | | Shea |
| 5-20-05 | 2100 | RBS → | | than 72 | R5 Lantus 10u g 2100 | 2100 | Shea |
| 5/20/05 | 05 | — | — | 260 | 5u Reg | | Vargas |
| 5/21/05 | 15 | — | — | H1 | 5u Reg | | Moore |
| 5/21/05 | 1730 | — | — | 472 | orders received 30u ordered | | |
| 5/21/05 | 1900 | — | — | 538 | N/ 15uR 15u Reg given | | |
| 5/21/05 | 2115 | — | — | 131 | 12u Lantus | | |
| 5/22/05 | 0500 | — | — | 62 | ii glucose tabs 5u Reg OJ E breakfast | | Rvargas |
| 5/22/05 | 0630 | — | — | 189 | 5u Reg | 0630 | Rvargas |
| 5/22/05 | 1700 | — | — | HI | 5u Reg | 1600 | Moore |
| 5/23/05 | 21 | — | — | 465 | Lantus 16⊕ 10u Reg | | BBarca |
| 5/23/05 | 05 | — | — | 60 | given ii glucose tabs. F/U PreeHHS AM hold Insulin | | BBarca |
| 5/23/05 | 1000 | Review BID BG✓s in 8 days: 5/31/05 | | | | | Moore |



(B) 5/05

**CFMG**
California Forensic Medical Group
INCORPORATED

# TREATMENT and VITAL SIGN FLOW SHEET

Name: Brainerd Michael   Bk#: 59715
DOB: 9/3/52   Location: F

Doctors Order:

B/P ✓ OD x3 + Fla

Start Date: 5/20/05   DC Date: 5/23/05

| Date | Time | T | P | R | B/P | Sx Assessment | Fluids | Initials |
|---|---|---|---|---|---|---|---|---|
| 5/20/05 | 1025 | | | | 132/66 | Reg BS testing | | Theo |
| 5/21/05 | 1500 | | | | 140/96 | BS ↑ ? | | Theo |
| 5/22/05 | 1045 | | | | 136/70 | ∅ c/o anything | | Theo |
| 5/23/05 | 2005 | | | | BP✓ | weekly x 4 then review | | Theo |
| 5/24/05 | 1030 | | | | | NTC | | PM |

```
*******************************BGN DT: 02/15/2005  END DT: 05/20/2005  *
   FOR:       BRAINERD, MICHAEL                  ****************************
   CARE OF:   X                                  MYERS APOTHECARY SHOP
              5296 BLUE LAKES RD                 238 HOSPITAL DRIVE STE A
   BRAIM      UPPER LAKE,         CA 95485       UKIAH, CA. 95482
   Store LIC# - 44264                            PHARMACIST - TR
   Store DEA# - BM6413152                        Store PH # - 707-468-8991
   Birth Date - 09/03/1952                       Provider # - 0580301
   Social Security# -    -   -                   Pat. Sex - M
                                                 Medical Record# -
****************************************************************************
   DATE      RX#      DRUG (ITEM) NAME     QTY
             N/R      NDC#        MFG#     D/S   PRESCRIBER   PRICE PR TYPE
                                                 DEA#               GEN IND
****************************************************************************
 02/15/05  06839551   ACCU-CHEK ACTIVE T   100
           REFILL     50924-0475-50 RCHDG  25DAYS  NEWELL,D       .00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
 03/07/05  06839551   ACCU-CHEK ACTIVE T   100     ECS Auth # - 16839551  200502
           REFILL     50924-0475-50 RCHDG  25DAYS  NEWELL,D       .00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
 03/17/05  06844097   LEXAPRO 20MG TABLE   30TAB   ECS Auth # - 16839551  200503
 T QD      NEW        00456-2020-01 FORES  30DAYS  COEN,L       30.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 03/17/05  06844096   BENAZEPRIL 10MG TA   90TAB   ECS Auth # - 16844097  200503
 T QD      NEW        00185-0053-01 EONLB  90DAYS  COEN,L       48.95 Rx
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 03/17/05  06822216   HUMALOG 100U/ML PE   15ML    ECS Auth # -
           REFILL     00002-8725-59 LILLY  15DAYS  NEWELL,D     30.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
 03/17/05  06815053   LIPITOR 40MG TABS.   30TAB   ECS Auth # - 16822216  200503
 D/C       REFILL     00071-0157-23 PFZER  30DAYS  COEN,L       30.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 03/31/05  06839551   ACCU-CHEK ACTIVE T   100     ECS Auth # - 16815053  200503
           REFILL     50924-0475-50 RCHDG  25DAYS  NEWELL,D       .00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
 04/14/05  06851418   LIPITOR 80MG TAB     30TAB   ECS Auth # - 16839551  200503
 T QD      NEW        00071-0158-23 PFZER  30DAYS  COEN,L       30.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 04/14/05  06844097   LEXAPRO 20MG TABLE   30TAB   ECS Auth # - 16851418  200504
 T QD      REFILL     00456-2020-01 FORES  30DAYS  COEN,L       30.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 04/14/05  06844096   BENAZEPRIL 10MG TA   90TAB   ECS Auth # - 16844097  200504
 T QD      REFILL     00185-0053-01 EONLB  90DAYS  COEN,L       48.95 Rx
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 04/14/05  06822552   LANTUS 100 UNITS/M   20ML    ECS Auth # -
 14 U HS   REFILL     00088-2220-33 AVNTS  15DAYS  NEWELL,D     30.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
 04/15/05  06844099   KETOPROFEN 75MG CA   90CAP   ECS Auth # - 16822552  200504
 T TID     NEW        00378-5750-01 MYLAN  30DAYS  COEN,L       15.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      AC1416393        BRAND
 04/15/05  06844098   GABAPENTIN 300MG     90CAP   ECS Auth # - 16844099  200504
 T TID     NEW        00228-2666-11 TEVAU  30DAYS  NEWELL,D     15.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        GENERIC
 04/18/05  06839551   ACCU-CHEK ACTIVE T   100     ECS Auth # - 16844098  200504
           REFILL     50924-0475-50 RCHDG  25DAYS  NEWELL,D       .00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
 04/29/05  06853024   SOFTCLIX LANCETS     200EAC  ECS Auth # - 16839551  200504
           NEW        50924-0971-10 RCHDG  30DAYS  NEWELL,D     15.00 COPAY
           Rx DAW Ind - NO Policy#  567864323      BN1643039        BRAND
                                                   ECS Auth # - 16853024  200504
```

DEF 10

```
                                                      PGM DT- 02/06/12 END DT-05/20/2005
****************************************   *******************************
FOR:      BRAINERD, MICHAEL                 MYERS APOTHECARY SHOP
CARE OF:  X                                 238 HOSPITAL DRIVE STE A
          5296 BLUE LAKES RD                UKIAH, CA. 95482
BRAIM     UPPER LAKE,        CA 95485       PHARMACIST - TR
Store LIC# - 44264                          Store PH # - 707-468-8991
Store DEA# - BM6413152                      Provider # - 0580301
Birth Date - 09/03/1952                     Pat. Sex - M
Social Security# -    -  -                  Medical Record# -
*************************************************************************
DATE       RX#       DRUG (ITEM) NAME   QTY
           N/R       NDC#        MFG#   D/S    PRESCRIBER      PRICE PR TYPE
                                               DEA#                  GEN IND
*************************************************************************
05/13/05   06854589  BD INS SYR 1/2 SHT  100DIS  COEN,L           15.00 COPAY
           NEW       08290-8468-03 B-D   30DAYS  AC1416393              BRAND
           Rx DAW Ind - 02 Policy#  567864323   ECS Auth # - 16854589  200505
05/13/05   06839551  ACCU-CHEK ACTIVE T.  100    NEWELL,D           .00 COPAY
           REFILL    50924-0475-50 RCHDG  25DAYS BN1643039              BRAND
           Rx DAW Ind - NO Policy#  567864323   ECS Auth # - 16839551  200505
05/13/05   06822216  HUMALOG 100U/ML PE   15ML   NEWELL,D         30.00 COPAY
   U.D.    REFILL    00002-8725-59 LILLY  15DAYS BN1643039              BRAND
           Rx DAW Ind - NO Policy#  567864323   ECS Auth # - 16822216  200505
05/13/05   06819493  NOVOFINE 30 NEEDLE   100DIS COEN,L           15.00 COPAY
           REFILL    00169-1852-50 NOVNO  25DAYS AC1416393              BRAND
           Rx DAW Ind - NO Policy#  567864323   ECS Auth # - 16819493  200505

                                                            382.90 TOTAL
```

*[Signature: Thomas Reoell R.Ph]*

*[Signature]*

DEF 11

**California Forensic Medical Group**
INCORPORATED

# DIABETIC ASSESSMENT

Date: 5/19/05                                              Time: 1833

Name: Brainerd, Michael    DOB: 9/3/52    BKG#: 59715

Allergies: Codeine, Keflex

Type/Amount/Time of Last Dose of Insulin: IDDM - Lantus 16 qhs, Humalog Regular sliding scale TID

Diet (Type): Regular                        Date/Time last meal: 5/19/05 1200

Alcohol Intake (amount/time): 1 beer @ 1400 5/19/05. QD 1 beer.

Physician's Name: Dr. Coen - Endocrinologist Fort Bragg - Dr. Newell

CURRENT COMPLAINTS: HTN - Lotensin 20mg QD. Depression - Lexapro 20mg
Neuropathy - Neurontin 75mg TID

## OBJECTIVE FINDINGS:

VITAL SIGNS:   B/P 152/90    T 98.2    P 84    R 16

Blood Sugar: 234

DESCRIPTION OF CURRENT CONDITION (color, skin temp., diaphoretic, tremors, behavior, level of consciousness): A+O cooperative, skin warm dry o tremors.

On-Call Provider Called (date/time): 5/19/05  2100

HX/RX VERIFIED (private provider/previous medical record): No medical record.

_____
Nurse Signature

**CFMG**
California Forensic Medical Group
INCORPORATED

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

PATIENT NAME __Brainerd, Michael__ BIRTH DATE __9/3/50__

SOC. SEC. # _____ BOOKING # _____

I, The Undersigned, hereby authorize __Myers Apothecary   468-5272__

to provide for my medical record the information specified below:

To: Hill Rd Correctional Facility/Medical
    4913 Helbush Drive                                __262-4254__
    Lakeport, CA 95453

Purpose: __Verify medications__

The information supplied is to include confidential information regarding drug / alcohol use: __yes__

The information supplied is restricted to time period covered: __2/05 - present__

Release or transfer of the specified information to any person or entity not specified herein is prohibited. An additional written consent must be obtained for a proposed new use of the information or for its transfer to another person or entity.

This authorization shall be valid until: _____

Patient Signature: __X Michael C Brainerd X__

or Authorized Rep.: _____ Date __5/19/05__

(Relationship to patient: _____ )

Witness: __Vargas RN__

I understand that I have a right to receive a copy of this authorization upon my request.

Copy requested and received:   YES ☐   NO ☐   Initial: _____

FAXED 5/19/05

(EL OTRO LADO EN ESPANOL)

CFMG AR1

DEF 13

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

**CFMG**
California Forensic Medical Group
INCORPORATED

NAME: **Brainard, Michael**   DOB: **9/3/52**   BOOKING NO.: **59715**
        (Last)      (First)   (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 5/22/05 2100 | I/m BG @ 2150 465. orders unclear. Called on call provider for clarification. New orders given & noted. F/u PASC in AM. — B Bassell |
| | 5·23·05 0530 | BG review. BG's very erratic — pow control. Seems very responsive to reg insulin. P - Cont keep reg low. CCT Rev w/ rd. |

PROGRESS NOTES

CFMG SOAP I

DEF 14

S - SUBJECTIVE
O - OBJECTIVE
A - ASSESSMENT
P - PLAN

**CFMG**
California Forensic Medical Group
INCORPORATED

NAME: Brainerd, Michael        DOB: 9/3/50        BOOKING NO.: 59715
       (Last)       (First)   (M.I.)

| PROBLEM(S) TREATED | DATE | PROGRESS NOTES |
|---|---|---|
| | 6-16-05<br>0945 | Intake<br>DM practicing tight control<br>c̄ Jantus + carb counting<br>+ reg c̄ each meal.<br>Took on 2u reg this am<br>feels BG high now.<br><br>h/ depression & seizures<br>also mild neuropathy hands.<br>& renal<br>-HTN controlled c̄ meds.<br>BG 271 this AM<br>A- R/O hyperglycemia<br>STD BG.<br>P- add Vistio 5mg hs<br><br>Reg insulin 5 units / meal.<br>cont Jantus 16 u h.s.<br>Add Zyprexa M+H reg. |
| | 5-21-05<br>1515 | S had c/o ↑ing BG<br>O BG ↑ in'd from at 1500<br>A Rev BG at 1230 472<br>P Called PA & new orders noted |

PROGRESS NOTES

CFMG SOAP 1

DEF 15