1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, State Bar #96494
5  KRISTEN K. PRESTON, State Bar #125455

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9                      IN THE UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11 MICHAEL BRAINERD,                    )  NO.  C 07 2663 EDL
                                        )
12                    Plaintiff,        )  **EXHIBIT A TO DECLARATION OF**
                                        )  **MATTHEW WRISTEN IN SUPPORT**
13 vs.                                  )  **OF MOTION FOR SUMMARY**
                                        )  **JUDGMENT**
14 COUNTY OF LAKE; LAKE COUNTY          )
   SHERIFF'S DEPARTMENT                 )  Date:  July 22, 2008
15                                      )  Time:  9:00 a.m.
                      Defendants.       )  Courtroom E, 15th Floor
16                                      )  450 Golden Gate Avenue
                                        )  San Francisco, CA
17 _____)

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A TO DECLARATION OF MATTHEW WRISTEN
CASE NO. C 07 2663 EDL

**JONES & DYER**
A Professional Corporation
1800 J Street
Sacramento, California 95814
Telephone: (916) 552-5959
Fax: (916) 442-5959

**MARK A. JONES**, State Bar #96494
**KRISTEN K. PRESTON**, State Bar #125455

Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew Wristen and Emil Devincenzi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD, | NO. C 07 2663 EDL |
| Plaintiff, | **EXHIBIT B TO DECLARATION OF CRYSTAL ESBERG IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| COUNTY OF LAKE; LAKE COUNTY SHERIFF'S DEPARTMENT | Date: July 22, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |
| Defendants. | |



Page 1

1220 MARTL STREET  LAKEPORT, CA 95453  707-___-4200

CRIME REPORT  C05050309

| Offenses | Description | Fel/Misd | Date Occurred | Time Occurred | Area | Date Printed |
|---|---|---|---|---|---|---|
| 422 PC | THREATEN CRIME W/INT TERRORIZ | Felony | 05/19/2005 | 1740 | 3A | 06/04/2007 |
| | | | Date Reported 05/19/2005 | Time Reported 1719 | Beat 3A | Time Printed 11:01:13 |
| | | | Disposition Date 05/19/2005 | Disposition Clred By Adult Arrest | | Incident Number 050519082 |

| Location | Location Type | Point of Entry |
|---|---|---|
| Residence, 5296 Blue Lakes Rd, Upper Lake, CA 95485 | House | |

| Means of Attack | Location of Entry | Method of Entry | Alarm System |
|---|---|---|---|
| Simple, Little or No Injury | | | |

**Victim Name:** Boyd, Bob Martin

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake, CA 95485 | 707 275 8839 | 02/01/1949 | 56 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'10" | 180 | BRO | BLU |

| Assistance Rendered/Victim Disposition | Transporting Agency |
|---|---|
| Other | |

| Description of Injuries | Other Information |
|---|---|
| None | |

**Witness:** Ward, Marci

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake | 707 275 8839 | 05/16/1955 | 50 | F | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |

**Suspect Arrested:** Brainerd, Michael

| Action Taken | Charges |
|---|---|
| BOOKING | 422 PC |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake, CA 95485 | 707 275 8839 | 09/03/1952 | 52 | M | W |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | 5'7" | 160 | BRO | GRN |

| Identifying Features Scars: NONE Tattoos: NONE Speech: Clear Build: Average Complexion: Clear Facial Hair: Beard & Must | Arrest Number 1982 | Drivers License A0257884 | SSN 567864323 |
|---|---|---|---|

| Status | Vehicle Make and Model | License/State | Vehicle Type |
|---|---|---|---|
| | | | |

| No. | Status | Item Description | Value | Val Recoverd | Val Damaged |
|---|---|---|---|---|---|
| | | | | | |

**Solvability Factors**
[082] Case Solved  Witness  Victims  Suspects  Suspect Confession

| Prepared By | Date | Assisted By | Approved By | Date |
|---|---|---|---|---|
| S0118 - Wristen, Matthew | 05/19/2005 | S0082 - Devincenzi, Emil | S0008 - Ostini, Dennis | 06/06/2005 |

| Route To | Date | Notes |
|---|---|---|
| DA | 05/20/2005 | |

DEF 17



1220 MARTIN STREET     LAKEPORT, CA 95453     707-2__-4200

CRIME REPORT

C05050309

| Reporting Party |
|---|
| Ward, Marci |

| Residence Address | Residence Phone | DOB | Age | Sex | Race |
|---|---|---|---|---|---|
| 5296 Blue Lakes Rd, Upper Lake | 707 275 8839 | 05/16/1955 | 50 | F | |

| Business Name and Address | Business Phone | Height | Weight | Hair | Eyes |
|---|---|---|---|---|---|
| | | | | | |


On 05/19/05, at approx. 1740 hrs., Deputy Devincenzi and I were dispatched to 5269 Blue Lakes Rd, regarding a verbal altercation between roommates. Upon our arrival, we contacted the reporting person and witness Marci Ward in the roadway.

Ward stated that her roommate's, Bob Boyd, and Michael Brainerd got into an argument regarding financial problems. Ward also stated that she, Boyd, and Brainerd all own the residence they reside in together. Ward and Boyd are trying to buy Brainerd's share of the house from him so he will move out. When Boyd tried to talk to Brainerd about the money situation, Brainerd became irritated and stated that he was going to get a bat and hit Boyd in the head. Brainerd then walked into his bedroom. Ward stated that she felt threatened by Brainerd and felt that he would harm Boyd.

After speaking to Ward, I contacted Boyd on the front porch of the residence. Boyd stated that he and Brainerd got into an argument regarding money. Boyd is trying to get a loan to buy Brainerd's share of the residence. He tried to explain to Brainerd that the loan had not yet been approved. Brainerd became angry and got in Boyd's face. Brainerd then raised his fist, as if he was going to strike Boyd. Boyd turned his head in anticipation of being hit. Brainerd walked away and stated that he was going to get a baseball bat and hit Boyd in the head with it. Boyd said he felt threatened, as he knew Brainerd had a baseball bat in his room. Boyd walked out of the house, before Brainerd came back out of his room.

Boyd began to cry and stated that they all have been friends along time. He also stated that he was sincerely scared when Brainerd made the threat. Deputy Devincenzi and I then contacted Brainerd inside the residence. I asked Brainerd about the comment he made to Boyd. He stated that he did make the comment, but he did not mean it. He also stated he felt he was being "fucked with." Brainerd told me that he does have a baseball bat in his room and would do what he had to do. I tried to explain to Brainerd that threatening to hit someone in the head with a bat was a crime. Brainerd reiterated that he wasn't going to be "fucked with" and would do what he had to do..

Based on the circumstances and my interview of Brainerd, I placed Brainerd under arrest for 422 P.C.- Terrorist Threats. I placed handcuffs on Brainerd, and walked him out to my patrol car. I placed Brainerd in the back seat of my car, and secured him with a safety belt. As I was placing the safety belt on Brainerd, I noticed an odor of an alcoholic beverage coming from his person. I asked Brainerd if he had been drinking. He stated that he had a couple of beers after work.

I then transported Brainerd to Hill Road Correctional Facility were he was booked on the listed charge. While at the jail, Brainerd told me he made the threat out of frustration. He also stated that he would never hurt anybody and that he was sorry for his actions.

<u>Case Closed: Arrest.</u>

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| S0118 WRISTEN, MATTHEW | 05/19/2005 | S0008 OSTINI, DENNIS | 06/06/2005 |