1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95814**
3  **Telephone:** (916) 552-5959
   **Fax:** (916) 442-5959
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11  MICHAEL BRAINERD,                     ) NO.  C 07 2663 EDL
                                          )
12                        Plaintiff,      ) **EXHIBIT B TO DECLARATION OF**
                                          ) **MATTHEW WRISTEN IN SUPPORT**
13  vs.                                   ) **OF MOTION FOR SUMMARY**
                                          ) **JUDGMENT**
14  COUNTY OF LAKE; LAKE COUNTY           )
    SHERIFF'S DEPARTMENT                  ) Date: July 22, 2008
15                                        ) Time: 9:00 a.m.
                          Defendants.     ) Courtroom E, 15th Floor
16                                        ) 450 Golden Gate Avenue
                                          ) San Francisco, CA
17  _____

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION FOR PROBABLE CAUSE
# AND BAIL SETTING

THE DECLARANT, A PEACE OFFICER FOR THE STATE OF CALIFORNIA. AGENCY:_____
STATES THAT ON  05\19    20 05   (NAME) BLANKERD, MICHAEL C       (BOOKING #)_____
(ARREST TIME) 1259      (BOOKING TIME)_____WAS BOOKED AT THE LAKE COUNTY JAIL

ON THE FOLLOWING CHARGES:

| CHARGE NO. | FELONY | MISDEMEANOR | BAIL |
|---|---|---|---|
| 422 P.C. | X | | |
| | | | |
| | | | |
| | | | |
| | | | |

\_\_ BAIL SET BY COURT BAIL SCHEDULE      TOTAL BAIL _____
\_\_ BAIL SET BY MAGISTRATE _____      TOTAL BAIL _____     _____ JUDGE \_\_\_\_\_

VERIFIED BY: _____

WHAT CIRCUMSTANCES LED YOU TO BELIEVE THAT THE DEFENDANT HAD COMMITTED THE ABOVE OFFENSE(S
CASE # 0505-309        IF YOU RELIED ON THIRD PARTY INFORMATION, DESCRIBE CIRCUMSTANCES

(S) THREATEND to HIT ROOMATE IN THE HEAD WITH BASEBALL BAT
(V) FELT THAT THE THREAT WOULD BE CARRIED OUT. A BAT WAS
IN REACH OF (S) BUT NEVER TOUCHED. (S) ADMITTED TO S MAKING
THE THREAT BUT SAID HE NEVER MENT IT.

1. WAS THE SUSPECTS ARMED? \_\_YES X NO   DESCRIBE WEAPON: BASEBALL MENTIONED
2. DID THE SUSPECT RESIST ARREST? \_\_YES X NO   RESISTANCE: \_\_MINOR \_\_MODERATE \_\_MAJOR
3. VICTIM: X MALE \_\_FEMALE  AGE: 36  RELATION TO SUBJECT ROOMATE
4. INJURIES SUSTAINED BY VICTIM: X NONE \_\_MINOR \_\_MODERATE \_\_MAJOR
5. TYPE OF THEFT: \_\_PERSON \_\_RESIDENCE \_\_COMMERCIAL \_\_OTHER:
6 PROPERTY TAKEN AND APPROXIMATE VALUE:
7. PROPERTY RECOVERED: \_\_NONE \_\_PARTIAL \_\_FULL RECOVERY
8. CONTROLLED SUBSTANCE INVOLVED? \_\_YES X NO   TYPE:_____  QUANTITY\_\_\_\_
9. THREATS TO VICTIMS OR WITNESSES (DESCRIBE): HIT (V) IN HEAD WITH BASEBALL BAT
   ADDITIONAL INFORMATION:

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
EXECUTED AT LAKE COUNTY JAIL       , CALIFORNIA. ON 05/19/05

_____ #446
SIGNATURE OF DECLARANT

DEF 29