1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8
                     IN THE UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11 MICHAEL BRAINERD                          ) NO. C 07 2663 EDL
                                             )
12                          Plaintiff,       ) **DECLARATION OF EMIL**
                                             ) **DEVINCENZI IN SUPPORT OF**
13 vs.                                       ) **MOTION FOR SUMMARY**
                                             ) **JUDGMENT**
14 COUNTY OF LAKE; LAKE COUNTY               )
   SHERIFF'S OFFICE; and DOES 1 through 50,  ) Date:  July 22, 2008
15 inclusive,                                ) Time:  9:00 a.m.
                                             ) Courtroom E, 15th Floor
16                                           ) 450 Golden Gate Avenue
                            Defendants.      ) San Francisco, CA
17                                           )
   _____       )
18

19

20        I, Emil Devincenzi, declare as follows:

21        1.     I am an adult over the age of 18 and I am a resident of the County of Lake, State of

22 California. I have personal knowledge of the matters stated herein and, if called upon, can and will

23 competently testify as to these matters.

24        2.     I am now currently and as of May 19, 2005, was employed by the County of Lake as a

25 deputy sheriff's officer. In my position, I am regularly dispatched to respond to calls for assistance

26 made to the Lake County Sheriff's Department.

27        3.     I have reviewed the arrest report pertaining to the arrest of Michael Brainerd on May

28 19, 2005. At or about 5:40 p.m. on May 19, 2005, I was dispatched with Lake County Sheriff

1  Deputy Matthew Wristen on a call reporting a verbal altercation between roommates at a residence
2  located at 5269 Blue Lakes Road in Upper Lake, California.

3        4.      Upon the arrival of myself and Deputy Wristen at the residence, we were told there
4  were three residents of the home, each with an ownership interest.  The complaining residents
5  reported an argument pertaining to finances among the three roommates and that roommates Marci
6  Ward and Bobby Boyd were attempting to purchase from Michael Brainerd his share in the
7  residence.  Ward and Boyd reported to Deputy Wristen and myself that, in the course of the
8  argument, Michael Brainerd became angry and got in Boyd's face.  Brainerd raised his fist as if he
9  was going to strike Bobby Boyd.  Brainerd then walked away and stated that he intended to get a
10 baseball bat and hit Boyd in the head with it.

11       5.      Deputy Wristen and I were given permission by Boyd and Ward to enter the residence
12 where we encountered Michael Brainerd.  Upon questioning, Brainerd admitted that he made the
13 threat against Bobby Boyd but that he did not mean it.  Brainerd stated that he felt he was being
14 "fucked with" by Boyd and Ward.   Brainerd admitted that he had a baseball bat in his room.  I
15 actually observed the baseball bat in Brainerd's room.  Deputy Wristen explained to Brainerd that a
16 threat to hit someone in the head with a baseball bat is a crime.  Brainerd responded to Deputy
17 Wristen that he was not going to be "fucked with" and that he would do what he had to do.

18       6.      Upon our arrival at the residence and throughout the time we were at the residence,
19 Boyd and Ward demonstrated in their statements to me and in their conduct, that they were
20 genuinely fearful of Brainerd.  Boyd was crying and stated that he was sincerely frightened as a result
21 of Brainerd's threat to strike him with a baseball bat.

22       7.      Based on the circumstances presented to me, I believe that Brainerd was in violation
23 of California Penal Code section 422 - Terrorist Threats.  Deputy Wristen placed Brainerd under
24 arrest and advised him of the crime for which he was being arrested.

25       8.      Deputy Wristen transported Brainerd to the Hill Road Correctional Facility.
26       9.      At no time while he was in my presence did Michael Brainerd exhibit any signs that
27 he needed medical treatment.  I recall that Brainerd indicated he is diabetic and wanted to take his
28 medication with him.  Brainerd was told that only the medical staff administers medication at the

jail. Any drugs Brainerd had in his possession at the time of booking would be locked up in property and would be inaccessible to him pursuant to jail policy.

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 22nd day of May 2008, at Lakeport, California.

                                                /s/   Emil Devincenzi
                                                EMIL DEVINCENZI