JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, California 95811
Telephone: (916) 552-5959
Fax: (916) 442-5959

MARK A. JONES, State Bar #96494
KRISTEN K. PRESTON, State Bar #125455

Attorneys for: Defendant County of Lake, Lake County Sheriff's Office, Matthew Wristen and Emil Devincenzi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD | NO. C 07 2663 EDL |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE** [Fed. R. Evid. 201] |
| vs. | |
| COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive, | Date: July 22, 2008
Time: 9:00 a.m.
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco, CA |
| Defendants. | |

Defendants County of Lake, Lake County Sheriff's Department, Matthew Wristen and Emil Devincenzi, by and through their attorneys of record, hereby request the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts:

1. On May 19, 2005, Marci Ward filed under penalty of perjury a Request for Temporary Restraining Order, that being Lake County Case No. FL201865 a true and correct copy of which is attached hereto as Exhibit A. (Bates No. 249-254)

2. On May 20, 2005, Hon. Ronald L. Crone, Jr. issued a restraining order on the petition of Marci Ward against Michael Brainerd in Lake County Case No. FL201865, a true and correct copy of which is attached hereto as Exhibit B. Bates No. DEF 255-260)

3. On May 20, 2005, Bobby Boyd filed under penalty of perjury a Request for

Temporary Restraining Order, that being Lake County Case No. CV401547, a true and correct copy of which is attached hereto as Exhibit C. (Bates No. 279-280A)

4. On May 20, 2005, a judicial officer of Lake County Superior Court issued a restraining order on the petition of Marci Ward against Michael Brainerd in Lake County Case No. CV401547, a true and correct copy of which is attached hereto as Exhibit D. (Bates No. DEF 281-282A)

5. On May 21, 2005, Magistrate Hedstrom of the Municipal Court of California, Northlake/Southlake Judicial District issued an order on Booking #59715 pertaining to the May 19, 2005 arrest of Michael Brainerd finding that there was sufficient probable cause to detain Michael Brainerd for a felony violation of California Penal Code section 422, a true and correct copy of which is attached hereto as Exhibit E. (Bates No. DEF 68)

DATED: June 11, 2008.                    JONES & DYER

By:  /s/ Mark A. Jones
MARK A. JONES
KRISTEN K. PRESTON
Attorneys for County of Lake, Lake County Sheriff's Department, Matthew Wristen and Emil Devincenzi