**JONES & DYER**
A Professional Corporation
1800 J Street
Sacramento, California 95814
Telephone: (916) 552-5959
Fax: (916) 442-5959

**MARK A. JONES**, State Bar #96494
**KRISTEN K. PRESTON**, State Bar #125455

Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew Wristen and Emil Devincenzi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>COUNTY OF LAKE; LAKE COUNTY SHERIFF'S DEPARTMENT<br><br>　　　　　　　　　　Defendants. | NO.  C 07 2663 EDL<br><br>**EXHIBIT A TO REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 22, 2008<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA |

EXHIBIT A TO REQUEST FOR JUDICIAL NOTICE
CASE NO. C 07 2663 EDL

**DV-100** Request for Order

Clerk stamps below when form is filed.

① Your name (person asking for protection):
Marci A. Ward

Your address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead)*:
5296 Blue Lakes Rd.
City: Upper Lake  State: CA  Zip: 95485
Your phone # *(optional)*:
Your lawyer *(If you have one): (Name, address, phone #, and State Bar #)*:
In Pro Per

FILED
SUPERIOR COURT
COUNTY OF LAKE
MAY 19 2005
William E. Jaynes, Clerk
By _____ Deputy Clerk

Court name and street address:
Superior Court of California, County of Lake
255 N. Forbes St.
Lakeport, CA. 95453

② Name of person you want protection from (restrained person):
Michael C. Brainerd
Describe that person: Sex: [X] M [ ] F  Ht.: 5'7  Wt.: 158
Race: Wht                Hair Color: Brn
Eye Color: Grn  Age: 52  Date of Birth: 09-03-52

Case Number: FL 201865

③ Besides you, who needs protection? *(Family or household members)*

| Full Name | Age | Lives with you? | How are they related to you? |
|---|---|---|---|
| Bobby Boyd | 56 | [X] Yes [ ] No | Not related |
| | | [ ] Yes [ ] No | |
| | | [ ] Yes [ ] No | |
| | | [ ] Yes [ ] No | |

[ ] Check here if you need more space. Attach Form MC-020 and write "DV-100, Item 3 - Protected People" by your statement. NOTE: In any item that asks for Form MC-020, you can use an 8 1/2 x 11 inch sheet of paper instead.

④ What is your relationship to the person in ② ? *(Check all that apply)*
a. [ ] We are now married.
b. [ ] We used to be married.
c. [X] We live together.
d. [ ] We used to live together.
e. [ ] We are relatives, in-laws, or related by adoption *(specify relationship)*: _____
f. [X] We are dating or used to date.
g. [ ] We are engaged to be married or were engaged to be married.
h. [ ] We are the parents together of a child or children under 18:
   Child's Name: _____  Date of Birth: _____
   Child's Name: _____  Date of Birth: _____
   Child's Name: _____  Date of Birth: _____
[ ] Check here if you need more space. Attach Form MC-020 and write "DV-100, Item 4h" by your statement.
i. [ ] We have signed a Voluntary Declaration of Paternity for our child or children. *Attach a copy if you have one.*

**This is not a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Rev. January 1, 2004, Mandatory Form
Family Code, § 6200 et seq.
Martin Dean's Essential Forms ™

Request for Order
(Domestic Violence Prevention)

DV-100, Page 1 of 4

WardM/mb/bb/5/19/05
DEF 249

Your name: Marci A. Ward

Case Number: _____

- **Other Court Cases**
  a. Have you and the person in ② been involved in another court case?   ☒ No   ☐ Yes
     If yes, where? County: _____   State: _____
     What are the case numbers? *(If you know)* _____
     What kind of case? *(Check all that apply)*
     ☐ Divorce/Dissolution  ☐ Parentage/Paternity  ☐ Legal Separation  ☐ Domestic Violence
     ☐ Criminal  ☐ Juvenile  ☐ Child Support  ☐ Nullity  ☐ Civil Harassment
     ☐ Other *(specify)*: _____
  b. Are there any domestic violence restraining/protective orders now (criminal, juvenile, family)?
     ☒ No   ☐ Yes   *If yes, attach a copy if you have one.*

**What orders do you want? Check the boxes that apply to your case ☑**

- ☒ **Personal Conduct Orders**
  I ask the court to order the person in ② not to do the following things to me or any of the people listed in ③ :
  a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, molest, destroy personal property, disturb the peace, keep under surveillance, or block movements
  b. ☒ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail

- ☒ **Stay-Away Order**
  I ask the court to order the person in ② to stay at least ___25___ yards away from: *(Check all that apply)*
  a. ☒ Me
  b. ☒ The people listed in ③
  c. ☒ My home
  d. ☐ My job or workplace
  e. ☐ The children's school or child care
  f. ☒ My vehicle
  g. ☐ Other *(specify)*: _____

  If the person listed in ② is ordered to stay away from all the places listed above, will he or she still be able to get to his or her home, school, job, or place of worship?   ☐ Yes   ☒ No   *(If no, explain)*:
  He lives @ this address, same as Victim he would have to move to another location.

- ☒ **Move-Out Order**
  I ask the court to order the person in ② to move out from and not return to *(address)*:
  5296 Blue Lakes Rd. Upper Lakes, CA 95485
  I have the right to live at the above address because *(explain)*:
  Iam part owner, and due to my health moving would be a great hardship.

- ☐ **Child Custody, Visitation, and Child Support**
  I ask the court to order child custody, visitation, and/or child support. *You must fill out and attach Form DV-105.*

**This is not a Court Order.**

Rev. January 1, 2004
Martin Dean's Essential Forms ™
**Request for Order**
(Domestic Violence Prevention)
DV-100, Page 2 of 4
WardM/mb/bb/5/19/05 →
**DEF 250**

Your name: Marci A. Ward

Case Number:

## What orders do you want? Check the boxes that apply to your case ☑

**⑩ ☒ Record Unlawful Communications**
I ask for the right to record communications made to me by the person in ② that violate the judge's orders.

**⑪ ☐ Property Control**
I ask the court to give *only* me temporary use, possession, and control of the property listed here:
_____

**⑫ ☐ Debt Payment**
I ask the court to order the person in ② to make these payments while the order is in effect:
☐ *Check here if you need more space. Attach Form MC-020 and write "DV-100, Item 12 - Debt Payment" by your statement.*

Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____
Pay to: _____ For: _____ Amount: $ _____ Due date: _____

**⑬ ☐ Property Restraint**
I am married to the person in ② . I ask the judge to order that he or she not borrow against, sell, hide, or get rid of or destroy any possessions or property, except in the usual course of business or for necessities of life. I also ask the judge to order the restrained person to notify me of any new or big expenses and to explain them to the court.

**⑭ ☐ Attorney Fees and Costs**
I ask that the person in ② pay some or all of my attorney fees and costs.
*You must complete and file Form FL-150, Income and Expense Declaration.*

**⑮ ☐ Payments for Costs and Services**
I ask that the person in ② pay the following:
*You can ask for lost earnings or your costs for services caused directly by the person in ② (damaged property, medical care, counseling, temporary housing, etc.). You must bring proof of these expenses to your hearing.*

Pay to: _____ For: _____ Amount: $ _____
Pay to: _____ For: _____ Amount: $ _____
Pay to: _____ For: _____ Amount: $ _____

**⑯ ☐ Batterer Intervention Program**
I ask the court to order the person listed in ② to go to a 52-week batterer intervention program and show proof of completion to the court.

**⑰ No Fee to Serve (Notify) Restrained Person**
*If you want the sheriff or marshal to serve (notify) the restrained person about the orders for free, ask the court clerk if you need to file more forms. You may need Form CH-101/DV-290 and Form 982(a)(17).*

**This is not a Court Order.**

Rev. January 1, 2004
Marlin Dean's Essential Forms ™
**Request for Order**
(Domestic Violence Prevention)
DV-100, Page 3 of 4
WardM/mb/bb/5/19/05
DEF 251

Your name: __Marci A. Ward__

Case Number: _____

## What orders do you want? Check the boxes that apply to your case ☑

**18** ☐ **More Time for Notice**

I need extra time to notify the person in ② about these papers. Because of the facts explained on this form, I want the papers served up to _____ days before the date of the hearing. *For help, read DV-210.*

*If necessary, add additional facts:* _____

**19** ☐ **Other Orders**

What other orders are you asking for? _____

☐ *Check here if you need more space. Attach MC-020 and write "DV-100, Item 19 - Other Orders" by your statement.*

**20** **Turn in Guns or Other Firearms**

I ask the judge to order the person in ② to sell or turn in any guns or firearms that he or she has or controls.

If the judge approves the orders at a noticed hearing, the restrained person will be required to sell to a gun dealer or turn in to police any guns or firearms that he or she has or controls. *Describe any use or threatened use of firearms in* ㉑ .

**21** **Describe the most recent abuse.**

a. Date of most recent abuse: __May 18, 2005__

b. Who was there? __Myself and Michael Brainerd__

c. What did the person in ② do or say that made you afraid?
   __On May 18th before 9:00 am Michael C. Brainerd came home from work after only being there 2 hours. I was getting ready to go to the Dr. When he came in he was initially polite. We spoke of my trip to the Dr's and my fear about what I would hear. Then he spoke about his health. Continued to MC-020__

d. Describe any use or threatened use of guns or other weapons:
   __None__

e. Describe any injuries: __Went directly to my Doctor for my Blood Preasure, I have had 2 strokes and felt like another one was coming on.__

f. Did the police come? ☒ No  ☐ Yes

   If yes, did they give you an Emergency Protective Order?   ☐ Yes  ☒ No  ☐ I don't know

   *Attach a copy if you have one.*
   ☒ Check here if you need more space. Use Form MC-020 and write "DV-100, Item 21 - Recent Abuse" by your statement.
   ☐ Check here if the person in ② has abused you (or your children) other times. Use Form DV-101 or Form MC-020 to describe any previous abuse.

**22** I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: __May 19, 2005__

__Marci A. Ward__   ▶ *Marci A. Ward* (signature)
*Type or print your name*              *Sign your name*

**This is not a Court Order.**

Rev. January 1, 2004
Martin Dean's Essential Forms TM

**Request for Order**
(Domestic Violence Prevention)

DV-100, Page 4 of 4
WardM/mb/bb/5/19/05
**DEF 252**

MC-020 DV-100 Item 21

Suddenly he said, "I want to know why you are choosing to saty with Bobby and not go with me. Bobby is a fucking ass hole. He's a fucking jerk" (Bobby and I choose to be Brother and Sister when we met 15 years ago.) I said I would be getting away from him even if Bobby were not around. He said, "I just don't understand why you don't love me anymore." With that sentence I hear his tone rise and see his body tense. I said, It's time to end this conversation. Then he walked over so that I could not get to my room without passing him and started yelling at me." Why the fuck is he any better that I am? Why the fuck are you choosing him over me?" I said again, its time to end this conversation. He yelled the same questions again. He told me my thinking was fucked up. I got up, plugged my ears, looked down at the floor, tucked my elbows in and ran past him. He followed me screaming the whole time. "Yea thats what you do, you fucking run away. Well I'm not letting you this time." I got to my room and turned to close the door and he was right there in my face.

I screamed. No words, just sound. I tried to close my door and he kicked it open, knocking my arm into my dresser and causing things on my dresser to fall off. He then put his foot down inside the door frame. I said, get your foot out of my door. He said, "What are you going to do if I don't?" I said again take your foot out of my door. He repeated, "what are you going to do if I don't?" I said, I know exactly what I am going to do. I let go of the door, ran to my bed, picked up the phone and turned it on as I looked up at him. He took his foot away, walking away saying, "Yea, thats right call the fucking Sheriff. I closed and locked my door. I waited until I felt

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms ™
ADDITIONAL PAGE  WardM/mb/bb/5/19/05
Attach to Judicial Council Form or Other Court Paper
CRC 201, 501
Page
DEF 253

MC-020                                    Page 2

he was in his room and I left the house. I have never been afraid before, but the verbal abuse has been going on for close to 6 months and escalating.

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page _____

Form Approved by the Judicial Council of California
MC-020 [New January 1, 1987]
Optional Form
Martin Dean's Essential Forms TM

ADDITIONAL PAGE   WardM/mb/bb/5/19/05
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

DEF 254