1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, State Bar #96494
5  KRISTEN K. PRESTON, State Bar #125455

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9              IN THE UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 MICHAEL BRAINERD,                       ) NO.  C 07 2663 EDL
                                           )
12                      Plaintiff,         ) **EXHIBIT C TO REQUEST FOR**
                                           ) **JUDICIAL NOTICE**
13 vs.                                     )
                                           ) Date: July 22, 2008
14 COUNTY OF LAKE; LAKE COUNTY             ) Time: 9:00 a.m.
   SHERIFF'S DEPARTMENT                    ) Courtroom E, 15th Floor
15                                         ) 450 Golden Gate Avenue
                        Defendants.        ) San Francisco, CA
16                                         )
                                           )
17 _____

EXHIBIT C TO REQUEST FOR JUDICIAL NOTICE
CASE NO. C 07 2663 EDL

**CH-100**  Request for Orders to Stop Harassment

Clerk stamps date here when form is filed.

FILED
SUPERIOR COURT
COUNTY OF LAKE

MAY 2 0 2005

William E. Jaynes, Clerk
By _____
Deputy Clerk

(1) Your name (person asking for protection):
BOB M BOYD

Your address (skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):
5296 BLUE LAKES RD
City: UPPER LAKE    State: CA    Zip: 95485
Your telephone number (optional): (707) 275-8839
Your lawyer (if you have one): (Name, address, telephone number, and State Bar number):

Fill in court name and street address:
Superior Court of California, County of
LAKE COUNTY SUPERIOR COURT
255 N. FORBES ST.
LAKEPORT, CA 95453

Court fills in case number when form is filed.
Case Number: CV 401547

(2) Name of person you want protection from:
MICHAEL C BRAINERD

Describe the person:  Sex: ☒ M  ☐ F  Weight: 150
Height: 5'7"  Race: WHITE  Hair Color: BROWN
Eye Color: BLUE  Age: 52  Date of Birth: 1953
Home Address (if you know): 5296 BLUE LAKES RD
City: UPPER LAKE    State: CA    Zip: 95485
Work Address (if you know): UKIAH GOLF COURSE
City: UKIAH    State: CA    Zip: 95482

(3) Besides you, who needs protection? (Family or household members)

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| MARCI A. WARD | F | 50 | ☒ Yes ☐ No | FRIEND |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |
|  |  |  | ☐ Yes ☐ No |  |

☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 3—Describe Protected Persons" at the top of the page.

(4) Why are you filing in this court? (Check all that apply):
☒ The person in (2) lives in this county.
☒ I was hurt (physically or emotionally) by the person in (2) here.
☐ Other (specify): HE WAS ARRESTED ON 5-19-05 FOR THREAT TO BEAT MY HEAD WITH BASEBALL BAT CASE # 0505-309

(5) How do you know the person in (2)? (Describe):
ROOMMATE / PARTNER IN HOME OWNERSHIP

**This is not a Court Order**

Request for Orders to Stop Harassment
(Civil Harassment)

CH-100, Page 1 of ?
DEF 279

Case Number: _____

Your name: _____

6. Describe how the person in ② has harassed you:
   a. Date of most recent harassment: 5-19-05
   b. Who was there? MARCI WARD, MICHAEL BRAINERD AND I

   c. Did the person in ② commit any acts of violence or threaten to commit any acts of violence against you?
   ☒ Yes ☐ No
   If yes, describe those acts or threats: HE THREATEND TO BEAT MY HEAD WITH A BASEBALL BAT

   d. Did the person in ② engage in a course of conduct that harassed you and caused substantial emotional distress? ☒ Yes ☐ No
   If yes, describe: HE YELLED THREATS AT ME. HE BEAT HIS FIST INTO HIS HAND AND SAID HE WOULD SPILL MY BLOOD ON TO THE CARPET

   e. Did the conduct of the person in ② described above seriously alarm, annoy, or harass you? ☒ Yes ☐ No

   ☐ Check here if you need more space. Attach a sheet of paper and write "CH-100, item 6—Describe Harassment" at the top of the page.

## Check the orders you want ☑

7. ☐ **Personal Conduct Order**
   I ask the court to order the person in ② to NOT do the following things to me or anyone listed in ③:
   a. ☒ Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
   b. ☒ Contact (either directly or indirectly), or telephone, or send messages or mail or e-mail.

8. ☐ **Stay-Away Order**
   I ask the court to order the person in ② to stay at least (specify): 300 yards away from me and the people listed in ③ and the places listed below: (Check all that apply):
   a. ☒ My home            d. ☒ My vehicle
   b. ☒ My job or workplace   e. ☐ Other (specify): _____
   c. ☐ My children's school or child care

   If the court orders the person in ② to stay away from all the places listed above, will that person still be able to get to his or her home, school, or job? ☐ Yes ☒ No
   If no, explain: WE LIVE TOGETHER BUT THE HOUSE IS FOR SALE

9. ☐ **Others to Be Protected**
   Should the other people listed in ③ also be covered by the orders described above?
   ☒ Yes   ☐ No   ☐ Does not apply
   If yes, explain: WHILE OUR HOUSE IS FOR SALE. UNTIL OUR HOUSE SELLS WE NEED PROTECTION FROM THIS MAN

**This is not a Court Order.**

Your name: _____

Case Number: _____

**(10) Order About Guns or Other Firearms**

I ask the court to order the person in (2) to be prohibited from owning, possessing, purchasing, or receiving, or attempting to purchase or receive firearms and to sell or turn in any guns or firearms that he or she controls.

**(11) ☐ Other Orders**

I ask the court to order the person in (2) to *(specify)*: _____

_____

_____

_____

**(12) ☐ Temporary Orders**

Do you want the court to make orders now on the matters listed in (7), through (11) that will last until the hearing? ☒ Yes  ☐ No

*If yes, explain why you need these orders right now:* WE ARE IN DANGER FROM THIS MAN

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 12—Temporary Orders" at the top of the page.*

**(13) Delivery of Orders to Law Enforcement**

My lawyer or I will give copies of the orders to the following law enforcement agencies:

a. Name of Agency: LAKE COUNTY SHERIFF'S DEPARTMENT
   Address: PO BOX 489
   City: LAKEPORT   State: CA   Zip: 95453

b. Name of Agency: _____
   Address: _____
   City: _____   State: _____   Zip: _____

**(14) ☐ Other Court Cases**

Have you ever asked any court for other restraining orders against the person in (2)? ☐ Yes  ☒ No

*If yes, specify the counties and case numbers if you know them:* _____

**(15) ☐ Time for Service**

You must have your papers personally served on (notify) the person in (2) at least 5 days before the hearing, unless the court orders a different time for service. *(Form CH-135 explains "What is Proof of Service?" Form CH-130 may be used to show the court that the papers have been served.)* If your papers cannot be served at least 5 days before the hearing and you need more time, explain why:

_____

_____

**This is not a Court Order.**

| Your name: | Case Number: |
|---|---|
| | |

**(16)** ☒ **No Fee for Filing**

I ask the court to waive the filing fee because the person in ② has used or threatened to use violence against me, has stalked me, or has acted or spoken in some other way that makes me reasonably fear violence. I am asking for a restraining order to stop this conduct.

**(17)** ☒ **No Fee to Serve Orders**

I ask the court to order the sheriff or marshal to serve (notify) the person in ② about the orders for free because that person has stalked me or threatened me with sexual assault.

*(To get free service of the court's orders without paying a fee, you must fill out and file the Request and Order for Free Service of Restraining Order (Form CH-101), and if you qualify for a fee waiver, you must also fill out and file the Application for Waiver of Court Fees and Costs (Form 982(a)(17).)*

**(18)** ☐ **Lawyer's Fees and Costs**

I ask the court to order payment of my:

a. ☐ Lawyer's fees
b. ☐ Out-of-pocket expenses

The amounts requested are:

| Item | Amount | Item | Amount |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | |

☐ *Check here if you need more space. Attach a sheet of paper and write "CH-100, item 18—Lawyer's Fees and Costs" at the top of the page.*

**(19) Additional Relief**

I ask the court for additional relief as may be proper.

**(20)** Number of pages attached to this form, if any: _____

Date: _____

_____          ▶ _____
*Attorney's name*                    *Attorney's signature*

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: 5-20-05

BOB M BOYD          ▶ Bob M Boyd
*Type or print your name*          *Sign your name*

**This is not a Court Order.**

1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8

9                        IN THE UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11 MICHAEL BRAINERD,                         ) NO.  C 07 2663 EDL
                                             )
12                      Plaintiff,           ) **EXHIBIT D TO REQUEST FOR**
                                             ) **JUDICIAL NOTICE**
13 vs.                                       )
                                             ) Date: May 27, 2008
14 COUNTY OF LAKE; LAKE COUNTY               ) Time: 9:00 a.m.
   SHERIFF'S DEPARTMENT                      ) Courtroom E, 15th Floor
15                                           ) 450 Golden Gate Avenue
                        Defendants.          ) San Francisco, CA
16                                           )
                                             )
17 _____

| CH-120 | Notice of Hearing and Temporary Restraining Order | Clerk stamps date here when form is filed. |

**FILED**
SUPERIOR COURT
COUNTY OF LAKE

MAY 2 0 2005

William E. Jaynes, Clerk
By _____
Deputy Clerk

(1) Name of person asking for protection:
BOB M BOYD

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead)*:
5296 BLUE LAKES RD
UPPER LAKE
City: _____ State: CA Zip: 95485
Your telephone number *(optional)*: (707) 275-8839
Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number)*: _____

Fill in court name and street address:

Superior Court of California, County of

**LAKE COUNTY SUPERIOR COURT
255 N. FORBES ST.
LAKEPORT, CA 95453**

(2) Name of person to be restrained:
MICHAEL C. BRAINERD

Court fills in case number when form is filed.
Case Number: **CV401547**

Description of that person:

Sex: ☒ M ☐ F  Height: 5'7"  Weight: 150  Race: WHITE
Hair Color: BROWN  Eye Color: BLUE  Age: 52  Date of Birth: 1953
Home Address *(if known)*: 5296 BLUE LAKES RD
City: UPPER LAKE  State: CA  Zip: 95485
Work Address *(if known)*: UKIAH GOLF COURSE
City: UKIAH  State: CA  Zip: 95482

To the person in (2):

(3) **Notice of Hearing**
A court hearing is scheduled on the request for orders against you to stop harassment:

Hearing Date → Date: 06/13/05  Time: 9am
Dept.: 2  Rm.: _____

Name and address of court if different from above:

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

(4) **Court Orders**
The court *(check a or b)*:
a. ☐ Has scheduled the hearing stated in (3). No orders are issued against you at this time.
b. ☒ Has scheduled the hearing stated in (3) and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order**

Judicial Council of California · www.courtinfo.ca.gov
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.8
Approved by DOJ

Notice of Hearing and Temporary Restraining Order (CLETS)
(Civil Harassment)

CH-120, Page 1 of 4

**DEF 281**

Case Number: _____

Your name: _____

☐ **Temporary Orders Against the Restrained Person**
*(Write the name of the person in ②):* MICHAEL C. BRAINERD

The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.

⑤ ☐ **Personal Conduct Orders**
You must not do the following things to the people listed in ① and ⑩:
- ☒ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.
- ☒ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

⑥ ☐ **Stay-Away Order**
You must stay at least *(specify)* ~~25~~ 300 yards away from:
- a. ☒ The person listed in ①
- b. ☒ ~~The people listed in ⑩~~
- c. ☒ The home of the persons in ① and ⑩
- d. ☒ ~~Jobs or workplaces of the persons in ① and ⑩~~
- e. ☒ ~~Vehicle of person in ①~~   ☒ ~~Vehicles of persons in ⑩~~
- f. ☐ The protected children's school or child care
- g. ☐ Other *(specify):* _____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

⑦ **No Guns or Other Firearms**
You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

⑧ **Turn In or Sell Guns or Firearms**
You must:
- Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 48 hours of receiving this order. But if you were at a hearing on this order, it must be done within 24 hours of the hearing.
- Bring a receipt to the court within 72 hours of receiving this order, to prove that guns have been turned in or sold. *(You may use Form CH-145 for this.)*

⑨ ☐ **Other Orders** *(specify):* _____

⑩ ☐ **Other Protected Persons**
List of the full names of all family or household members protected by these orders:
MARCI WARD

**This is a Court Order.**

Case Number: _____

Your name: _____

## Instructions for the Protected Person

To the person in ①: *(Write the name of the person in ①):* __BOB M BOYD__

**⑪ Service of Order on Law Enforcement**

If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency: __LAKE COUNTY SHERIFF__     Address (City, State, Zip): __LAKEPORT__

**⑫ Service of Documents**

You must have someone personally deliver to the person in ② a copy of all the documents checked below:

- a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
- b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
- c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
- d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
- e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
- f. ☐ Other *(specify):* _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

**⑬ Time for Service** *(check a, b, or c)*

- a. ☒ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.
- b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.
- c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least ____ days before the hearing.

**⑭ ☒ No Fee for Filing**

Filing fees are waived.

**⑮ ☒ No Fee for Service of Order by Law Enforcement**

The sheriff or marshal will serve this Order without charge because the order is based on a credible threat of violence resulting from a threat of sexual assault or on stalking.

Date: __5-20-05__          ▶ _[signature]_  Judicial Officer

**This is a Court Order**

Case Number: _____

Your name: _____

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will ask you for proof that you did so. If you do not obey this Order, you can be charged with a crime.

### Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (form MC-410). (Civil Code, § 54.8)

*(Clerk will fill out this part)*
### —Clerk's Certificate—

*Clerk's Certificate*
*[seal]*

I certify that this *Notice of Hearing and Temporary Restraining Orders* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

## This is a Court Order.