1 | **JONES & DYER**
**A Professional Corporation**
2 | **1800 J Street**
**Sacramento, California 95814**
3 | **Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

4

**MARK A. JONES, State Bar #96494**
5 | **KRISTEN K. PRESTON, State Bar #125455**

6 | Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
Wristen and Emil Devincenzi

7

8

9 | IN THE UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | MICHAEL BRAINERD,                          ) NO.  C 07 2663 EDL
                                             )
12 |                          Plaintiff,       ) **EXHIBIT D TO REQUEST FOR**
                                             ) **JUDICIAL NOTICE**
13 | vs.                                       )
                                             ) Date:  July 22, 2008
14 | COUNTY OF LAKE; LAKE COUNTY              ) Time:  9:00 a.m.
SHERIFF'S DEPARTMENT                         ) Courtroom E, 15th Floor
15 |                                           ) 450 Golden Gate Avenue
                         Defendants.          ) San Francisco, CA
16 |                                           )
                                             )
17 | _____ )

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT D TO REQUEST FOR JUDICIAL NOTICE
CASE NO. C 07 2663 EDL

H:\MAJ cases\Brainerd v. Lake County\Pleadings\MSJ\Exh D to RQF Judicial Notice.wpd

**CH-120**  Notice of Hearing and Temporary Restraining Order

Clerk stamps date here when form is filed.

**FILED**
SUPERIOR COURT
COUNTY OF LAKE

MAY 2 0 2005

William E. Jaynes, Clerk

By _____
Deputy Clerk

① Name of person asking for protection:

BOB M BOYD

Address *(skip this if you have a lawyer): (If you want your address to be private, give a mailing address instead):*

5296 BLUE LAKES RD

UPPER LAKE

City: _____ State: CA Zip: 95485

Your telephone number *(optional):* (707) 275 8839

Your lawyer *(if you have one): (Name, address, telephone number, and State Bar number):* _____

_____

_____

Fill in court name and street address:

Superior Court of California, County of

**LAKE COUNTY SUPERIOR COURT**
255 N. FORBES ST.
LAKEPORT, CA 95453

② Name of person to be restrained:

MICHAEL C. BRAINERD

Description of that person:

Court fills in case number when form is filed.

Case Number:
**CV401547**

Sex: ☒ M ☐ F  Height: 5'7"  Weight: 150  Race: WHITE

Hair Color: BROWN  Eye Color: BLUE  Age: 52  Date of Birth: 1953

Home Address *(if known):* 5296 BLUE LAKES RD

City: UPPER LAKE  State: CA  Zip: 95485

Work Address *(if known):* UKIAH GOLF COURSE

City: UKIAH  State: CA  Zip: 95452

### To the person in ②:

③ **Notice of Hearing**
A court hearing is scheduled on the request for orders against you to stop harassment:

Name and address of court if different from above:

Hearing Date → Date: 06/13/05  Time: 9am

Dept.: 2  Rm.: _____

If you do not want the court to make orders against you, file Form CH-110. Then go to the hearing and tell the court why you disagree. You may bring witnesses and other evidence. If you do not go to this hearing, the court may make restraining orders against you that could last up to 3 years.

④ **Court Orders**
The court *(check a or b):*

a. ☐ Has scheduled the hearing stated in ③. No orders are issued against you at this time.

b. ☒ Has scheduled the hearing stated in ③ and has issued the temporary orders against you specified on page 2. If you do not obey these orders, you can be arrested and charged with a crime. And you may have to go to jail, pay a fine of up to $1,000, or both.

**This is a Court Order.**

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2005, Mandatory Form
Code of Civil Procedure, §§ 527.6 and 527.9

Notice of Hearing and Temporary Restraining Order (CLETS)
(Civil Harassment)

CH-120, Page 1 of 4

**DEF 281**

Case Number: _____

~~Your name:~~ _____

□ **Temporary Orders Against the Restrained Person**

*(Write the name of the person in ②):* MICHAEL C. BRAINERD _____

The court has made the temporary orders indicated below against you. You must obey all these orders. These orders will expire on the date of the hearing listed in ③ unless they are extended by the court.

**⑤** □ **Personal Conduct Orders**

You must **not** do the following things to the people listed in ① and ⑩:

☒ a. Harass, attack, strike, threaten, assault (sexually or otherwise), hit, follow, stalk, destroy personal property, keep under surveillance, or block movements.

☒ b. Contact (directly or indirectly), telephone, send messages, mail, or e-mail.

Peaceful written contact through a lawyer or a process server or other person for service of legal papers related to a court case is allowed and does not violate this Order.

**⑥** □ **Stay-Away Order**

You must stay at least *(specify)* ~~25~~ 300 yards away from:

a. ☒ The person listed in ①
~~b. ☒ The people listed in ⑩~~
c. ☒ The home of the persons in ① and ⑩
~~d. ☒ Jobs or workplaces of the persons in ① and ⑩~~

e. ☒ Vehicle of person in ①    ☒ ~~Vehicles of persons in ⑩~~
f. □ The protected children's school or child care
g. □ Other *(specify):* _____
_____
_____

This stay-away order does not prevent the person in ② from going to or from that person's home or place of employment.

**⑦** **No Guns or Other Firearms**

You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get a gun or firearm.

**⑧** **Turn In or Sell Guns or Firearms**

You must:

• Sell to a licensed gun dealer or turn in to police any guns or firearms that you possess or control. This must be done within 48 hours of receiving this order. But if you were at a hearing on this order, it must be done within 24 hours of the hearing.

• Bring a receipt to the court within 72 hours of receiving this order, to prove that guns have been turned in or sold. *(You may use Form CH-145 for this.)*

**⑨** □ **Other Orders** *(specify):* _____
_____
_____
_____

**⑩** □ **Other Protected Persons**

List of the full names of all family or household members protected by these orders:

MARCI WARD
_____
_____

**■■■ This is a Court Order ■■■**

Case Number: _____

Your name: _____

## Instructions for the Protected Person

To the person in ①: *(Write the name of the person in ①):* BoB M BoyD _____

⑪   Service of Order on Law Enforcement

If the court issues temporary restraining orders, by the close of business on the date the orders are made, you or your lawyer should deliver a copy of this Order and any proof of service forms to each law enforcement agency listed below.

Name of Law Enforcement Agency:               Address (City, State, Zip)
LAKE COUNTY SHERIFF _____               LAKEPORT _____
_____               _____
_____               _____
_____               _____

⑫   Service of Documents

You must have someone personally deliver to the person in ② a copy of all the documents checked below:

- a. ☑ CH-120, *Notice of Hearing and Temporary Restraining Order (CLETS)* (completed and file-stamped)
- b. ☑ CH-100, *Request for Orders to Stop Harassment* (completed and file-stamped)
- c. ☑ CH-110, *Answer to Request for Orders to Stop Harassment* (blank form)
- d. ☑ CH-145, *Proof of Firearms Turned In or Sold* (blank form)
- e. ☑ CH-151, *How Can I Answer a Request for Orders to Stop Harassment?*
- f. ☐ Other *(specify):* _____

You must file with the court before the hearing a proof of service of these documents on the person in ②.

⑬   Time for Service *(check a, b, or c)*

- a. ☒ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 5 days before the hearing.
- b. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least 2 days before the hearing.
- c. ☐ A copy of the documents listed in ⑫ must be served in person to the person in ② at least _____ days before the hearing.

⑭   ☒ **No Fee for Filing**
Filing fees are waived.

⑮   ☒ **No Fee for Service of Order by Law Enforcement**
The sheriff or marshal will serve this Order without charge because the order is based on a credible threat of violence resulting from a threat of sexual assault or on stalking.

Date: 5-20-05 _____         ► _____
                                          *Judicial Officer* _____

**This is a Court Order**

Case Number:

Your name:

## Warnings and Notices to the Restrained Person in ②

### You Cannot Have Guns or Firearms

You cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get a gun while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to a licensed gun dealer or turn in to police any guns or firearms that you have or control in accordance with item ⑧ above. The court will ask you for proof that you did so. If you do not obey this Order, you can be charged with a crime.

## Instructions for Law Enforcement

This Order is effective when made. It is enforceable anywhere in all 50 states, the District of Columbia, all tribal lands, and all U.S. territories and shall be enforced as if it were an order of that jurisdiction by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Law Enforcement Telecommunications System (CLETS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency shall advise the restrained person of the terms of the Order and then shall enforce it. Violations of this Order are subject to criminal penalties.



### Requests for Accommodations
Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the hearing. Contact the clerk's office for *Request for Accommodations by Persons with Disabilities and Order* (form MC-410). (Civil Code, § 54.8)

*(Clerk will fill out this part)*
### —Clerk's Certificate—

*Clerk's Certificate*

*[seal]*

I certify that this *Notice of Hearing and Temporary Restraining Orders* is a true and correct copy of the original on file in the court.

Date: _____    Clerk, by _____, Deputy

## This is a Court Order