```
1  JONES & DYER
   A Professional Corporation
2  1800 J Street
   Sacramento, California 95814
3  Telephone: (916) 552-5959
   Fax: (916) 442-5959
4
   MARK A. JONES, State Bar #96494
5  KRISTEN K. PRESTON, State Bar #125455

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD, | NO. C 07 2663 EDL |
| Plaintiff, | **EXHIBIT E TO REQUEST FOR JUDICIAL NOTICE** |
| vs. | Date: July 22, 2008 |
| COUNTY OF LAKE; LAKE COUNTY SHERIFF'S DEPARTMENT | Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>450 Golden Gate Avenue |
| Defendants. | San Francisco, CA |

EXHIBIT E TO REQUEST FOR JUDICIAL NOTICE
CASE NO. C 07 2663 EDL

# MUNICIPAL COURT OF CALIFORNIA
## NORTHLAKE / SOUTHLAKE JUDICIAL DISTRICT
LAKE COUNTY CORRECTIONAL FACILITY
4913 HELBUSH DRIVE
LAKEPORT, CA 95453

THE PEOPLE OF THE STATE OF CALIFORNIA
            PLAINTIFF

BOOKING # __59715__

VS.

__BRAINERD, MICHAEL__ DEFENDANT

IT APPEARING TO THE COURT FROM THE INFORMATION SUBMITTED IN THE DECLARATION RE PROBABLE CAUSE AND BAIL SETTING:

[✓] THERE IS SUFFICIENT PROBABLE CAUSE TO DETAIN THE DEFENDANT;

[ ] THERE IS NO SUFFICIENT PROBABLE CAUSE TO DETAIN THE DEFENDANT. IT IS HEREBY ORDERED THAT THE DEFENDANT BE RELEASED;

[ ] EXIGENT CIRCUMSTANCES EXIST, IT IS ORDERED THAT THE DEFENDANT BE HELD _____ ADDITIONAL HOURS.

FOR A [✓] FELONY  [✓] MISDEMEANOR, TO WIT; A VIOLATION(S) OF __422 PC__

__HEDSTROM__
MAGISTRATE

[✓] SUPERIOR COURT  [ ] MUNICIPAL COURT

DATE: __5·21·05__

TIME: __1230__

PURSUANT TO A TELEPHONE CONVERSATION WITH AN APPOINTED MAGISTRATE, JUDGE __HEDSTROM__ OF THE __SOUTH LAKE SUPERIOR__ COURT MADE THE ABOVE ORDER UPON CONSIDERING A DECLARATION RE PROBABLE CAUSE AND BAIL SETTING FILED BY THE ARRESTING OFFICER.

__5·21·05 @ 1230__
DATE AND TIME OF TELEPHONE REVIEW

SIGNATURE OF VERIFYING OFFICER

DEF 68