1  David M. Poore, SBN 192541
   KAHN BROWN & POORE LLP
2  755 Baywood Drive, Suite 185
   Petaluma, California 94954
3  Telephone:   (707) 763-7100
   Facsimile:    (707) 763-7180
4  dpoore@kahnbrownlaw.com

5

   Attorneys for Plaintiff
6  MICHAEL BRAINERD

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL BRAINERD,                          | Case No.  C 07 2663 EDL
12 |        Plaintiff,                          |
13 |                                            | DECLARATION OF DAVID M. POORE
   |                                            | IN SUPPORT OF PLAINTIFF'S
14 | v.                                         | OPPOSITION TO DEFENDANTS'
   |                                            | MOTION FOR SUMMARY JUDGMENT
15 | COUNTY OF LAKE; LAKE COUNTY                | Date:     July 22, 2008
16 | SHERIFF'S OFFICE; and DOES 1 through 50,   | Time:     9:00 a.m.
   | inclusive,                                 | Location: Courtroom E, 15th Floor
17 |                                            |
   |        Defendants.                         | Hon. Elizabeth D. Laporte
18

19        I, DAVID M. POORE, declare:

20        1.     I am an adult over the age of 18 years. I am attorney of record for the plaintiff in

21 this action. I am an attorney licensed to practice law in the State of California and the United

22 States District Court, Northern District of California. Pursuant to federal law and this Court's

23 local rules, I submit this declaration in opposition to defendants' joint motion for summary

24 judgment. I have personal knowledge of the matters stated in this declaration and could

25 competently testify to them if called as a witness.

26        2.     On or about August 21, 2007, defendants produced – pursuant to F.R.C.P. Rule 26

27 – documents pursuant to their initial disclosures in this case, including a Computer Log Printout,

28 Bates Stamped No. DEF21. A true and correct copy of this document is attached hereto as

-1-

1  Exhibit A. These documents produced also included a document entitled "Person Record –
2  Brainerd, Michael," Bates Stamped No. DEF 16. A true and correct copy of this document is
3  attached hereto as Exhibit B.

4      3.     On or about August 27, 2007, plaintiff produced – pursuant to F.R.C.P. Rule 26 –
5  documents pursuant to his initial disclosures in this case, including the document entitled "Lake
6  County, California, Arrest Policies Project: A Process Evaluation," Bates Stamped Nos.
7  BRAINERD0001_00025. A true and correct copy of this document is attached hereto as Exhibit
8  C.

9      4.     On April 29, 2008, plaintiff propounded to defendants County of Lake and Lake
10  County Sheriff's Office two separate Requests for Production of Documents. On May 27, 2008,
11  defendants County of Lake and Lake County Sheriff's Office served one joint response to
12  plaintiff's requests and attached documents being produced in accordance with its responses. A
13  true and correct copy of defendants' joint response and excerpts of defendants' documents
14  produced in accordance thereof is attached hereto as Exhibit D, specifically, the document
15  entitled "Lake County Sheriff's Department Corrections Division Policy Manual – Title: Probable
16  Cause Hearings, No. 3-8," Bates Stamped Nos. DEF 305-DEF 306.

17      I declare under penalty of perjury under the laws of the State of California and the United
18  States that the foregoing is true and correct.

19      Executed this 1st day July 2008 at Petaluma, California.

                      DAVID M. POORE