```
Computer#    R20050520003          ASC Party 01      Co-Defendants 0
District Ct. No.    City Ct. No.    Jud/Div          Docket No(s).
Type/Desc                                            Filing Type
--------------------------------DEFENDANT--------------------------------
Defendant Name:    -BRAINERD, MICAHEL CHARLES    Race:        Sex: M
                   5296 BLUE LAKES RD
                   UPPER LAKE, CA 95485-
Social Security:              Da Case #  051985    Birthdate: 09/03/1952
Attorney Name
DOC#:       FBI#:       ATN#: BM104
Defendant Rejected on: PC422
*******************************CHARGES*******************************
--------------------------------EVENTS--------------------------------
05/20/2005   Defendant Received.      -Action Complete-
05/23/2005   Defendant Rejected.      -Action Complete-
-----------------------------DISPOSITION-----------------------------
Disposition: REJECTED CASE   Disposition Date: 05/20/2005
```

DE MINIMUS
Suspect is 53 yrs. old, Has no prior record, interest of Justice served by arrest.

Print Date                                                          DEF 21