Page 1

PERSON RECORD
BRAINERD, MICHAEL

06/04/2007

| Address | Mailing Address | | | | | |
|---|---|---|---|---|---|---|
| 5296 BLUE LAKES RD, UPPER LAKE, CA 95485 | | | | | | |

| ID | Phone | DOB | Age | Sex | Height | Weight |
|---|---|---|---|---|---|---|
| 109293 | 707 275 8839 | 09/03/1952 | 54 | M | 5'7" | 160 |

| Race | Hair | Eyes |
|---|---|---|
| WHITE | BROWN | GREEN |

| Drivers License | SSN | St ID | Vehicle License | FBI # |
|---|---|---|---|---|
| A0257884 | 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 | A10773430 | | 625192WA6 |

| Business Name | Address | City & State |
|---|---|---|
| | | |

| Business Phone | Gang Affiliation | Arrest ID |
|---|---|---|
| | | 1982 |

| Next of Kin/Parent/Guardian | Address | Phone | Occupation |
|---|---|---|---|
| ROBERT BRAINERD | SACRAMENTO | 916 392 0716 | golf course groundskeepe |

Undocumented Alien: NO

| Complexion | Build | Hairstyle | Facial Hair | Speech | Glasses |
|---|---|---|---|---|---|
| CLEAR | AVERAGE | SHORT | BEARD & MUST | CLEAR | NO |

| Scars | Tattoos |
|---|---|
| NONE | NONE |

| Officer Safety | Note |
|---|---|
| | |

Other Considerations

Aliases

| DATE | NATURE | EVENT DESCRIPTION | CASE #/FI | INC/CITE |
|---|---|---|---|---|
| 06/03/2003 | RP | FDMA, Dispo FT | | 030603041 |
| 05/19/2005 | CHG | Previous phone: 275-8839 by LST | 0 | |
| 05/19/2005 | CHG | Prev adrs: 5196 BLUE LAKES RD, UL by LST | 0 | |
| 05/19/2005 | BOOK | Jail Booking No: 13260 | 13260 | |
| 05/19/2005 | CHG | Prev adrs: 5196 BLUE LAKES RD, UPPER LAKE by MAT | 0 | |
| 05/19/2005 | CHG | Previous name: BRAINERD, MICHAEL by CWE | 0 | |
| 05/19/2005 | CHG | Prev adrs: , KELSEYVILLE by CWE | 0 | |
| 05/19/2005 | SA | 422 PC:  REJ: 05/20/2005 | C05050309 | |
| 06/14/2005 | COMB | Combined with ID 144396 by EBP | 0 | |

DEF 16