**JONES & DYER**
**A Professional Corporation**
**1800 J Street**
**Sacramento, California 95811**
**Telephone: (916) 552-5959**
**Fax: (916) 442-5959**

**MARK A. JONES, State Bar #96494**
**KRISTEN K. PRESTON, State Bar #125455**

Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew Wristen and Emil Devincenzi

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRAINERD, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF LAKE; LAKE COUNTY SHERIFF'S OFFICE; and DOES 1 through 50, inclusive, <br><br> Defendants. | NO. C 07 2663 EDL <br><br> **DEFENDANTS' EVIDENTIARY OBJECTION TO EXHIBIT C TO DECLARATION OF DAVID POORE** |

Defendant County of Lake objects to the admissibility of Exhibit C to the declaration of David Poore filed by plaintiff in support of his opposition to defendant's motion for summary judgment as set forth below:

1.      The report submitted as Exhibit C is not relevant (Rule 401, 402) to any issue raised in this action or, more specifically, to any issue raised in this motion.

2.      The report submitted as Exhibit C constitutes inadmissible hearsay (Rule 801) to which no exception applies.  The report is submitted by the plaintiff for the truth of the matter asserted; to wit, the expressed policy of the County upon which plaintiff seeks to establish his Monell-type claim.

3.      The report submitted as Exhibit C is not properly authenticated (Rule 901) in that

**DEFENDANTS' EVIDENTIARY OBJECTION TO EXHIBIT C TO DECLARATION OF DAVID POORE**
**CASE NO. C 07 2663 EDL**

-1-

1  evidence sufficient to support a finding that the report is what plaintiff claims it to be.

2  Dated:      July 8, 2008

3                                              JONES & DYER

4
                                               By:    /s/ Mark A. Jones
5                                                     MARK A. JONES,
                                                      Attorneys for Defendants County of Lake, Lake
6                                                     County Sheriff's Office, Matthew Wristen and
                                                      Emil Devincenzi

**DEFENDANTS' EVIDENTIARY OBJECTION TO EXHIBIT C TO DECLARATION OF DAVID POORE**
**CASE NO. C 07 2663 EDL**

H:\MAJ.cases\Brainerd v. Lake County\Pleadings\MSJ\MSJ - Exidentiary Obj to Exh C of Poore decl.wpd                -2-