1  **JONES & DYER**
   **A Professional Corporation**
2  **1800 J Street**
   **Sacramento, California 95811**
3  **Telephone: (916) 552-5959**
   **Fax: (916) 442-5959**
4
   **MARK A. JONES, State Bar #96494**
5  **KRISTEN K. PRESTON, State Bar #125455**

6  Attorneys for: Defendants County of Lake, Lake County Sheriff's Department, Matthew
                  Wristen and Emil Devincenzi
7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 MICHAEL BRAINERD                        ) NO. C 07 2663 EDL
                                           )
12                        Plaintiff,       ) **SUPPLEMENTAL DECLARATION**
                                           ) **OF KRISTEN K. PRESTON IN**
13 vs.                                     ) **SUPPORT OF MOTION FOR**
                                           ) **SUMMARY JUDGMENT**
14 COUNTY OF LAKE; LAKE COUNTY             )
   SHERIFF'S OFFICE; and DOES 1 through 50,) Date:  July 22, 2008
15 inclusive,                              ) Time:  9:00 a.m.
                                           ) Courtroom E, 15th Floor
16                                         ) 450 Golden Gate Avenue
                        Defendants.        ) San Francisco, CA
17                                         )
   _____ )
18

19

20      Pursuant to Civil L.R. 7-5 and 28 U.S.C. Section 1746, I, Kristen K. Preston, declare as

21 follows:

22      1.    I am an attorney at law duly licensed to practice before all the courts of the State of

23 California and admitted to practice in Untied States District Court, Northern District of California

24 and I am associated with the Law Offices of Jones & Dyer, attorneys of record for defendants herein.

25 As such, I have personal knowledge of the following facts and could testify regarding these facts if

26 called to do so. I submit this declaration in support of defendants' motion for summary judgment.

27      2.    On March 4, 2008, the deposition of Michael Brainerd was taken. Annexed hereto

28 and incorporated herein by reference as "Exhibit A" are true and correct copies of pertinent pages

1  from the transcript of this deposition.

2      I declare under penalty of perjury that the foregoing is true and correct and that this
3  declaration was executed under the laws of the United States on this 8th day of July, 2008
4  at Sacramento, California.

					/s/ Kristen K. Preston
					KRISTEN K. PRESTON