<u>**Brainerd v. County of Lake**</u>
**Case No. 07-2663 EDL**

# EXHIBIT A

## TO DECLARATION OF KRISTEN K. PRESTON IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Date: July 22, 2008
Time: 9:00 a.m.
Courtroom E, 15th Floor
450 Golden Gate Avenue
San Francisco

**Exhibit A**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

--oOo--

MICHAEL BRAINERD,                    )
                                     )
        Plaintiff,                   )
                                     )
    VS.                              )   No. C 07 2663 EDL
                                     )
COUNTY OF LAKE; LAKE COUNTY          )
SHERIFF'S OFFICE; and DOES 1         )
through 50, inclusive,               )
                                     )
        Defendants.                  )
                                     )

--oOo--

DEPOSITION OF MICHAEL BRAINERD

VOLUME I

PAGES 1 THROUGH 149

--oOo--

Napa, California
Tuesday, March 4, 2008
10:10 a.m.

--oOo--

Reported by:    WENDY L. VAN MEERBEKE, CSR NO. 3676



Sims & Sims
CERTIFIED SHORTHAND REPORTERS

Computer Aided Transcription

Robert Louis Stevenson Plaza
Suite 308, 1700 Second Street
P.O. Box 117
Napa, California 94559

Napa
(707) 226-3022

Fax
(707) 226-7434

Toll Free
1-800-200-3022

"For over fifty years"

1  and I went out of the room and walked into my room.
2  That's pretty much how the argument ended.
3  Q.    Did you have a baseball bat in the room?
4  A.    No.
5  Q.    Was there a baseball bat in the house?
6  A.    No.
7  Q.    Did you at some point refer to a baseball bat
8  in these conversations?
9  A.    No.
10 Q.    So you never threatened Bobby that you were
11 going to hit him in the head with a bat?
12 A.    No.
13       MR. POORE:  I just want to make sure the
14 testimony is accurate.  I take it you asked him if
15 he had a baseball bat in the house.  Are you
16 including the garage with the house?  I just want to
17 make sure he's accurate on it.
18       MR. JONES:
19 Q.    Was there a baseball bat on the premises?
20 A.    That was going to be my next comment.  The
21 officer asked me the same question, if I had a
22 baseball bat.  He asked if I had one in the house.
23 I said, "No."  As we were walking out the hallway,
24 he then took me -- I says, "This just isn't a fair
25 deal here.  You don't understand the situation and

```
 1   you're not hearing my side of the story."  I said,
 2   "This is bull to me.  I don't understand why I'm
 3   being arrested or questioned like this."
 4        I said, "I've told you what I know."  As we
 5   were walking out, I remembered that I did have an
 6   equipment bag in the garage up in the top shelf, and
 7   I told him that it was there and that I had baseball
 8   equipment.  I played softball for years.
 9        I made that comment to him, and he said,
10   "Okay," and then proceeded to cuff me and went
11   outside towards the police car.
12   Q.   So you did have a softball bat that was in a
13   gear bag in the garage on a shelf?
14   A.   Yes.  An equipment bag.
15   Q.   But you never referred to a bat of any --
16   A.   No.
17   Q.   Wait.
18        MR. POORE:  You have to let him get the full
19   question out.
20        THE WITNESS:  Okay.
21        MR. JONES:
22   Q.   Did you ever refer to a bat of any kind during
23   this argument that you had with Bobby and Marci?
24   A.   No, I didn't.
25   Q.   Have you seen the narrative of the incident
```

1  street. I couldn't hear anything because I was
2  sitting across the street.
3  Q.   As you sit here today, do you know what Bobby
4  told the deputy about what you had said?
5  A.   No. All I know is what was on the restraining
6  order.
7  Q.   Are you aware that Bobby knew that you had a
8  baseball bat someplace on the premises?
9  A.   I'm sure he had seen the equipment bag before.
10 Yes.
11 Q.   Did you talk to one of the two deputies about
12 some comment you made to Boyd about hitting him in
13 the head or somebody should hit him in the head and
14 knock some sense into him? Did you talk to one of
15 the deputies about that?
16 A.   Yeah. I think I stated it to the officer.
17 Yeah.
18 Q.   Do you remember what you told the officer that
19 you had said?
20 A.   I told -- in the conversation with Bobby, I
21 said, "Someone should hit you in the head and knock
22 some sense into you because this is going to be a
23 major thing for us to go through as far as losing
24 our home, possibly."
25 Q.   Did you tell the deputy you spoke with about

74

1  MR. POORE:  What are the Bates numbers?
2  MR. JONES:  217.
3  MR. POORE:  I've got 217.  It doesn't appear to
4  be what you have.  217 looks like page four of some
5  kind of handwriting here.  I'll just show you what I
6  have.  This is what I have for 217.
7  MR. JONES:  I'm not sure what that is.
8  MR. POORE:  Would you mind if I take a look at
9  it real quick?  Maybe I've got it here and I can
10 pull it out.
11 MR. JONES:  Off the record.
12      (Discussion off the Record.)
13      (A document was marked as Exhibit 1 for
14 identification.)
15 MR. JONES:
16 Q.  Mr. Brainerd, the reporter has marked as
17 Exhibit 1 a copy of a document that appears to be an
18 answer to a temporary restraining order filed in
19 Lake County Superior Court June 17, 2005.  On the
20 second page it appears to have your name and
21 signature.  Is that your name and signature on the
22 second page?
23 A.  Yes.
24 Q.  Do you recognize this document?
25 A.  Yes, I believe I do now.

1   MR. JONES:
2   Q.   Did she indicate to you in some way at that
3   time that she was afraid other than whatever she was
4   doing, crying in fear across the street?
5   A.   No.  That's why I didn't understand why she was
6   out there doing that.
7   Q.   Just so I'm clear, it was your perception that
8   Marci had run across the street or across the yard
9   and she was crying in fear and Bobby Boyd was also
10  crying; right?
11  A.   I don't recall seeing Bobby at the time.  He
12  was standing outside somewhere in the yard.  I don't
13  recall what his reaction was to it.
14  Q.   It indicates in the section of your case
15  information that I just read that you indicated
16  Mr. Boyd stood crying and Ms. Ward ran across the
17  street crying in fear.  Was that accurate at the
18  time that you filed that with the court?
19  A.   I don't recall him crying.  I don't recall
20  seeing him out the door.  Marci I do remember
21  because she was straight out from the door and I
22  looked at her.
23  Q.   You didn't know, at the time you were sitting
24  in the back of the police car, what Marci or Bobby
25  had told the sheriff's deputy -- you don't know what

77

1  they told them?
2  A.    No.  I don't know what transpired in their
3  conversation.
4  Q.    Was there any mention of the -- was there any
5  mention of a baseball bat besides what you told the
6  deputy?
7        MR. POORE:  Do you mean what he's told --
8        THE WITNESS:  Everything is what I understood
9  happened.
10       MR. JONES:
11 Q.    The deputy did tell you that Bobby had said
12 that you threatened to hit him with a baseball bat
13 in the head?
14 A.    No, no, he did not.
15 Q.    He did not?
16 A.    No.
17       MR. POORE:  He's talking about the prior
18 testimony as far as the issue of him disclosing the
19 gear bag in the garage.  That conversation.
20       MR. JONES:
21 Q.    What I'd like to know is, did the deputy tell
22 you when he was talking to you before you were in
23 the police car that Bobby had told the deputy that
24 you had made a threat -- a physical threat against
25 him?