# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**ELIZABETH D. LAPORTE**                                            Date:  July 22, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**       **C-07-02663 EDL**

**Title:**         MICHAEL BRAINERD v. COUNTY OF LAKE

**Attorneys:**     Plaintiff: Deborah K. Wong        Defendant: Kristen K. Preston

**Deputy Clerk:**       Lili M. Harrell           **Court Reporter:**  Sahar McVickar
                                                  (Time: 30 min)


**PROCEEDINGS:**                                  **RULINGS:**

Defendants' Motion for Summary Judgment                    Submitted




**ORDERED AFTER HEARING:**




**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [X]  Court

**Case Continued to:**

Notes:



cc: