1  **David M. Poore, Sbn 192541**
   **Deborah Wong, Sbn (Of Counsel)**
2  **KAHN BROWN & POORE LLP**
   **755 Baywood Drive, Suite 185**
3  **Petaluma, CA 94954**
   **707-763-7100 (Phone)**
4  **707-763-7180 (Fax)**

5  Attorneys for Plaintiff Michael Brainerd

6  **Mark A. Jones, State Bar #96494**
   **Kristen K. Preston, State Bar #125455**
7  **JONES & DYER**
   **A Professional Corporation**
8  **1800 J Street**
   **Sacramento, California 95811**
9  **Telephone:  (916) 552-5959**
   **Fax: (916) 442-5959**

10

   Attorneys for:  Defendants County of Lake, Lake County Sheriff's Department, Matthew
11                  Wristen and Emil Devincenzi

12

13              IN THE UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

   MICHAEL BRAINERD                          )  NO.  C 07 2663 EDL
16                                           )
                          Plaintiff,         )  **STIPULATION AND PROPOSED**
17                                           )  **ORDER EXTENDING THE**
   vs.                                       )  **DEADLINE FOR FACT DISCOVERY**
18                                           )
   COUNTY OF LAKE; LAKE COUNTY               )
19 SHERIFF'S OFFICE; and DOES 1 through 50,  )
   inclusive,                                )
20                                           )
                                             )
21                       Defendants.         )
                                             )
22 _____     )

23

24         IT IS HEREBY STIPULATED AND AGREED UPON by the parties and their respective

25 counsel of record that the deadline to complete fact-discovery shall be extended for a period of 30

26 days from the date the Court issues its Order on defendants' Motion for Summary Judgment

27 currently pending, but in no case is the deadline to extend beyond October 1, 2008.  The parties

28 agree that the following constitutes good cause to continue the initial Case Management Conference:

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR FACT DISCOVERY**
**CASE NO. C 07 2663 EDL**

H:\MAJ.cases\Brainerd v. Lake County\Pleadings\Stip and Order extending fact deadline.wpd

1.     The parties are in the process of meeting and conferring to set a reasonable deposition schedule for the remaining fact witnesses, including several third-party witnesses and treating physicians/health care providers.  The parties are also in the process of setting a deposition of one of the individual defendants (who is no longer employed with the County of Lake) in the Reno, Nevada area.  The parties anticipate that they will be able to set a reasonable deposition schedule in the late-August or early-September time-frame, but may need some additional time due to the various schedules of the witnesses, counsel, and the parties.  An extension of at least 30 days will facilitate a reasonable deposition schedule.

2.     The parties would like to set such a deposition schedule in late-August or early-September due to the pending Motion for Summary Judgment and/or Partial Summary Judgment that was filed by the defendants, and heard by the Court on July 22, 2008.  The Court took the Motion under submission, and the parties are presently awaiting a ruling by the Court.  The parties would like to hold-off on expending costs and attorneys' fees taking these remaining depositions until there is an Order pertaining to the Motion which could possibly dispose of all or part of the case.  If the Order disposes of all or part of the case, then all or part of the remaining depositions may be moot.

3.     The parties are not making this request for the purposes of any undue delay.  Instead, the parties are making this request (1) to reach an agreement concerning a reasonable deposition schedule that can accommodate the schedules of the witnesses, the parties, and counsel, and (2) to avoid any unnecessary costs and expenses, including attorneys' fees, associated with the remaining depositions if this case is disposed of, in whole or in part, at the summary judgment stage.

SO STIPULATED.

Date: July 31, 2008                         KAHN BROWN & POORE LLP


By: _____/s/ David Poore_____
          David Poore
          Attorneys for Plaintiffs

H:\MAJ.cases\Brunsvold v. Lake County\Pleadings\Stip and Order extending fact deadline.wpd

1   Date: July 31, 2008                    JONES & DYER

2
                                    By:    /s/ Mark A. Jones
3                                          Mark A. Jones
                                           Kristen K. Preston
4                                          Attorneys for Defendants

5
                                    [PROPOSED] ORDER
6
            IT IS SO ORDERED  that the Scheduling Order in this case shall be modified to extend the
7
    time to complete fact discovery from the present deadline of August 19, 2008, to the new deadline of
8
    30 days from the date the Court issues its Order on defendants Motion for Summary Judgment
9
    currently pending, but in no case is the deadline to extend beyond October 1, 2008.  The remaining
10
    parts of the Scheduling Order shall be unchanged.
11
    Dated: _____
12

13                                         _____
                                           HON. ELIZABETH D. LAPORTE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR FACT DISCOVERY**
**CASE NO. C 07 2663 EDL**

H:\MAJ.cases\Brunerd v. Lake County\Pleadings\Stip and Order extending fact deadline.wpd

-3-