IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL BRAINERD,   No. C-07-02663 EDL

    Plaintiff,   **JUDGMENT**

  v.

COUNTY OF LAKE, et al.,

    Defendants.
                                   /

      This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

      IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of August 6, 2008, Defendants' Motion for Summary Judgment is GRANTED.

      IT IS SO ORDERED.

Dated: August 6, 2008

                                                        *Elizabeth D. Laporte*
                                                  ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge

*United States District Court — For the Northern District of California*