# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Michael Brainerd | ) | |
| | ) | |
| v. | ) | Case No.: 07-02663 EDL |
| | ) | |
| County of Lake, et al. | ) | |

## Bill of Costs

Judgment having been entered in the above entitled action  08/06/2008  against  Michael Brainerd  ,
                                                              Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................. | $ |
| Fees for service of summons and subpoena ................................................. | 278.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 890.35 |
| Fees and disbursements for printing .................................................. | 86.00 |
| Fees for witnesses (itemize on page two) .............................................. | 187.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ............ | 84.51 |
| Docket fees under 28 U.S.C. 1923 ................................................... | |
| Costs as shown on Mandate of Court of Appeals ........................................ | |
| Compensation of court-appointed experts ............................................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs (please itemize) ....................................................... | 364.01 |
| TOTAL $ | 1,889.87 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑  Electronic service by e-mail as set forth below and/or.

☐  Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:   /s/ Mark A. Jones

Name of Attorney:   Mark A. Jones

For: Defendants County of Lake, Matthew Wristen and Emil Devincenzi          Date:  08/13/2008
            Name of Claiming Party

Costs are taxed in the amount of _____  and included in the judgment.

                                   By: _____
Clerk of Court                         Deputy Clerk                       Date

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Matthew Wristen | 1 | | | 187.00 | | | $187.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL | | $187.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

CASE NO. C-07-02663 EDL
Brainerd v. County of Lake, et al.

## ATTACHMENT TO
## DEFENDANT COUNTY OF LAKE'S COST BILL

**Itemization**:

**Court Reporter fees** - Cost for transcript of
Deposition of plaintiff Michael Brainerd . . . . . . . . . . . . . **$890.35**

**Other Costs**: Obtaining Records from the following:
    City of Ukiah . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $197.16
    Jennifer Bennett-Jordan . . . . . . . . . . . . . . . . . . . . . . 95.93
    David Newell, M.D. . . . . . . . . . . . . . . . . . . . . . . . . <u>70.92</u>
                                                 **$ 364.01**

SIMS & SIMS CERTIFIED SHORTHAND REPORTERS
(FED ID# 68-0280547)
PO BOX 117
NAPA, CA 94559
707-226-3022

RECEIVED
MAR 1 9 2008
Jones and Dyer

# Invoice

| Date | Invoice # |
|---|---|
| 3/17/2008 | 46331 |

| To | Re |
|---|---|
| Jones & Dyer<br>Attorneys at Law<br>1800 J Street<br>Sacramento, CA 95814 | Brainerd vs. Co of Lake<br>US Dist Ct - Northern Dist<br>No. C 07 2663 EDL |

| ATTORNEY | Reporter | CSR Lic. | Terms | Due Date |
|---|---|---|---|---|
| Mark Jones | WLV | 3676 | Net 30 | 4/16/2008 |

| Appearance Date | Description | Qty | Amount |
|---|---|---|---|
| 3/4/2008 | AT NAPA, CALIFORNIA<br>DEPOSITION OF MICHAEL BRAINERD<br>ORIGINAL AND ONE COPY<br>SWEARING WITNESS, CERTIFICATION, HANDLING OF ORIGINAL<br>REPORTER'S FEES<br>PHOTOCOPY OF EXHIBITS<br>CONDENSED TRANSCRIPT AND WORD INDEX<br>ASCII DISK/CD - NO CHARGE<br>TO EXPRESS MAIL / HANDLING | 149<br><br><br><br>13 | 625.80<br>30.00<br><br>175.00<br>4.55<br>25.00<br>0.00<br>30.00 |

APPROVED
☐ ok to pay
☐ send to carrier

Thank you

**Total**  $890.35

Please return the yellow copy of invoice with remittance.

Terms: Payment must be received within 30 days from date of this invoice or the unpaid balance will be subject to a service charge computed by a "periodic rate" of 0.833% per month which is an annual percentage rate of 10%. This service charge is added to the unpaid balance after deducting payments and before adding current charges.

# qds

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

**Invoice**

Quality • Uniformity • Excellence • Service • Teamwork

http://www.questds.com/

## QUEST DISCOVERY SERVICES

**Remittance Copy**

Bill to: JON090

ATTN: MARK A. JONES, ESQ.
JONES & DYER
ATTORNEYS AT LAW
1800 "J" STREET
SACRAMENTO, CA 95814-3010

Ordered by:

| | |
|---|---|
| Invoice #: | SRS702716 |
| Order Date: | 09/05/07 |
| Depo Date: | 09/19/07 |
| Invoice Date: | 10/01/07 |
| Case #: | C072663EDL |
| Date of Loss: | |
| Client File #: | |
| Claim #: | |
| Insured: | |

Pertaining to: MICHAEL BRAINERD VS. COUNTY OF LAKE
MICHAEL BRAINERD DOB:09/03/52 SSN:XXX-XX-4323
From: CITY OF UKIAH

**CHARGES:**

| | | | |
|---|---|---|---|
| | | BASIC CHARGE | 16.00 |
| | | PHONE CALLS - LOCAL PHONE CALLS | 2.50 |
| | | USDC SUBPOENA PREPARATION | 17.00 |
| | | SUBPOENA SERVICE | 17.00 |
| PH01 | 377 | PHOTOSTAT(S) | 124.41 |

# APPROVED
☐ ok to pay
☐ send to carrier

Comments:
REQUESTED RECORDS ENCLOSED AS SPECIFIED. OUR FILE CLOSED.

| | |
|---|---|
| Gross: | 176.91 |
| Tax: | 11.25 |
| Shipping / Handling: | 9.00 |
| **Total:** | **197.16** |

If invoice is not paid within 30 days of billing date amount will be subject to finance charge of 1½% per month (Annual Percentage Rate 18%)

(Remittance Portion)

Quest Discovery Services
2025 Gateway Place, Suite 330
San Jose, CA 95110

| | |
|---|---|
| Invoice #: | SRS702716 |
| Total Due: | **197.16** |
| Bill To: | JON090 |
| Ship To: | |

DE M/F/D/V

Ihoeser / INVOICE

# QUEST DISCOVERY SERVICES

**Invoice** — Remittance Copy

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

http://www.qdsjs.com/

RECEIVED OCT 11 2007
Jones and Dyer

Bill to: JON090
ATTN: MARK A. JONES, ESQ.
JONES & DYER
ATTORNEYS AT LAW
1800 "J" STREET
SACRAMENTO, CA 95814-3010

Ordered by:

| | |
|---|---|
| Invoice #: | SRS702973 |
| Order Date: | 09/25/07 |
| Depo Date: | 10/09/07 |
| Invoice Date: | 10/10/07 |
| Case #: | C072663EDL |
| Date of Loss: | |
| Client File #: | |
| Claim #: | |
| Insured: | |

Pertaining to: MICHAEL BRAINERD VS. COUNTY OF LAKE
MICHAEL BRAINERD DOB:09/02/52 SSN:XXX-XX-4323
From: BENNETT JORDAN, JENNIFER LCSW/U

**CHARGES:**

| | | | |
|---|---|---|---|
| PH01 | 83 | BASIC CHARGE WITH X-RAYS REQUESTED | 20.00 |
| | | USDC SUBPOENA PREPARATION | 17.00 |
| | | SUBPOENA SERVICE | 17.00 |
| | | PHONE CALLS - LOCAL PHONE CALLS | 2.50 |
| | | PHOTOSTAT(S) | 27.39 |

## APPROVED
☐ ok to pay
☐ send to carrier

Comments:
REQUESTED RECORDS ENCLOSED AS SPECIFIED. OUR FILE CLOSED.

| | |
|---|---|
| Gross: | 83.89 |
| Tax: | 4.04 |
| Shipping / Handling: | 8.00 |
| **Total:** | **95.93** |

If invoice is not paid within 30 days of billing date amount will be subject to finance charge of 1½% per month (Annual Percentage Rate 18%)

(Remittance Portion)

Quest Discovery Services
2025 Gateway Place, Suite 330
San Jose, CA 95110

| | |
|---|---|
| Invoice #: | SRS702973 |
| Total Due: | 95.93 |
| Bill To: | JON090 |
| Ship To: | |

OE M/F/D/V



lhoeser / INVOICE

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

# QUEST DISCOVERY SERVICES

http://www.questds.com/

**Remittance Copy**

Bill to: JON090

ATTN: MARK A. JONES, ESQ.
JONES & DYER
ATTORNEYS AT LAW
1800 "J" STREET
SACRAMENTO, CA 95814-3010

Ordered by:

| | |
|---|---|
| Invoice #: | SRS702715 |
| Order Date: | 09/05/07 |
| Depo Date: | 09/19/07 |
| Invoice Date: | 09/20/07 |
| Case #: | C072663EDL |
| Date of Loss: | |
| Client File #: | |
| Claim #: | |
| Insured: | |

Pertaining to: MICHAEL BRAINERD VS. COUNTY OF LAKE
                MICHAEL BRAINERD DOB:09/03/52 SSN:XXX-XX-4323
From:         NOWELL,DAVID MD/FORT BRAGG

CHARGES:

| | |
|---|---:|
| BASIC CHARGE | 16.00 |
| PHONE CALLS - LOCAL PHONE CALLS | 2.50 |
| USDC SUBPOENA PREPARATION | 17.00 |
| SUBPOENA SERVICE | 17.00 |
| MINIMUM PAGE CHARGE | 8.00 |

Comments:
MEDICAL AND BILLING RECORDS ENCLOSED. THIS ORDER IS COMPLETE.

| | |
|---|---:|
| Gross: | 60.50 |
| Tax: | 2.22 |
| Shipping / Handling: | 8.00 |
| **Total:** | **70.72** |

If invoice is not paid within 30 days of billing date amount will be subject to finance charge of 1½% per month (Annual Percentage Rate 18%)

(Remittance Portion)

Quest Discovery Services
2025 Gateway Place, Suite 330
San Jose, CA 95110

| | |
|---|---:|
| Invoice #: | **SRS702715** |
| Total Due: | **70.72** |
| Bill To: | JON090 |
| Ship To: | |



OE M/F/D/V

Inoeser / INVOICE