# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### Case No.  C 07 2663 EDL

MICHAEL BRAINERD,                    Plaintiff,

v.                           **NOTICE OF APPEAL**

COUNTY OF LAKE; LAKE COUNTY
SHERIFF'S OFFICE; et. al.,          Defendants.


NOTICE IS HEREBY GIVEN that plaintiff MICHAEL BRAINERD in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment entered in this action on August 6, 2008.

KAHN BROWN & POORE LLP

By: 
David M. Poore

KAHN BROWN & POORE LLP
755 Baywood Drive, Suite 185
Petaluma, California  94954
Telephone:  (707) 763-7100
Facsimile:  (707) 763-7180